# United States District Court

_____ DISTRICT OF _____

DONNA MANCHESTER and NOEMIA CAMARA
Individually, and on behalf of all
others similarly situated

V.

MAIN STREET TEXTILES, L.P.,
JOAN FABRICS SERVICES L.L.C. AND
JOAN FABRICS CORPORATION

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04-10439 RCL**

TO: (Name and Address of Defendant)
Agent For Service, Elkin McCallum
Joan Fabrics Corporation
34 Bridle Path Way
Tyngsboro, MA 01879

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within ___(20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE March 4, 2004

BY DEPUTY CLERK

# United States District Court

_____ DISTRICT OF _____

DONNA MANCHESTER and NOEMIA CAMARA
Individually, and on behalf of all
others similarly situated

V.

MAIN STREET TEXTILES, L.P.,
JOAN FABRICS SERVICES L.L.C. AND
JOAN FABRICS CORPORATION

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04-10439 RCL**

TO: (Name and Address of Defendant)
Agent For Service, Elkin McCallum
Joan Fabrics Corporation
34 Bridle Path Way
Tyngsboro, MA 01879

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within ____(20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE March 4, 2004