

**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221**

*Middlesex, ss.*

March 29, 2004

I hereby certify and return that on 3/26/2004 at 3:10PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PAUL BUFFUM, agent, person in charge at the time of service for JOAN FABRICS SERVICES L.L.C., at 100 VESPER EXECUTIVE Park, TYNGSBORO, MA 01879. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($16.72) Total Charges $52.72

*Gerard M Whitman*

_____

*Deputy Sheriff*



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 29, 2004

I hereby certify and return that on 3/26/2004 at 3:10PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PAUL BUFFUM, agent, person in charge at the time of service for JOAN FABRICS SERVICES L.L.C., at 100 VESPER EXECUTIVE Park, TYNGSBORO, MA 01879. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($16.72) Total Charges $52.72

*Gerard N. Whitman*

_____

*Deputy Sheriff*