# United States District Court

_____ DISTRICT OF _____

DONNA MANCHESTER and NOEMIA CAMARA
Individually, and on behalf of all
others similarly situated

V.

MAIN STREET TEXTILES, L.P.,
JOAN FABRICS SERVICES L.L.C. AND
JOAN FABRICS CORPORATION

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04-10439

TO: (Name and Address of Defendant)   Agent For Service
Main Street Textiles L.P.
100 Vesper Executive Park
Tyngsboro, MA 01879

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Brian R. Cunha, Esquire
311 Pinew Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

_Kimberly H Abreu_
BY DEPUTY CLERK

March 4, 2004
DATE



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 29, 2004

I hereby certify and return that on 3/26/2004 at 3:10PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PAUL BUFFUM, agent, person in charge at the time of service for MAIN STREET TEXTILES L.P., at , 100 VESPER EXECUTIVE Park, TYNGSBORO, MA 01879. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.10), Postage and Handling ($1.00), Travel ($16.72) Total Charges $54.82

Deputy Sheriff Whitman

04010147