UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA MANCHESTER and NOEMI CAMARA, Individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> VS. <br><br> MAIN STREET TEXTILES, L.P., JOAN FABRICS SERVICES, LLC and JOAN FABRICS CORPORATION, <br><br> Defendants. | 2004 JUN -7 P 2:24 <br><br> U.S. DISTRICT COURT <br> DISTRICT OF MASS <br><br> C.A. NO. 04-10439 RCL |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Undersigned counsel and an authorized representative for the defendants, Main Street Textiles, L.P., Joan Fabrics Services, L.L.C. and Joan Fabrics Corporation, hereby certify that they have conferred concerning (1) a budget for the cost of conducting a full course, and various alternative courses, of litigation and (2) the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MAIN STREET TEXTILES, L.P.
JOAN FABRICS SERVICES, L.L.C.
JOAN FABRICS CORPORATION

By its attorneys,

*/s/ Neil V. McKittrick*

Neil V. McKittrick (BBO# 551386)
GOULSTON & STORRS
A Professional Corporation
400 Atlantic Avenue
Boston, MA 02210
617-482-1776

*/s/ Edward DiPetrillo*

Edward DiPetrillo
Main Street Textiles, L.P.
81 Commerce Drive
Fall River, MA 02720

Dated: 6/2/04

-1-

GSDOCS-1364696-1
6/2/2004 3:08 PM

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by/hand) on 6/3/04

*/s/ Neil V. McKittrick*

TOTAL P.02

**goulston&storrs**
counsellors at law

WRITER'S INFORMATION
nmckittrick@goulstonstorrs.com
617.574.7904 Tel
617.574.7588 Fax

FILED
IN CLERKS OFFICE
2004 JUN -7 P 2:24
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 3, 2004

Clerk of the Court
United Stated District Court
 District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    Manchester, et al v. Main Street Textiles, L.P., et al
             Civil Action No. 04-10439RCL

Dear Sir or Madam:

    Enclosed for filing in the above-referenced action is the Local Rule 16.1(D)(3) Certification of the Defendants, Main Street Textiles, L.P., Joan Fabrics Services, L.L.C. and Joan Fabrics Corporation. This Certification was inadvertently omitted from the Joint Scheduling Memorandum, which was filed by the parties yesterday.

    If you have any questions concerning this matter, please do not hesitate to contact me.

                    Very truly yours,

                    Neil V. McKittrick

NVM/vjh
Enclosure

cc (w/enc.):    Brian Cunha, Esq.

GSDOCS-1365127-1