UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONNA MANCHESTER, ET AL,    )
        Plaintiff    )
    )
v.    )    Civil Action No.  04-10439-RCL
    )
MAIN STREET TEXTILES, L.P., ET AL    )
        Defendant    )

## ORDER OF RECUSAL

LINDSAY, D.J.

    Because a former colleague of mine in the practice of law represents the defendant in this case, I hereby disqualify myself as to all matters pertaining to the case.


        /s/ REGINALD C. LINDSAY
        United States District Judge


DATED:    June 9, 2004