# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 21 P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DONNA MANCHESTER and NOEMIA CAMARA Individually, and on behalf of all others similarly situated<br><br>          Plaintiffs<br><br>VS.<br><br>MAIN STREET TEXTILES, L.P., and<br>JOAN FABRICS SERVICES L.L.C. and<br>JOAN FABRICS CORPORATION<br><br>          Defendant | CA NO.: **04-10439RCL** |

## PLAINTIFFS' AUTOMATIC DOCUMENT DISCLOSURE UNDER LOCAL RULE 26 (a)1

Pursuant to Local Rule 26(a)1, Plaintiffs make the following automatic document disclosure:

(1)   The name and if, known, the address and telephone of each individual likely to have discoverable information relevant to the disputed facts alleged with particularity in the pleadings, identifying the subject of the information

Names of Clients who are owed vacation pay.

  A.   Jose E. Monize, 456 Hope Street, Fall River, MA
  B.   Ion N. Pecsi, 240 Warren Street, Fall River, MA
  C.   John V. Arruda, 7 Osprey Drive, Berkely, MA
  D.   Keith L. Winn, 19 K Rolling Gr. Dr., Fall River, MA
  E.   Lucille Monfils, 31 Garfield Ave., Somerset, MA
  F.   Robert Cabral, 28 Scott Street, Fall River, MA
  G.   Manuel J. Botelho, 49 Stewart Street, Fall River, MA
  H.   James Raposa, 73 Gagnon Street, Fall River, MA
  I.   Carlos Cordeiro, 16 Copicut Road, N. Dartmouth, MA

J.      Darren Medeiros, 222 Barnes, Fall River, MA
K.     Kevin Raposa, 58 Bush Street, Fall River, MA
L.      Paul DeMelo, 81 Swimdells Street, Fall River, MA
M.     Francisco Estacio, 248 Jefferson Street, Fall River, MA
N.     Maylou Hermenagilda, 162 High Street, Fall River, MA
O.     Derek Barrow, 206 Lowell Street, Fall River, MA
P.      Paul Borges, 101 Cedar Street, Fall River, MA
Q.     Manuel M. Almeida, 32 Florence Street, Fall River, MA
R.      Vincente P. Correia, 46 Canonicuis Street, Fall River, MA
S.      Paul J. Rego, 499 Third Street, Fall River, MA
T.      Belaimonia DaPonte, 150 Tecumsen Street, MA
U.     Alda Pacheco, 138 Amity Street, Fall River, MA
V.      Mario A. Moniz, 102 Ehaverson Street, Fall River, MA
W.     Joao F. de Medeiros, 312 Quincy Street, 3C, Fall River, MA
X.      Carlos Oliveira, 437 Bullock Street, Fall River, MA
Y.      Jorge H. Medeiros, 63 No. Court Street, Fall River, MA
Z.      John R. Duarte, 405 Wood Street, Fall River, MA
AA.    Leonard M. Reis, 126 Plymouth Blvd., Westport, MA
BB.    Paul J. Rego, 499 Third Street, Fall River, MA
CC.    Relarmino DaPonte, 450 Tecumseh Street, Fall River, MA
DD.    Manuel Freitas, 635 Maple Street, Fall River, MA
EE.    Augustine A. Ponte, 270 Fourth Street, #2A Fall River, MA
FF.    Armando de Freitas, 184 Brownell Street, Fall River, MA
GG.    Gloria Trott, 316 Fifth Street, Fall River, MA
HH.    Neal P. Owen, 86 Broad Street, Fall River, MA
II.     Jorge Ventura, 36 Kirby Street, S. Dartmouth, MA
JJ.     Syed D. Mohamud, 88 Harrison Street, Fall River, MA
KK.    Jose C. Amaral, 33 Crawford Street, Fall River, MA
LL.    Emanuel Amaral, 33 Crawford Street, Fall River, MA
MM.   Carlos Sousa, 212 Healy Street, Fall River, MA
NN.    Jose E. Botelho, 34 School Street, Fall River, MA
OO.    Henry Crevier, 19 Horton Street, Fall River, MA
PP.    William Belleville, 65 Hambly Road, Tiverton, RI
QQ.    Clara Borges, 70 Pond Street, Swansea, MA
RR.    Lucy Estrella, 96 Beach Ave. Somerset, MA
SS.    Octavio Botelho, 34 School Street, Fall River, MA
TT.    Joao Raposo, 197 Fountain Street, Fall River, MA
UU.    Paul Demelo, 81 Swindells Street, Fall River, MA
VV.    Manuel Furtado, 56 Russell Aven., E. Providence, RI
WW.  Augustine Medeiros, 829 North Underwood, Fall River, MA
XX.    Noemia Camara, 82 Wellington Street, Fall River, MA
YY.    Mario Amaral, 1364 Rodman Street, Fall River, MA
ZZ.    Adriano Costa, 282 No. Marion Street, Fall River, MA
AAA.  Irene Claire Alves, 122 Seabury Street, Fall River, MA

Names of Clients who received the Warn Act Notice:

A.  Kathleen Ann Beleda, 208 State Ave. Fall River, MA
B.  Miquel Antonio Farias, 1396 Wilbure Ave. Swansea, MA
C.  Donna Manchester, 700 Second Street, Unit 103, Fall River, MA
D.  Robert Edward Mello, 1043 Bay Street, Fall River, MA
E.  Mario Antonio Moniz, 102 Chaveson Street, Fall River, MA
F.  Helena Teixeira, 314 Baker Street, Fall River, MA
G.  Roy Teixeira, 314 Baker Street, Fall River, MA

**Rule 26.1 (a)(B)**

The following documents are relevant to the disputed facts alleged with particularity in the pleadings:

1.  None at this time.

**Rule 26(a)(1)(C)**

Plaintiff reserves the right to supplement this Rule.

**Rule 26(a)(1)(D)**

Not applicable.

Plaintiffs
By their Attorney
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esquire BBO No. 108560
311 Pine Street
Fall River, MA 02720
Phone: (508) 675-9500
Fax: (508) 679-6369

## CERTIFICATION

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Plaintiffs' Automatic Document Disclosure upon the following;

Neil V. McKittrick, Esquire
GOULSTON & STORRS
400 Atlantic Avenue
Boston, MA 02110-3333

by mailing same, first class mail, postage prepaid, this 17th day of June, 2004.

Brian R. Cunha, Esquire