# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-10439-RCL

DONNA MANCHESTER and NOEMIA CAMARA
Individually, and on behalf of all others similarly
situated

                Plaintiffs

VS.

MAIN STREET TEXTILES, L.P.,        and
JOAN FABRICS SERVICES L.L.C.       and
JOAN FABRICS CORPORATION

                Defendant

## MOTION TO EXTEND TIME FOR DISCOVERY

Now come the Plaintiffs in the above-captioned matter, with Defendant's assent, hereby request that this Honorable Court extend the time for the initial phase of discovery to be completed up to and including July 1, 2005.

As reasons, therefore, the Plaintiffs state that due to the magnitude of this case, more discovery is essential.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court extend the time for initial phase of discovery to be completed up to and including July 1, 2005.

Plaintiffs
By their Attorneys,
BRIAN CUNHA & ASSOCIATES, P.C.

_____
Brian R. Cunha, Esq. (BBO No. 108560)
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated:     March 17, 2005

## CERTIFICATION

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Motion To Extend Time For Discovery upon the following;

Neil V. McKittrick, Esquire
GOULSTON & STORRS
400 Atlantic Avenue
Boston, MA 02110-3333

by mailing same, first class mail, postage prepaid, this _17_th day of March, 2005.

_____
Brian R. Cunha, Esquire