UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONNA MANCHESTER and<br>NOEMIA CAMARA,<br>Individually, and on behalf of all others<br>similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. NO. 04-10439 RCL |
| VS. | )<br>) | |
| MAIN STREET TEXTILES, L.P.,<br>JOAN FABRICS SERVICES, LLC and<br>JOAN FABRICS CORPORATION, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## JOINT REQUEST FOR NEW SCHEDULING ORDER
## WITH PROPOSAL FOR NEW DEADLINES

Pursuant to Local Rule 16.1(G), the parties hereby request an extension of the scheduling order deadlines. This is the parties' first request for an extension of these deadlines.

On March 17, 2005, Plaintiffs filed a request for an extension of the discovery deadline. Given that an extension of the discovery deadline will impact the other scheduling order deadlines in this case, the parties hereby propose the following new scheduling order:

| | |
|---|---|
| Fact Discovery Completed | September 30, 2005 |
| Plaintiffs to Disclose Expert Witness | October 15, 2005 |
| Defendants to Disclose Expert Witness | November 15, 2005 |
| All Discovery Completed | December 15, 2005 |
| Motions for Summary Judgment Due | January 30, 2006 |
| Response to Motion for<br>Summary Judgment Due | March 15, 2006 |

As grounds for this request, the parties state that they have conducted both written and oral discovery. However, this matter has been filed as a class action, involves complex issues, and as a result the parties need additional time to complete discovery. Indeed, in the event that this matter is ultimately certified as a class action, the parties may need to undertake additional discovery following certification.

DONNA MANCHESTER and
NOEMIA CAMARA,

MAIN STREET TEXTILES, L.P.,
JOAN FABRICS SERVICES, LLC and
JOAN FABRICS CORPORATION

By their Attorney,

By their Attorneys,

Brian R. Cunha, Esq. (BBO# 108560)
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
Tel. (508) 675-9500
Fax. (508) 679-6360

Neil V. McKittrick, Esq. (BBO# 551386)
Joseph C. Lyons, Esq. (BBO#644954)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02210
Tel. (617) 482-1776

Dated: March 28, 2005

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2Y , 2005, I caused the foregoing to be served, by first-

class mail, postage prepaid, on the following:

Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA  02720

Joseph C. Lyons