UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA MANCHESTER et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. NO. 04-10439 RCL |
| VS. ) | |
| ) | |
| MAIN STREET TEXTILES, L.P., ) | |
| JOAN FABRICS SERVICES, LLC, and ) | |
| JOAN FABRICS CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Defendants in the above-captioned matter. Please note that Goulston & Storrs, P.C. and Neil McKittrick will continue to represent Main Street Textiles, L.P., Joan Fabrics Services, LLC and Joan Fabrics Corporation in this matter.

Respectfully Submitted,

_____
Joseph C. Lyons, Esq. BBO# 644954
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110
(617) 482-1776

Dated: 7/20/2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/21/05

GSDOCS\1511834.1 7/20/2005 11:11 AM

1