```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
      No:   04-10439RCL              Rule 30 Deposition
 3
      DONNA MANCHESTER and NOEMIA CAMARA, Individually,
 4    and on behalf of all other Similarly Situated

 5    Vs.

 6    MAIN STREET TEXTILES, L.P. and
      JOAN FABRICS SERVICES L.L.C.
 7    And JOAN FABRICS CORPORATION              COPY

 8

 9            DEPOSITION OF PENNY RICHARDS, taken

10    pursuant to Rule 30 of the Massachusetts Rules of

11    Civil Procedure on behalf of the Plaintiffs, before

12    Salvina S. Ferreira, RPR, a Notary Public in and for

13    the Commonwealth of Massachusetts, at the Offices of

14    Brian Cunha & Associates, 311 Pine Street, Fall

15    River, MA, commencing at 12:50 P.M., on Friday,

16    August 26, 2005, pursuant to Notice and agreement of

17    parties as to the date and time of taking said

18    deposition.

19

20
                          *  *  *  *  *
21                    LEDGEWOOD COURT REPORTING
                          23 Last Street
22                      Tiverton, RI  02878
                          (401) 625-5455
23

24
```

```
 1       APPEARANCES:   Brian R. Cunha, Esq.
                        BRIAN CUNHA & ASSOCIATES
 2                      311 Pine Street
                        Fall River, MA  02720
 3                      Representing the Plaintiffs

 4

 5                      Neil V. McKittrick, Esq.
                        GOULSTON & STORRS
 6                      400 Atlantic Avenue
                        Boston, MA  02110-3333
 7                      Representing the Defendant

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

|   |   |   |
|---|---|---|
| 1 | Q | Married? |
| 2 | A | Single. |
| 3 | Q | Did you attend college? |
| 4 | A | No. |
| 5 | Q | Do you have any formal education beyond high school? |
| 6 | A | No. |
| 7 | Q | Did you attend high school? |
| 8 | A | Yes, I did. |
| 9 | Q | Where was that? |
| 10 | A | Chelmsford High School. |
| 11 | Q | When did you first become involved with Main Street Textiles? |
| 13 | A | I believe it was 1996 or 1997. |
| 14 | Q | And how did you become involved with Main Street? |
| 15 | A | Main Street actually it was a division of Joan Fabrics and it was sold to myself, Kerry McCallum and Elkin McCallum. |
| 18 | Q | It was sold to you? |
| 19 | A | Huh-huh. |
| 20 | Q | Penny Richards.  Who else? |
| 21 | A | Kerry McCallum. |
| 22 | Q | Kerry McCallum? |
| 23 | A | Huh-huh. |
| 24 | Q | That's a woman? |

| | | |
|---|---|---|
| 1 | Q | When you first started the company, you started as |
| 2 | | a? |
| 3 | A | Switch board operator. |
| 4 | Q | And along the way you moved up the ladder I assume? |
| 5 | A | Yes. |
| 6 | Q | To become vice-president of manufacturing; right? |
| 7 | A | Huh-huh. |
| 8 | Q | Was Main Street Textiles in existence at that time? |
| 9 | A | No. |
| 10 | Q | So it was formed in what year? |
| 11 | A | I believe it's if I can remember right it was 1996 |
| 12 | | or '97.  I could have the dates wrong.  I'm not |
| 13 | | sure. |
| 14 | Q | And when it was formed it was formed as a division |
| 15 | | of Joan Fabrics? |
| 16 | A | No. |
| 17 | Q | How was it? |
| 18 | A | There was a limited liability corporation Tyng |
| 19 | | Textiles.  Main Street was an L.P. as part of the |
| 20 | | Tyng Textile Group. |
| 21 | Q | It was formed in 1996? |
| 22 | A | Yes. |
| 23 | Q | What was Tyng Textiles? |
| 24 | A | Tyng Textiles is the LLC. |

| | | |
|---|---|---|
| 1 | Q | T-Y-N-G? |
| 2 | A | T-Y-N-G. |
| 3 | Q | It was the what? |
| 4 | A | That was the limited liability corporation. |
| 5 | Q | Where were they located? |
| 6 | A | It was Tyngsboro. |
| 7 | Q | And how is that distinguishable from Joan Fabrics? |
| 8 | A | Joan Fabrics was owned a hundred percent by Elkin McCallum and Tyng Textiles was owned 24 and a half percent by myself, 24 and a half percent by Kerry and the balance of Joan Fabric -- Elkin McCallum not Joan Fabric. |
| 13 | Q | So you owned 24 and a half percent of Tyng; right? |
| 14 | A | Huh-huh. |
| 15 | Q | That's you? |
| 16 | A | Yes. |
| 17 | Q | Penny. 24 and a half percent is owned by who? |
| 18 | A | Kerry. |
| 19 | Q | Is that his wife? |
| 20 | A | No, daughter. |
| 21 | Q | His daughter. |
| 22 | A | Huh-huh. |
| 23 | Q | And then 51 percent, 50 percent -- |
| 24 | A | There's another -- something in there so it wasn't |

| | | |
|---|---|---|
| 1 | A | No, he didn't. |
| 2 | Q | Did anyone do that for you? |
| 3 | A | No.  That was my responsibility.  I had sales |
| 4 | | design. |
| 5 | Q | Did you do that? |
| 6 | A | Yes. |
| 7 | Q | You still have all of those things somewhere? |
| 8 | A | I believe, yes. |
| 9 | Q | So if asked your lawyer for copies of those |
| 10 | | documents, you could supply them? |
| 11 | A | We could try to find them. |
| 12 | Q | And I assume starting in 2001 the sales forecast |
| 13 | | became increasing grim; is that fair to say? |
| 14 | A | Yes. |
| 15 | Q | And as you got to 2002, things were getting worse; |
| 16 | | is that fair to say? |
| 17 | A | Yes. |
| 18 | Q | And then in 2003, things became very bad; is that |
| 19 | | right? |
| 20 | A | Yes. |
| 21 | Q | And did you have any meetings with Mr. McCallum with |
| 22 | | regard to the decline in sales and profitability? |
| 23 | A | We had meetings to review our financials. |
| 24 | Q | Did you ever have any memos between yourselves with |

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | regard to what was happening?                                   |
| 2  | A | Not that I recall.                                              |
| 3  | Q | Did you begin to take steps to try to deal with the             |
| 4  |   | declining sales and profits?                                    |
| 5  | A | Yes.                                                            |
| 6  | Q | What did you do?                                                |
| 7  | A | We looked at cost cuts and obviously we continued to            |
| 8  |   | adjust our manufacturing.                                       |
| 9  | Q | Tell me what you did specifically.                              |
| 10 | A | We had had all our managers, we would in fact, again            |
| 11 |   | look at where we were spending our money and see                |
| 12 |   | what we could do in order to curtail spending.                  |
| 13 | Q | And what would you do?                                          |
| 14 | A | We would stop spending or try to, in fact, look for             |
| 15 |   | what -- we would make changes to curtail spending.              |
| 16 | Q | And the question is what were the changes.                      |
| 17 | A | Changes would be in our product codes, dropping                 |
| 18 |   | skews, stop spending, watching supplies, you know               |
| 19 |   | all the stuff you would do in order to improve your             |
| 20 |   | profits.                                                        |
| 21 | Q | At some point did you cut the number of shifts?                 |
| 22 | A | We adjusted production as our business -- we had a              |
| 23 |   | make-to-order business so that production would in              |
| 24 |   | fact be adjusted based on what we had in front of us            |

|   |   |   |
|---|---|---|
| 1 |   | to produce. |
| 2 | Q | Before 2001, how many shifts did you have? |
| 3 | A | Four. |
| 4 | Q | 24 hours a day? |
| 5 | A | Seven days a week. |
| 6 | Q | At some point did that decline? |
| 7 | A | Yes. |
| 8 | Q | When did that first decline? |
| 9 | A | I believe I think it's in our interrogatory that we |
| 10 |   | shut down our four shift operation in 2003 if I |
| 11 |   | remember that correctly. |
| 12 | Q | And why was that? |
| 13 | A | We didn't have enough business to continue to run. |
| 14 | Q | And you cut it down to how many shifts? |
| 15 | A | Three. |
| 16 | Q | And what shifts were they, Penny? |
| 17 | A | First, second, third shift. |
| 18 | Q | So that would be what hours? |
| 19 | A | I don't recall the schedule because Fall River |
| 20 |   | always ran different than our normal three shifts. |
| 21 |   | I don't know whether they started at five or six in |
| 22 |   | the morning. |
| 23 | Q | When did the Main Street factory stop -- let me ask |
| 24 |   | you this. Prior to 2001, was the Main Street |

1        about the possibility of closing it in early 2003
2        but the decision wasn't made in September 2003.
3     Q  Okay.  It says by early September 2003 the
4        productivity issues and lack of business had forced
5        management to conclude the facility in Fall River
6        would have to be closed.  Is that inaccurate?
7     A  I think it's interpretation.  We started to discuss
8        it in early September but we didn't make our final
9        decision in until October.
10    Q  But that's not what this says; correct?
11    A  Based on the way you've read it and how you're
12       interpreting it, yes.
13    Q  So when I asked you earlier if you agreed with all
14       the information in these answers to interrogatories
15       you are now changing your answer; is that right?
16    A  No.
17             MR. McKITTRICK:  Objection.
18    A  Based on the way I interpreted I knew the meaning
19       was that we started discussing it in September 2003
20       but the decision was made in October.  So if I read
21       it, I understood it to be what I know.
22    Q  When did you make the determination that there were
23       only discussions in September 2003 and that the
24       final decision wasn't made until October 2003?

1  A   You said for December?
2  Q   Yes.
3  A   Yes.
4  Q   All right.  So the amount that you receive accrues
5      as the months accumulate; correct?
6              MR. McKITTRICK:  Objection.
7  A   I'm not sure the word is accrued.  It's years of
8      service, months of service.  You have to be there.
9      The more months you work --
10 Q   The more money you will receive?
11 A   Right.
12 Q   So what's the problem with the word accrues?
13 A   Because it says proceeding six months that period of
14     time that you worked it was based on earnings.
15 Q   Well, do you know what the word accrues means?
16 A   Maybe not in the context that you're asking me.
17 Q   It means it's added on.
18 A   Huh-huh.
19 Q   Do you have a problem with that word added on as the
20     months go by that you get more money?
21             MR. McKITTRICK:  Objection.
22 A   It's the pay, how much pay you earn during that six
23     month period of time you receive a percentage of it.
24 Q   And it accrues as --

1   A   You would have to be employed at the time of
2       vacation to get paid according to the policy.
3   Q   Again --
4   A   I'm answering your question to the best of my
5       ability.
6   Q   So is your answer yes that you would get paid or no
7       not answer it with a statement.  Answer the
8       question?
9           MR. McKITTRICK:  Objection.  She has
10      answered the question twice.
11          MR. CUNHA:  She hasn't answered the
12      question.
13          MR. McKITTRICK:  You don't like the
14      answer.
15          MR. CUNHA:  No, no.  Not at all.
16  Q   I will ask you one more time and I will keeping
17      asking you until you answer my question.
18  A   I am answering your question.  I am reading the
19      policy.
20  Q   Is it your position -- and it calls for a yes or no.
21  A   Okay.
22  Q   That if the entire work force were laid off one week
23      before the December shut down that they would not
24      get vacation pay; yes or no?

1    MR. McKITTRICK:  Objection.
2  A  Yes.
3  Q  Thank you.
4    MR. CUNHA:  I have nothing else.  Thank you so much.
6    MS. RICHARDS:  Thank you.
7    MR. McKITTRICK:  Great.
8    (Exhibit 1, Answers to interrogatories marked in Mr. DePetrillo's deposition, was marked for identification)
11    (Exhibit 2, Layoff recall policy, was marked for identification)
13    (Whereupon the deposition ended at 2:00 p.m)

C E R T I F I C A T E

I, Salvina S. Ferreira, RPR and Notary Public within and for the Commonwealth of Massachusetts, duly commissioned, qualified and authorized to administer oaths and to take and certify depositions do hereby certify that heretofore, to wit, on the 26th day of August, 2005, personally appeared before me PENNY RICHARDS, at the Law Office of Brian Cunha & Associates, 311 Pine Street, Fall River, MA in the afore-captioned cause now pending in the United States District Court, that the witness was by me duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon and while said witness was under oath, at the time and place herein named and was thereafter reduced to typewriting under my supervision.

I further certify that I am not interested in the event of the action.

IN WITNESS WHEREOF, I have hereunto subscribed my hand and affixed my seal of office this 31st day of August, 2005.

_____
Salvina S. Ferreira, RPR

My commission expires: May 19, 2011.