## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DONNA MANCHETER and NOEMIA CAMARA, Individually, and on behalf of all other Similarly Situated,**  )<br><br>**Plaintiffs,**  )<br><br>**v.**  )<br><br>**MAIN STREET TEXTILES, L.P., and JOAN FABRICS SERVICES L.L.C., and JOAN FABRICS CORPORATION,**  )<br><br>**Defendants.**  ) | Civil Action No. 04-10439RCL |

## DEFENDANT MAIN STREET TEXTILES, L.P.'S RESPONSE TO PLAINTIFFS' INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, the defendant, Main Street Textiles L.P. ("Main Street"), hereby responds to the Plaintiffs' First Set of Interrogatories as follows:

### GENERAL OBJECTIONS

1.     Main Street objects to each of the separately numbered interrogatories to the extent that they seek information protected from discovery by the attorney-client privilege and/or the work product doctrine.

2.     Main Street objects to each of the separately numbered interrogatories to the extent that they seek information that would constitute an unreasonable invasion of the privacy rights and interests of third parties.

3.     Main Street incorporates each of its general objections in each of its responses to the separately numbered interrogatories below.

GSDOCS-1379282-2

## RESPONSES TO INTERROGATORIES

Interrogatory No. 1

Identify yourself fully, giving your name, address, date of birth, your occupation, your business address, duties, job title or position.

Response to Interrogatory No. 1

Main Street objects to this interrogatory on the grounds that these responses are the responses of the defendant, Main Street, and as such, are not associated with any particular employee of Main Street or any other person. Main Street further objects to this interrogatory on the grounds that it seeks information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these objections, Main Street states that Edward DiPetrillo, a Senior Vice President in charge of human resources for Joan Fabrics Services LLC, 100 Vesper Executive Park, Tyngsboro, MA 01879, and Lou-Ann Laporte, a Corporate Safety Manager for Joan Fabrics Services LLC, provided information and/or assistance in connection with the preparation of the responses to these interrogatories.

Interrogatory No. 2

Please state each and every fact upon which you rely in asserting that the defendant complied with the "Warn Act" in 2003 and 2004 with respect to the layoff of its employees.

Response to Interrogatory No. 2

Main Street objects to this interrogatory on the grounds that it is overbroad in scope, unduly burdensome, and ambiguous to the extent that it does not identify which employees laid off by Main Street in 2003 and 2004 are the focus of this inquiry. Main Street further objects to this interrogatory on the grounds that it seeks information protected from discovery by the attorney-client privilege and/or the work product

GSDOCS-1379282-2

doctrine. Subject to and without waiving these objections, Main Street states that it

provided "WARN notice" to the individuals listed on Exhibit E attached hereto on

October 17, 2003. In addition, each employee who was laid off in the Company's "mass

layoff," which occurred between November 6, 2003 and December 5, 2003, was paid for

each day from the date of layoff until 60 days from the date of the WARN notice. Those

employees terminated prior to November 6, 2003 were not entitled to "WARN notice"

(or payments in lieu of notice) because they were not part of the "mass layoff." Finally,

those employees terminated after December 5, 2003 did not receive payments pursuant to

WARN because they either received sufficient notice pursuant to WARN or were not part

of the "mass layoff."

Interrogatory No. 3

Please identify any and all documents and other things to which you referred in preparing these answers to interrogatories by supplying the date, author, summary of contents, and present location.

Response to Interrogatory No. 3

Main Street objects to this interrogatory on the grounds that these responses are

the responses of the defendant, Main Street, and as such, are not associated with any

particular employee of Main Street or any other person. Main Street also objects to this

interrogatory on the grounds that it seeks information protected from discovery by the

attorney-client privilege and/or the work product doctrine. Subject to and without

waiving these objections, Main Street states that Lou-Ann Laporte reviewed Main Street

payroll records and spreadsheets that she prepared that contain the names of Main Street

employees and the reasons for the end of their employment with Main Street. Copies of

these records are in the possession of the undersigned counsel and/or Lou-Ann Laporte.

Interrogatory No. 4

Please state the names and addresses of each witness you intend to call at the trial of this matter and provide a summary of the facts to which that witness is expected to testify.

Response to Interrogatory No. 4

Main Street objects to this interrogatory on the grounds that it seeks information protected by the attorney-client privilege and/or the work product doctrine. Subject to and without waiving objections, Main Street states that this interrogatory is premature as discovery is not yet complete, and Main Street has not yet determined which persons it will call as witnesses at the trial of this case.

Interrogatory No. 5

Please identify each expert witness, whether employed by the defendant or otherwise whom the defendant expects to call at the trial of this case, and please state:

a.      the subject matter upon each such expert is expected to testify;

b.      the substance of the facts and opinions to which each such expert is expected to testify;

c.      a summary of the grounds for each opinion which it is expected will be given at trial by each such expert or which was formed by each such expert.

Response to Interrogatory No. 5

Main Street objects to this interrogatory on the grounds that it seeks information protected by the attorney-client privilege and/or the work product doctrine. Subject to and without waiving these objections, Main Street states that this interrogatory is premature as discovery is not yet complete, and Main Street has not yet determined which person(s), if anyone, it will call as an expert witness at the trial of this case.

GSDOCS-1379282-2

Interrogatory No. 6

Please describe in detail the reason and events up to and including the layoffs that occurred in 2003 and 2004, with a description of what steps were taken to comply with the "Warn Act," the persons involved in complying with the "Warn Act," what each person did, and on what date, and what happened and the order in which events took place.

Response to Interrogatory No. 6

Main Street objects to this interrogatory on the grounds that it is overbroad in scope and unduly burdensome, and on the grounds that it is vague and ambiguous. Main Street further objects to this interrogatory on the grounds that it seeks information protected from discovery by the attorney-client privilege and/or the work product doctrine. Subject to and without waiving these objections, Main Street responds as follows:

A decline in the U.S. economy generally, and in the home furnishings market in particular, after September 11, 2001, and the high influx of very low-cost imports from China and Mexico prevented Main Street from increasing its prices to customers even as it was incurring higher production costs. Moreover, the Main Street factory in Fall River was not productive. The productivity problems at the plant became progressively worse over the course of 2003. Its revenues declined substantially between 2001 and 2003.

The business downturn became very significant by April of 2003. Initially, management sought to address the problems by shift reductions and layoffs. For the first time in ten years, the company was forced to abandon around-the-clock, seven-day operations at Fall River. It cut back from a four-shift, seven-day production schedule to a three-shift, five-day schedule. By early September 2003, the productivity issues and lack

of business had forced management to conclude that the facility in Fall River would have to be closed.

Elkin McCallum, Penny Richards, Wade Martin, Edward DiPetrillo, and Lou-Ann LaPorte consulted with Main Street's attorneys on multiple occasions over the course of several months in the latter half of 2003 to ensure that the layoffs complied with the WARN Act.

Interrogatory No. 7

Kindly list the names and addresses of all employees both part time (less than 20 hours per week) and full time, employed by Defendant as of June 30, 2003.

Response to Interrogatory No. 7

Main Street objects to this interrogatory on the grounds that it calls for information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Main Street also objects to this interrogatory because it seeks information that would constitute an unreasonable invasion of the privacy rights and interests of third parties. Subject to and without waiving these objections, Main Street has listed on Exhibit A the employees in question.

Interrogatory No. 8

Kindly list the names and addresses of all employees laid off from June 30, 2003 through October 17, 2003, the reason for the layoff and the dates of layoff.

Response to Interrogatory No. 8

Main Street objects to this interrogatory on the grounds that it calls for information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Main Street also objects to this interrogatory because it seeks information that would constitute an unreasonable

GSDOCS-1379282-2

invasion of the privacy rights and interests of third parties. Subject to and without

waiving these objections, Main Street has listed on Exhibit B the employees in question.

These employees were laid off for the reasons set forth in the Response to Interrogatory

No. 6 above. In addition, Main Street terminated some employees for performance based

reasons during this time period.

Interrogatory No. 9

 Kindly list the names and addresses of all persons who received compensation
under the "Warn Act" from June 30, 2003 through October 17, 2003 and the amount
received.

Response to Interrogatory No. 9

 Main Street objects to this interrogatory on the grounds that it calls for

information that is neither relevant to the subject matter of the action nor reasonably

calculated to lead to the discovery of admissible evidence. Main Street also objects to

this interrogatory because it seeks information that would constitute an unreasonable

invasion of the privacy rights and interests of third parties. Finally, Main Street objects

to this interrogatory on the grounds that it is vague and ambiguous. Subject to and

without waiving these objections, Main Street states that it did not pay compensation

pursuant to WARN to anyone between June 30, 2003 and October 17, 2003. Main Street

further answers that it had no obligation under the WARN Act to pay compensation to

anyone during that period of time.

Interrogatory No. 10

 Kindly list the names and addresses of all persons laid off from October 17, 2003
to the present and reason for the layoff.

Response to Interrogatory No. 10

Main Street objects to this interrogatory on the grounds that it calls for information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Main Street also objects to this interrogatory because it seeks information that would constitute an unreasonable invasion of the privacy rights and interests of third parties. Subject to and without waiving these objections, Main Street has listed such persons on Exhibit C. These employees were laid off for the reasons set forth in the Response to Interrogatory No. 6 above. In addition, Main Street terminated some employees for performance based reasons during this time period.

Interrogatory No. 11

Kindly list the names and addresses of all persons who received compensation under the "Warn Act" from October 17, 2003 to the present and the amount of the compensation.

Response to Interrogatory No. 11

Main Street objects to this interrogatory on the grounds that it calls for information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Main Street also objects to this interrogatory because it seeks information that would constitute an unreasonable invasion of the privacy rights and interests of third parties. Subject to and without waiving these objections, Main Street has listed such persons on Exhibit D.

Interrogatory No. 12

Kindly list the names and addresses of all persons from June 30, 2003 through the present who received a "Warn Act" notice, or correspondence regarding the employee rights under the "Warn Act" and the date sent.

GSDOCS-1379282-2

Response to Interrogatory No. 12

Main Street objects to this interrogatory on the grounds that it calls for information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these objections, Main Street has listed on Exhibit E those persons who were sent such notice on October 17, 2003.

Interrogatory No. 13

Kindly list all documents, notice, e-mail, correspondence, memorandums etc, in the possession of the Defendant that documents the companies policies, decisions, compliance or notice regarding the "Warn Act" from January 1, 2003 to the present.

Response to Interrogatory No. 13

Main Street objects to the interrogatory on the grounds that it is vague and ambiguous, especially insofar as the "companies policies, decisions… regarding the 'WARN Act'" is concerned. Main Street further objects to this interrogatory on the grounds that it seeks information protected from discovery by the attorney-client privilege and/or the work product doctrine. Subject to and without waiving these objections, Main Street lists the following non-privileged documents in response to this interrogatory:

1) "WARN notice," from Wade Martin, Vice President of Operations at Main Street, to "All Associates," dated October 17, 2003;

2) Letter, dated October 17, 2003, from Wade Martin to Honorable Mayor Edward M. Lampert, Jr.;

3) Letter, dated October 17, 2003, from Wade Martin to Jonathan Raymond of the Commonwealth Corporation; and

4)    Press Release, October 17, 2003.

Interrogatory No. 14

Kindly list all documents, notice, e-mail, correspondence, memorandums etc, in the possession of the Defendant that documents the companies reasons for closing the plant as documented in the October 17, 2003 correspondence.

Response to Interrogatory No. 14

Main Street objects to this interrogatory on the grounds that it is ambiguous. To the extent this interrogatory seeks the identification of documents that set forth the reasons that the plant closing notice was sent on or about October 17, 2003, see Response to Interrogatory No. 13 above.

Interrogatory No. 15

Kindly list all documents that identifies the Defendant's policies, with regard to the payment of vacation pay.

Response to Interrogatory No. 15

Main Street objects to this interrogatory on the grounds that it seeks information protected from discovery by the attorney-client privilege and/or the work product doctrine. Subject to and without waiving these objections, Main Street lists the following document:

"Production Hourly Vacation Pay Policy," S.P.I. No. IV-13 A, issued November 1992.

Interrogatory No. 16

Kindly describe the defendants policy with respect to the payment of vacation pay including when payments are made, and the basis on which employees are entitled to vacation pay.

GSDOCS-1379282-2

Response to Interrogatory No. 16

For two weeks during the year, one week over the July 4th holiday and one week over the end-of-the-year holidays, Main Street shut down its operations, creating a "vacation" for its hourly employees. Pursuant to Main Street's "Vacation Pay Policy," hourly employees of Main Street were eligible to receive "vacation pay" for the period of the shutdown in question if they were employed at the time of that shutdown. The amount of "vacation pay" that an employee received depended on his or her salary and years of service. Main Street paid this "vacation pay" on the payday immediately preceding the shutdown.

Interrogatory No. 17

Kindly give the names and addresses of all persons employed or formerly employed by the defendant who are most knowledgeable with respect to compliance with the "Warn Act" with respect to the layoffs that occurred from June 2003 through the present.

Response to Interrogatory No. 17

Main Street objects to this interrogatory on the grounds that it calls for information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these objections, Main Street responds as follows:

1.  Edward DiPetrillo
    Joan Fabrics Services LLC
    100 Vesper Executive Park
    Tyngsboro, MA 01879

2.  Lou-Ann LaPorte
    Joan Fabrics Services LLC
    100 Vesper Executive Park
    Tyngsboro, MA 01879

GSDOCS-1379282-2

Interrogatory No. 18

Kindly give the names and addresses of all persons employed or formerly employed by the defendant who are most knowledgeable with regard to the payment of vacation pay for persons laid-off by the defendant from 2003 to the present.

Response to Interrogatory No. 18

See Response to Interrogatory No. 18 above.

Interrogatory No. 19

The date of the plant closure.

Response to Interrogatory No. 19

April 30, 2004.

Interrogatory No. 20

With respect to any layoff that occurred within 90 days preceding October 17, 2003, kindly identify the names and addresses of all persons laid-off during that time period and identify all reasons why those persons should not be considered within the aggregation provisions of 29 U.S. C. § 2102 (d).

Response to Interrogatory No. 20

See Response to Interrogatory No. 8 above. In addition, Main Street laid off an

insufficient number of employees in the 90 days prior to October 17 2003 to trigger

WARN obligations under 29 U.S.C. section 2102(d).


Signed as to objections:

Neil V. McKittrick, BBO# 551386
Joseph C. Lyons, BBO #644954
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____
7/31/06

GSDOCS-1379282-2

## <u>VERIFICATION</u>

I have read the foregoing Response of Main Street Textiles to Plaintiffs'

Interrogatories. The responses are not based on my personal knowledge, but upon

information provided by employees and/or agents of Main Street, and I am informed and

believed that the information provided in these responses is true to the best of my

knowledge and belief.

Edward DiPetrillo

Date:

GSDOCS-1379282-2

# EXHIBIT A

| Employee Name | |
|---|---|
| ADRIANO, JOAO | |
| ADRIANO, MARIA H | |
| AGUIAR, EDUARDA | |
| AGUIAR, FRANCISCO M | |
| AGUIAR, PAULO M | |
| AGUIAR, ROBERT C | |
| AHMED, FAIZ | |
| ALMEIDA, JOAO J | |
| ALMEIDA, MANUEL | |
| ALMEIDA, MARY L | |
| ALVAREZ, LUIS E | |
| ALVES, IRENE C | |
| ALVES, MANUEL L | |
| ALVES, PAUL | |
| AMARAL, ANTONIO M | |
| AMARAL, GILBERTO | |
| AMARAL, JOSE C | |
| AMARAL, MARIO | |
| ANDRADE, JORGE R | |
| ARRUDA, DAVID R | |
| ARRUDA, JOHN V | |
| ARRUDA, SILVINO T | |
| ARSENAULT, ROGER O | |
| BANALEWICZ, STANLEY | |
| BARBOSA, JOAO M | |
| BARBOSA, LISA M | |
| BATISTA, JOSEPH C | |
| BEARCE JR., KEITH | |
| BELLEVILLE, WILLIAM W | |
| BENTO, JAIME M | |
| BENTO, JOSE E | |
| BERGANTIM, DONNA | |
| BETTENCOURT, HERCULANO J | |
| BOLIEIRO, RICARDO | |
| BORGES, ANTONIO | |
| BORGES, CLARA | |
| BORGES, JAMES | |
| BORGES, LOUIS | |
| BORGES, PAUL J | |
| BORGES, SUSANA S | |
| BORGES, VICTORINO | |
| BOTELHO, CIDALIA F | |
| BOTELHO, JOSE | |
| BOTELHO, JOSE E | |
| BOTELHO, JOSE L | |
| BOTELHO, LAUREANO B | |
| BOTELHO, MANUEL J | |
| BOTELHO, MARGARIDA M | |
| BOTELHO, OCTAVIO M | |
| BOTELHO, VALDOMIRO B | |
| BOUCHARD, DANIEL R | |
| BRAGA, TEOFILO | |
| BRANCO, JEFFREY | |
| BRANCO, JOSEPH P | |
| BRANCO, STEVEN | |
| BRODEUR, DOUGLAS W | |
| CABRAL, DIMAS S | |
| CABRAL, ELIZABETH | |

| Employee Name | | |
|---|---|---|
| CABRAL, EMERENCIANA P | | |
| CABRAL, FERNANDO V | | |
| CABRAL, GUILHERME C | | |
| CABRAL, JOSE M | | |
| CABRAL, JOSE S | | |
| CABRAL, ROBERT | | |
| CABRAL, ROBERT C | | |
| CABRAL, THOMAS J | | |
| CALHETA, MIGUEL | | |
| CAMARA, ANA A | | |
| CAMARA, EDMUNDO | | |
| CAMARA, GUIDA B | | |
| CAMARA, NOEMIA M | | |
| CANTO, MANUEL S | | |
| CARMO, ELMIRA A | | |
| CARREIRO, ANTONIO D | | |
| CARREIRO, DINIS M | | |
| CARREIRO, JOHN L | | |
| CARRELAS, ANDREW P | | |
| CARROCA, DURVAL T | | |
| CARVALHO, ANTONIO | | |
| CARVALHO, HILDEBERTO | | |
| CARVALHO, JOHN F | | |
| CHAO, KHOURN | | |
| CHAO, KOM L | | |
| CHEA, NIMOL | | |
| CHHEM, VATH | | |
| CIOSEK, JOAN L | | |
| CLARA, LUIS A | | |
| CORDEIRO, KEVIN T | | |
| CORDEIRO, MIGUEL R | | |
| COREY, DONNA M | | |
| CORMIER, STEVEN W | | |
| CORREIA, VICENTE P | | |
| CORTEZ, ALBERTO | | |
| COSTA, ADRIANO | | |
| COSTA, ANTONIO M | | |
| COSTA, JESSE | | |
| COSTA, JOSEPH | | |
| COSTA, LIONEL P | | |
| COSTA, MANUEL L | | |
| COSTA, MARY C | | |
| COSTA, SONIA C | | |
| COUTO, JOSE M | | |
| COZZENS, CALEB C | | |
| CRAVEN, LORRAINE Y | | |
| DA COSTA, TERESA | | |
| DA SILVA, DONNA M | | |
| DA SILVA, MANUEL | | |
| DACOSTA, CIDALIA | | |
| DACOSTA, MANUEL F | | |
| DAMASO, ALVARO | | |
| DAPONTE, BELARMINO | | |
| DAPONTE, SCOTT | | |
| DAVIDSON, DONALD | | |
| DE FREITAS, ARMANDO | | |
| DE MEDEIROS, ANTONIO | | |
| DE MELO, AMERICO S | | |

| Employee Name | | |
|---|---|---|
| DE MELO, ANTONIO | | |
| DE MELO, PAUL G | | |
| DE OLIVEIRA, ADAM N | | |
| DE SA, CARLOS | | |
| DEMEDEIROS, JUVENAL B | | |
| DEMELO, ALDA M | | |
| DESILVA, MANUEL | | |
| DIAS, AUGUSTO | | |
| DIAS, ISALTINA | | |
| DIAS, LUIS C | | |
| DOMINGUES, MICHAEL F | | |
| DUARTE, DONALD | | |
| DUARTE, GEORGE | | |
| DUARTE, JOHN P | | |
| DUARTE, MARY L | | |
| ESPINOLA, JOSE | | |
| ESTACIO, EVARISTO M | | |
| ESTACIO, FRANCISCO C | | |
| ESTRELLA, LUCY M | | |
| FABIO, MANUEL | | |
| FARIA, MANUEL D | | |
| FARIA, MARK D | | |
| FARIA, PEDRO P | | |
| FARIA, RAYMOND C | | |
| FARIAS, MIGUEL A | | |
| FARIAS, ROSA M | | |
| FERNANDES, JOAO | | |
| FERREIRA, LUCIA M | | |
| FILHO, JOSE G | | |
| FLATTERY, SUSAN J | | |
| FRANCO, WILLIAM | | |
| FREITAS, JOHN | | |
| FREITAS, MANUEL | | |
| FREITAS, SUSAN A | | |
| FROMENT, BARRY J | | |
| FURTADO, ANTONIO F | | |
| FURTADO, MANUEL | | |
| FURTADO, ORLANDO C | | |
| GAFANHOTO, JOSE | | |
| GAGNE, LEO | | |
| GAGNE, RAYMOND G | | |
| GAGNON, SANDRA | | |
| GALVAO, JOSEPH A | | |
| GARCIA, ANNA M | | |
| GARCIA, MANUEL V | | |
| GARCIA, MARIA O | | |
| GERVASIO, ANTONIO L | | |
| GIBNEY, RICHARD | | |
| GOMES, LUIS A | | |
| GOMES, RICHARD | | |
| GONCALVES, OLARIA M | | |
| GOULART, OLIVETE | | |
| GOULET, THOMAS | | |
| GOUVEIA, JOSE O | | |
| GRIFFIN, THOMAS F | | |
| HALSTEAD, ANN M | | |
| HAWKINS, JEFFREY | | |
| HELLMANN, BENJAMIN N | | |

| Employee Name | | |
|---|---|---|
| HERMENEGILDO, MARYLOU | | |
| HOMER, CHARLES | | |
| IRIZARRY, ELIZABETH | | |
| JEAN, RAYMOND L | | |
| JESUS, HEDUINO | | |
| KALAF, CHARLES | | |
| KRZYSZTON, PAULETTE | | |
| LAFLEUR, CHRISTOPHER | | |
| LAFORCE, SCOTT W | | |
| LAPORTE, LOU-ANN | | |
| LEAL, THERESA M | | |
| LENART, ANDREW | | |
| LEVESQUE, CAROL A | | |
| LEVESQUE, KENNETH J | | |
| LEVESQUE, LARRY | | |
| LIMA, PAMELA | | |
| LIZOTTE, ROBERT A | | |
| LOURENCO, JOHN F | | |
| MACHADO, FAUSTINO C | | |
| MACHADO, MANUEL | | |
| MACHADO, MARIA C | | |
| MACHADO, ROBERTO P | | |
| MANCHESTER, WAYNE R | | |
| MARCELINO, CARLOS M | | |
| MARQUES, ANTONIO C | | |
| MARQUES, VICTOR M | | |
| MARTIN, JUDITH | | |
| MARTIN, WADE | | |
| MARTINS, CARLOS A | | |
| MARTINS, JOAO M | | |
| MARTINS, JOHN M | | |
| MARTINS, MANUEL | | |
| MCCLOUD, CHAD D | | |
| MEDEIROS, ALVARO L | | |
| MEDEIROS, AUGUSTINE | | |
| MEDEIROS, DARREN M | | |
| MEDEIROS, DOMINGOS | | |
| MEDEIROS, DUARTE M | | |
| MEDEIROS, GALE A | | |
| MEDEIROS, JORGE H | | |
| MEDEIROS, JOSE H | | |
| MEDEIROS, MARY JO | | |
| MEDEIROS, MICHAEL J | | |
| MEDEIROS, PAUL C | | |
| MELLO, ROBERT E | | |
| MELO, ANGELO D | | |
| MELO, GEORGE P | | |
| MELO, JOSE R | | |
| MENDONCA, STEVEN | | |
| MENEZES, MANUEL P | | |
| MIGUEL, JOSE | | |
| MIRANDA, THERESE M | | |
| MONIZ, ANTONIO C | | |
| MONIZ, HERMINIO D | | |
| MONIZ, JORGE | | |
| MONIZ, JOSE E | | |
| MONIZ, MARIO A | | |
| MONIZ, RUSSELL P | | |

| Employee Name | |
|---|---|
| MONTEIRO, JOSEPH O | |
| MONTEIRO, MANUEL A | |
| MORAIS, MARCOS A | |
| MORROW, JOHN | |
| MORTON, LARRY | |
| NHEM, OEUN | |
| NIL, RETH | |
| OLIVEIRA, ALTINO M | |
| OLIVEIRA, JOAO | |
| OLIVEIRA, JOSEPH F | |
| OLIVEIRA, MICHAEL J | |
| OLIVEIRA, STEVEN | |
| OLIVERIA, DOLORES | |
| ORTON, DEBORAH A | |
| ORTON, WAYNE E | |
| OUNG, VIROUT | |
| OWEN, NEAL P | |
| PACHECO, ALDA | |
| PACHECO, CARLOS | |
| PACHECO, DAVID | |
| PACHECO, GLEN A. | |
| PACHECO, JOSE A | |
| PACHECO, LUCIA M | |
| PACHECO, PAUL | |
| PACHECO, PEDRO M | |
| PACHECO, RUI J. | |
| PAIVA, ANTONIO C | |
| PATRICIO, JOHN D | |
| PATRICIO, MARIA I | |
| PAVAO, JOE C | |
| PAVAO, MARIANA L | |
| PAVAO, NATERCIA C | |
| PEREIRA, GABRIEL T | |
| PEREIRA, JOAO A | |
| PEREIRA, JOSE C | |
| PEREIRA, JOSE F | |
| PEREIRA, MANUEL S | |
| PHAN, PHONN | |
| PIMENTEL, NUNO M | |
| PIN, PON | |
| PINA-CHRISTIAN, MARCELINA | |
| PINHAL, LINA M | |
| PIRES, ALBERTO B | |
| PIRES, ANTONIO D | |
| RAIMUNDO, FERNANDO C | |
| RAPOSA, KEVIN J | |
| RAPOSO, JAY E | |
| RAPOSO, JOAO | |
| RAPOSO, JOAO F | |
| RAPOSO, JOAO M | |
| RAPOSO, JOSE C | |
| REGO, ANTONIO M | |
| REGO, JOAO C | |
| REGO, PAULO M | |
| REIS, LEONARD M | |
| RESENDES, ANTONIO C | |
| RESENDES, LUIS | |
| RESENDES, VALDEMAR R | |

| Employee Name | |
|---|---|
| RIBEIRO, HENRIQUE M | |
| RIBEIRO, ROBERTO M | |
| RICARDO, GUMERSINDO R | |
| RICARDO, MANUEL F | |
| RODRIGUES, AUGUSTINE V | |
| RODRIGUES, JACINTO B | |
| RODRIGUES, LIDIA C | |
| RODRIGUES, MARIO J | |
| RODRIGUES, ROBERT L | |
| ROIAS, JOAO B | |
| ROSA, CARLOS M | |
| ROSA, LUIS M | |
| SANTOS, BERNARDINO F | |
| SANTOS, JOAQUIN C | |
| SANTOS, MANUEL F | |
| SAO, SOPHEAP | |
| SILVA, ANTONIO | |
| SILVA, ELEUTERIO M | |
| SILVA, ERNEST | |
| SILVA, JOSE | |
| SILVA, JOSE M | |
| SILVA, LINA | |
| SILVIA, WILLEEN F | |
| SINEIRO, ANTONIO M | |
| SMITH, THERESA M | |
| SOARES, MARIA L | |
| SOARES, MARIA L | |
| SOM, NOM | |
| SOUFFRONT, ALBERTO A | |
| SOUSA, CARLOS | |
| SOUSA, CARLOS A | |
| SOUSA, CARLOS M | |
| SOUSA, DAVID | |
| SOUSA, DINO F | |
| SOUSA, ISABEL M | |
| SOUSA, JOSE L | |
| SOUSA, JOSE M | |
| SOUSA, JOSEPH V | |
| SOUSA, MARIA G | |
| SOUSA, ZENAIDA M | |
| SOUZA, BARBARA A | |
| STAMP, KEITH | |
| STANLEY, RONALD D | |
| STARK, ERIN | |
| TAVARES, DIANNE | |
| TAVARES, LUIS M | |
| TAVARES, VIRGINIO C | |
| TEIXEIRA, DANIEL M | |
| TEIXEIRA, DAVID M | |
| TEIXEIRA, FLAVIO F. | |
| TEIXEIRA, HELENA M | |
| TEIXEIRA, ROY J | |
| TEIXEIRA, VALDOMIRO M | |
| TEVES, EDWARD G. | |
| TEVES, NATIVIDADE G | |
| THORN, DONNA D | |
| TOSTE, JOSE M | |
| TROTT, GLORIA J | |

| Employee Name | |
|---|---|
| VALCORBA, DINIS C | |
| VASCONCELLOS, EUGENIA | |
| VENTURA, JORGE M | |
| VENTURA, MARIO J | |
| VIEIRA, JEAN M | |
| VIEIRA, MARIA L | |
| VIVEIROS, JOAO C | |
| VIVEIROS, MANUEL A | |
| WINN, KEITH L | |
| XAVIER, LUDGERO | |
| YOEUN, BAYROUTH | |

# EXHIBIT B

## EXHIBIT B - Associates Laid Off from 6/30/03 - 10/17/03

| Last Name | First | Laid Off | Recall | Laid Off | Recall |
|---|---|---|---|---|---|
| Camara | Noemia | 7/10/2003 | 7/21/03 | 9/28/03 | |
| Ferreira | Lucia | 7/10/2003 | 8/3/03 | 9/5/03 (Voluntary Quit) | |
| Som | Nom | 7/10/2003 | 8/3/03 | | |
| Texeira | Flavio | 7/10/2003 | | | |
| Costa | Jose F | 7/18/2003 | 8/10/03 | | |
| Viera | Maria | 7/22/2003 | | | |
| Andrade | Jorge | 7/24/2003 | 10/16/03 | | |
| Bouchard | Daniel | 7/24/2003 | | | |
| Chhem | Vath | 7/24/2003 | 8/3/03 | 9/26/03 | |
| Couto | Jose | 7/24/2003 | | | |
| DaPonte | Scott | 7/24/2003 | 8/12/03 | | |
| Duarte | George | 7/24/2003 | | | |
| Esquiel | Luiz | 7/24/2003 | 8/13/03 | | |
| Lopes | Mark | 7/24/2003 | | | |
| Machado | Maria | 7/24/2003 | 8/3/03 | | |
| Mederios | Darren | 7/24/2003 | | | |
| Monteiro | Manuel | 7/24/2003 | | | |
| Nhem | Oeun | 7/24/2003 | | | |
| Raposo | John | 7/24/2003 | 8/3/03 | | |
| Souffront | Alberto | 7/24/2003 | 8/4/03 | | |
| Yoeun | Bayrouth | 7/24/2003 | 8/13/03 | | |
| Aquiar | Paul | 7/29/2003 | | | |
| Cabral | Guilherme | 7/29/2003 | 8/26/03 | 9/22/03 | |
| Marcelino | Carlos | 7/29/2003 | 8/10/03 | | |
| Melo | Maria D. | 8/15/2003 | 9/21/03 | 9/30/03 | |
| Goulart | Carlos | 8/21/2003 | | | |
| arvalho | Maria | 8/22/2003 | 9/10/03 | 9/26/03 | 10/10/03 |
| Fernandes | Maria | 8/22/2003 | 9/16/03 | 9/22/03 | |
| Lafrenier | Donald | 8/26/2003 | | | |
| Craven | Lorraine | 8/29/2003 | | | |
| Cortez | Alberto | 9/5/2003 | | | |
| Durarte | John | 9/5/2003 | | | |
| Lowder | James | 9/5/2003 | | | |
| Gibney | Richard | 9/15/2003 | | | |
| Rego | Margarida | 9/16/2003 | | | |
| Clara | Luis | 9/22/2003 | | | |
| Pereira | Jose | 9/22/2003 | | | |
| Pimentel | Jose | 9/22/2003 | | | |
| Teixeira | Helena | 9/22/2003 | | | |
| Aponte | Augustine | 9/26/2003 | | | |
| Chea | Sang | 9/26/2003 | 10/2/03 | | |
| Damaso | Alvaro | 9/26/2003 | | | |
| Gervasio | Antonio | 9/26/2003 | | | |
| Gomes | Francisco | 9/26/2003 | | | |
| Goncalves | Guilherme | 9/26/2003 | | | |
| Jesus | Heduino | 9/26/2003 | 10/16/03 | | |
| Oliveira | Carlos | 9/26/2003 | 10/6/03 | | |
| Oliveira | Dolores | 9/26/2003 | | | |
| Hellman | Ben | 9/29/2003 | | | |
| Resendes | Manuel | 9/29/2003 | 10/16/03 | | |
| Calheta | Miguel | 10/1/2003 | 10/10/03 | | |
| Faria | Joshua | 10/1/2003 | | | |
| Levesque | Ken | 10/1/2003 | | | |
| anchester | Donna | 10/3/2003 | | | |
| Ventura | Mario | 10/6/2003 | | | |
| Rodrigues | Augustine | 10/10/2003 | | | |
| Freitas | John | 10/17/2003 | | | |

# EXHIBIT C

EXHIBIT C - Associates Laid Off 10/17/03 TO 4/30/04

| Last Name | First | Separation Date |
| --- | --- | --- |
| Franco | William | 10/24/2003 |
| Martin | Wade | 10/24/2003 |
| Adriano | Maria | 11/6/2003 |
| Almeida | Mannuel | 11/6/2003 |
| Amaral | Jose | 11/6/2003 |
| Arruda | David | 11/6/2003 |
| Arsenault | Roger | 11/6/2003 |
| Bettencourt | Herculano | 11/6/2003 |
| Borges | Paul | 11/6/2003 |
| Borges | Susana | 11/6/2003 |
| Botelho | Valdomiro | 11/6/2003 |
| Chey | Chan | 11/6/2003 |
| DaCosta | Manuel | 11/6/2003 |
| DaPonte | Belamino | 11/6/2003 |
| DeMedeiros | Joao F. | 11/6/2003 |
| DeMelo | Paul | 11/6/2003 |
| Faria | Mark | 11/6/2003 |
| Farias | Miguel | 11/6/2003 |
| Fernandes | Joao | 11/6/2003 |
| Freitas | Manuel | 11/6/2003 |
| Furtado | Manuel | 11/6/2003 |
| McCloud | Chad | 11/6/2003 |
| Medeiros | Augustine | 11/6/2003 |
| Moniz | Antonio | 11/6/2003 |
| Oliveira | Carlos | 11/6/2003 |
| Owen | Neil | 11/6/2003 |
| Pacheco | Alda | 11/6/2003 |
| Pavao | Joe C. | 11/6/2003 |
| Raposa | Kevin | 11/6/2003 |
| Raposo | Joao | 11/6/2003 |
| Rego | Joao C. | 11/6/2003 |
| Rego | Paulo | 11/6/2003 |
| Ribeiro | Roberto | 11/6/2003 |
| Santos | Joaquin | 11/6/2003 |
| Sousa | Jose | 11/6/2003 |
| Stanley | Ron | 11/6/2003 |
| Ventura | Jorge | 11/6/2003 |
| Yoeun | Bayrouth | 11/6/2003 |
| Ahmed | Faiz | 11/7/2003 |
| Almeida | Mary | 11/7/2003 |
| Alvaraz | Luis | 11/7/2003 |
| Alves | Irene | 11/7/2003 |
| Andrade | Jorge | 11/7/2003 |
| Arruda | John | 11/7/2003 |
| Banalewicz | Stanley | 11/7/2003 |
| Belleville | William | 11/7/2003 |
| Bolierio | Ricardo | 11/7/2003 |

| | | |
|---|---|---|
| Borges | Victorino | 11/7/2003 |
| Borges | Clara | 11/7/2003 |
| Botelho | Octavio | 11/7/2003 |
| Cabral | Robert | 11/7/2003 |
| Cabral | Robert C. | 11/7/2003 |
| Cabral | Thomas | 11/7/2003 |
| Camara | Ana | 11/7/2003 |
| Carmo | Elmira | 11/7/2003 |
| Carvalho | Maria H. | 11/7/2003 |
| Chao | Khourn | 11/7/2003 |
| Chea | Nimol | 11/7/2003 |
| Chea | Sang | 11/7/2003 |
| Cordeiro | Kevin | 11/7/2003 |
| Correia | Vicente | 11/7/2003 |
| Costa | Adriano | 11/7/2003 |
| DaSilva | Manuel | 11/7/2003 |
| Domingos | Don | 11/7/2003 |
| Estrella | Lucy | 11/7/2003 |
| Ezquiel | Luiz | 11/7/2003 |
| Flattery | Sue | 11/7/2003 |
| Furtado | Orlando | 11/7/2003 |
| Gagnon | Sandra | 11/7/2003 |
| Gomes | Richard | 11/7/2003 |
| Hermendgil | Mary Lou | 11/7/2003 |
| Homer | Charles | 11/7/2003 |
| Jesus | Heduino | 11/7/2003 |
| Lafleur | Christopher | 11/7/2003 |
| Levesque | Carol | 11/7/2003 |
| Lizotte | Robert | 11/7/2003 |
| Lourenco | John | 11/7/2003 |
| Machado | Maria | 11/7/2003 |
| Manchester | Wayne | 11/7/2003 |
| Martins | John | 11/7/2003 |
| Medeiros | Gale | 11/7/2003 |
| Medeiros | Jorge | 11/7/2003 |
| Medeiros | Jose H | 11/7/2003 |
| Melo | Angelo | 11/7/2003 |
| Moniz | Jose | 11/7/2003 |
| Moniz | Mario | 11/7/2003 |
| Oliveira | Michael | 11/7/2003 |
| Perreira | Jose F. | 11/7/2003 |
| Reis | Leonard | 11/7/2003 |
| Rohena | Juan | 11/7/2003 |
| Roias | Joao | 11/7/2003 |
| Silva | Lina | 11/7/2003 |
| Silva | Wileen | 11/7/2003 |
| Souffront | Alberto | 11/7/2003 |
| Sousa | Carlos | 11/7/2003 |
| Sousa | Maria G. | 11/7/2003 |
| Teixeira | Roy | 11/7/2003 |
| Teves | Edward | 11/7/2003 |
| Teves | Natividade | 11/7/2003 |

| | | |
|---|---|---|
| Thorn | Donna | 11/7/2003 |
| Trott | Gloria | 11/7/2003 |
| Vasconcello | Eugenia | 11/7/2003 |
| Viveiros | Manuel | 11/7/2003 |
| Viveiros | Joao | 11/7/2003 |
| Xavier | Ludgero | 11/7/2003 |
| Batista | Joseph | 11/14/2003 |
| Gouveia | Jose | 11/14/2003 |
| Mello | Robert | 11/21/2003 |
| Pires | Antonio | 11/28/2003 |
| Bento | Jaime | 12/2/2003 |
| Botelho | Jose E. | 12/2/2003 |
| De Freitas | Armando | 12/2/2003 |
| De Melo | Antonio | 12/2/2003 |
| Garcia | Manuel | 12/2/2003 |
| Martins | Joao M. | 12/2/2003 |
| Martins | Manuel | 12/2/2003 |
| Ricardo | Gumersindo | 12/2/2003 |
| Amaral | Gilbert | 12/5/2003 |
| Brodeur | Douglas | 12/5/2003 |
| Sousa | David | 12/5/2003 |
| Marcelino | Elizabeth | 1/9/2004 |
| Pina-Christi | Marci | 1/9/2004 |
| Stark | Erin | 1/9/2004 |
| Bergamtin | Donna | 1/23/2004 |
| Botelho | Manny | 1/23/2004 |
| Branco | Joseph P. | 1/23/2004 |
| Carreiro | Dinis | 1/23/2004 |
| Chao | Kom L. | 1/23/2004 |
| Ciosek | Joan L. | 1/23/2004 |
| DeMelo | Alda | 1/23/2004 |
| Estacio | Evaristo | 1/23/2004 |
| Garcia | Maria O. | 1/23/2004 |
| Jean | Raymond | 1/23/2004 |
| Lenart | Andrew | 1/23/2004 |
| Morrow | John | 1/23/2004 |
| Pires | Albert | 1/23/2004 |
| Rodrigues | Mario | 1/23/2004 |
| Leal | Theresa | 2/6/2004 |
| Pin | Pon | 2/6/2004 |
| Botelho | Jose | 2/27/2004 |
| Braga | Teofilo | 2/27/2004 |
| Cabral | Jose M. | 2/27/2004 |
| Cabral | Jose S. | 2/27/2004 |
| Canto | Manuel | 2/27/2004 |
| Carroca | Durval | 2/27/2004 |
| Costa | Jesse | 2/27/2004 |
| DaCosta | Teresa | 2/27/2004 |
| Gafanhoto | Jose | 2/27/2004 |
| Medeiros | Alvaro L. | 2/27/2004 |
| Medeiros | Duarte | 2/27/2004 |
| Medeiros | Paul | 2/27/2004 |

| | | |
|---|---|---|
| Nil | Reth | 2/27/2004 |
| Paiva | Antonio | 2/27/2004 |
| Pereira | Gabriel | 2/27/2004 |
| Silva | Eleuterio | 2/27/2004 |
| Som | Nom | 2/27/2004 |
| Teixeira | Daniel | 2/27/2004 |
| Cormier | Steve | 3/1/2004 |
| Botelho | Cidalia | 3/2/2004 |
| DeOliveira | Adam | 3/2/2004 |
| Resendes | Luis | 3/2/2004 |
| Resendes | Manny | 3/2/2004 |
| Botelho | Laurenano | 3/3/2004 |
| Carvalho | Antonio | 3/3/2004 |
| Moniz | Russell | 3/3/2004 |
| Pacheco | Pedro | 3/3/2004 |
| Raimundo | Fernando | 3/3/2004 |
| Resendes | Valdemar | 3/3/2004 |
| Silva | Ernest | 3/3/2004 |
| Soares | Maria | 3/3/2004 |
| Tavares | Virginio | 3/3/2004 |
| Teixeira | Valdomiro | 3/3/2004 |
| Toste | Jose | 3/3/2004 |
| Adriano | Joao | 3/4/2004 |
| Cozzens | Caleb | 3/4/2004 |
| DaCosta | Cidalia | 3/4/2004 |
| Dias | Isaltina | 3/4/2004 |
| Farias | Rosa | 3/4/2004 |
| Morais | Marcos | 3/4/2004 |
| Amaral | Mario | 3/5/2004 |
| Borges | James | 3/5/2004 |
| Faria | Raymond | 3/5/2004 |
| Machado | Manny | 3/5/2004 |
| Miguel | Jose | 3/5/2004 |
| Oliveira | Altino | 3/5/2004 |
| Oung | Virout | 3/5/2004 |
| Pacheco | Carlos | 3/5/2004 |
| Raposo | Jose C | 3/5/2004 |
| Sousa | Dino | 3/5/2004 |
| Vieira | Jean | 3/9/2004 |
| Cordeiro | Zenida | 3/12/2004 |
| Costa | Antonio | 3/12/2004 |
| Costa | Sonia | 3/12/2004 |
| Domingues | Michael | 3/12/2004 |
| Orton | Deborah | 3/12/2004 |
| Faria | Pedro | 3/22/2004 |
| Pavao | Natercia | 3/22/2004 |
| Freitas | Susan | 3/26/2004 |
| Galvao | Joseph | 3/26/2004 |
| Monteiro | Joseph | 3/26/2004 |
| Rosa | Carlos | 3/26/2004 |
| Tavares | Dianne | 3/26/2004 |
| Gagne | Raymond | 4/2/2004 |

| | | |
|---|---|---|
| Aguiar | Edwarda | 4/16/2004 |
| Carreiro | Antonio | 4/16/2004 |
| Costa | Manuel | 4/16/2004 |
| Costa | Mary | 4/16/2004 |
| Espinola | Jose | 4/16/2004 |
| Gomes | Luis | 4/16/2004 |
| Halstead | Ann | 4/16/2004 |
| Marques | Victor | 4/16/2004 |
| Oliveira | Joseph F. | 4/16/2004 |
| Phonn | Phan | 4/16/2004 |
| Rego | Antonio | 4/16/2004 |
| Rodrigues | Lidia C. | 4/16/2004 |
| Santos | Manny F | 4/16/2004 |
| Silva | Jose M | 4/16/2004 |
| Teixeira | David | 4/16/2004 |
| Aguiar | Francisco | 4/23/2004 |
| Alves | Manny | 4/23/2004 |
| Botelho | Margarida | 4/23/2004 |
| Camara | Guida | 4/23/2004 |
| DeSilva | Manny | 4/23/2004 |
| Dias | Augusto | 4/23/2004 |
| Marcelino | Carlos | 4/23/2004 |
| Marques | Antonio | 4/23/2004 |
| Medeiros | Domingos | 4/23/2004 |
| Pacheco | Paul | 4/23/2004 |
| Pereira | Manny | 4/23/2004 |
| Pinhal | Lina | 4/23/2004 |
| Raposo | Jay | 4/23/2004 |
| Riberio | Henrique | 4/23/2004 |
| Rodrigues | Jacinto B | 4/23/2004 |
| Rosa | Luis | 4/23/2004 |
| Santos | Bernardino | 4/23/2004 |
| Sousa | Isabel | 4/23/2004 |
| Souza | Barbara | 4/27/2004 |
| Alves | Paul | 4/28/2004 |
| Borges | Antonio | 4/28/2004 |
| Machado | Roberto | 4/28/2004 |
| Pacheco | Jose | 4/28/2004 |
| Pavao | Mariana | 4/28/2004 |
| Sousa | Jose M | 4/28/2004 |
| Sousa | Joseph V. | 4/28/2004 |
| Tavares | Luis | 4/28/2004 |
| Almeida | Joao | 4/30/2004 |
| Amaral | Antonio | 4/30/2004 |
| Arruda | Silvino | 4/30/2004 |
| Barbosa | Joao | 4/30/2004 |
| Cabral | Dimas | 4/30/2004 |
| Cabral | Emerencia | 4/30/2004 |
| Cabral | Fernando | 4/30/2004 |
| Calheta | Miguel | 4/30/2004 |
| Camara | Edmundo | 4/30/2004 |
| Carreiro | John | 4/30/2004 |

| | | |
|---|---|---|
| Carrelas | Andrew | 4/30/2004 |
| Carvalho | Hilderberto | 4/30/2004 |
| Carvalho | John | 4/30/2004 |
| Cordeiro | Miguel | 4/30/2004 |
| DeMedeiro | Antonio | 4/30/2004 |
| DeMedeiro | Juvenal | 4/30/2004 |
| DeMelo | Americo | 4/30/2004 |
| DeSa | Carlos | 4/30/2004 |
| Dias | Luis C. | 4/30/2004 |
| Duarte | Donald | 4/30/2004 |
| Duarte | Mary L | 4/30/2004 |
| Faria | Manuel | 4/30/2004 |
| Ferreira | Joao | 4/30/2004 |
| Fiano | Andre | 4/30/2004 |
| Filho | Jose | 4/30/2004 |
| Furtado | Antonio | 4/30/2004 |
| Gagne | Leo | 4/30/2004 |
| Garcia | Anna M. | 4/30/2004 |
| Goncalves | Olaria | 4/30/2004 |
| Hawkins | Jeffrey | 4/30/2004 |
| Irizarry | Elizabeth | 4/30/2004 |
| Krzyszton | Paulette | 4/30/2004 |
| LaForce | Scott | 4/30/2004 |
| Levesque | Laurent | 4/30/2004 |
| Machado | Faustino | 4/30/2004 |
| Medeiros | Michael | 4/30/2004 |
| Melo | Joseph | 4/30/2004 |
| Mendonca | Steven | 4/30/2004 |
| Menezes | Manuel | 4/30/2004 |
| Miranda | Theresa | 4/30/2004 |
| Moniz | Jorge | 4/30/2004 |
| Morton | Larry | 4/30/2004 |
| Oliveira | Joao | 4/30/2004 |
| Orton | Wayne | 4/30/2004 |
| Pacheco | David | 4/30/2004 |
| Pacheco | Glen | 4/30/2004 |
| Pacheco | Lucia | 4/30/2004 |
| Pacheco | Rui | 4/30/2004 |
| Patricio | John | 4/30/2004 |
| Patricio | Maria Ines | 4/30/2004 |
| Pereira | Joao A. | 4/30/2004 |
| Raposo | Joao F. | 4/30/2004 |
| Raposo | Joao M. | 4/30/2004 |
| Ricardo | Manuel | 4/30/2004 |
| Silva | Antonio | 4/30/2004 |
| Silva | Jose | 4/30/2004 |
| Sineiro | Antonio | 4/30/2004 |
| Soares | Maria L | 4/30/2004 |
| Sousa | Carlos A. | 4/30/2004 |
| Sousa | Carlos M | 4/30/2004 |
| Valcorba | Dinis | 4/30/2004 |

# EXHIBIT D

| EXHIBIT D - Recipients of "WARN Payments" | | | |
|---|---|---|---|
| **Last Name** | **First** | | |
| Adriano | Maria | | |
| Ahmed | Faiz | | |
| Almeida | Manuel | | |
| Almeida | Mary | | |
| Alvaraz | Luis | | |
| Alves | Irene | | |
| Amaral | Jose | | |
| Amaral | Gilbert | | |
| Andrade | Jorge | | |
| Arruda | David | | |
| Arruda | John | | |
| Arsenault | Roger | | |
| Banalewicz | Stanley | | |
| Batista | Joseph | | |
| Belleville | William | | |
| Bento | Jaime | | |
| Bettencourt | Herculano | | |
| Bolierio | Ricardo | | |
| Borges | Paul | | |
| Borges | Susana | | |
| Borges | Victorino | | |
| Borges | Clara | | |
| Botelho | Valdomiro | | |
| Botelho | Octavio | | |
| Botelho | Jose E. | | |
| Brodeur | Douglas | | |
| Cabral | Robert | | |
| Cabral | Robert C. | | |
| Cabral | Thomas | | |
| Camara | Ana | | |
| Carmo | Elmira | | |
| Carvalho | Maria H. | | |
| Chao | Khourn | | |
| Chea | Nimol | | |
| Chea | Sang | | |
| Chey | Chan | | |
| Cordeiro | Kevin | | |
| Correia | Vicente | | |
| Costa | Adriano | | |
| DaCosta | Manuel | | |
| DaPonte | Belamino | | |
| DaSilva | Manuel | | |
| De Freitas | Armando | | |
| De Melo | Antonio | | |
| DeMedeiros | Joao F. | | |
| DeMelo | Paul | | |
| Domingos | Don | | |
| Estrella | Lucy | | |
| Ezquiel | Luiz | | |

| EXHIBIT D - Recipients of "WARN Payments" | | | |
|---|---|---|---|
| **Last Name** | **First** | | |
| Faria | Mark | | |
| Farias | Miguel | | |
| Fernandes | Joao | | |
| Flattery | Sue | | |
| Freitas | Manuel | | |
| Furtado | Manuel | | |
| Furtado | Orlando | | |
| Gagnon | Sandra | | |
| Garcia | Manuel | | |
| Gomes | Richard | | |
| Gouveia | Jose | | |
| Hermendgild | Mary Lou | | |
| Homer | Charles | | |
| Jesus | Heduino | | |
| Lafleur | Christopher | | |
| Levesque | Carol | | |
| Lizotte | Robert | | |
| Lourenco | John | | |
| Machado | Maria | | |
| Manchester | Wayne | | |
| Martins | John | | |
| Martins | Joao M. | | |
| Martins | Manuel | | |
| McCloud | Chad | | |
| Medeiros | Augustine | | |
| Medeiros | Gale | | |
| Medeiros | Jorge | | |
| Medeiros | Jose H | | |
| Mello | Robert | | |
| Melo | Angelo | | |
| Moniz | Antonio | | |
| Moniz | Jose | | |
| Moniz | Mario | | |
| Oliveira | Carlos | | |
| Oliveira | Michael | | |
| Owen | Neil | | |
| Pacheco | Alda | | |
| Pavao | Joe C. | | |
| Perreira | Jose F. | | |
| Pires | Antonio | | |
| Raposa | Kevin | | |
| Raposo | Joao | | |
| Rego | Joao C. | | |
| Rego | Paulo | | |
| Reis | Leonard | | |
| Ribeiro | Roberto | | |
| Ricardo | Gumersindo | | |
| Rohena | Juan | | |
| Rojas | Joao | | |

| EXHIBIT D - Recipients of "WARN Payments" | | | |
| --- | --- | --- | --- |
| **Last Name** | **First** | | |
| | | | |
| Santos | Joaquin | | |
| Silva | Lina | | |
| Silva | Wileen | | |
| Souffront | Alberto | | |
| Sousa | Jose | | |
| Sousa | Carlos | | |
| Sousa | Maria G. | | |
| Sousa | David | | |
| Stanley | Ron | | |
| Teixeira | Roy | | |
| Teves | Edward | | |
| Teves | Natividade | | |
| Thorn | Donna | | |
| Trott | Gloria | | |
| Vasconcellos | Eugenia | | |
| Ventura | Jorge | | |
| Viveiros | Manuel | | |
| Viveiros | Joao | | |
| Xavier | Ludgero | | |
| Yoeun | Bayrouth | | |
| | | | |
| | | | |

EXHIBIT D - Amount of "WARN Payments"

| | Amount |
|---|---|
| Employee 1 | 832.00 |
| Employee 2 | 900.00 |
| Employee 3 | 1,004.00 |
| Employee 4 | 1,081.60 |
| Employee 5 | 1,081.60 |
| Employee 6 | 1,081.60 |
| Employee 7 | 1,081.60 |
| Employee 8 | 1,081.60 |
| Employee 9 | 1,081.60 |
| Employee 10 | 1,081.60 |
| Employee 11 | 1,081.60 |
| Employee 12 | 1,133.35 |
| Employee 13 | 1,365.60 |
| Employee 14 | 2,889.20 |
| Employee 15 | 3,161.60 |
| Employee 16 | 3,161.60 |
| Employee 17 | 3,161.60 |
| Employee 18 | 3,161.60 |
| Employee 19 | 3,161.60 |
| Employee 20 | 3,161.60 |
| Employee 21 | 3,161.60 |
| Employee 22 | 3,244.80 |
| Employee 23 | 3,244.80 |
| Employee 24 | 3,244.80 |
| Employee 25 | 3,244.80 |
| Employee 26 | 3,244.80 |
| Employee 27 | 3,244.80 |
| Employee 28 | 3,244.80 |
| Employee 29 | 3,268.00 |
| Employee 30 | 3,268.00 |
| Employee 31 | 3,271.12 |
| Employee 32 | 3,365.28 |
| Employee 33 | 3,420.00 |
| Employee 34 | 3,420.00 |
| Employee 35 | 3,420.00 |
| Employee 36 | 3,420.00 |
| Employee 37 | 3,452.40 |
| Employee 38 | 3,510.00 |
| Employee 39 | 3,510.00 |
| Employee 40 | 3,541.60 |
| Employee 41 | 3,541.60 |
| Employee 42 | 3,541.60 |
| Employee 43 | 3,541.60 |
| Employee 44 | 3,541.60 |
| Employee 45 | 3,541.60 |
| Employee 46 | 3,541.60 |
| Employee 47 | 3,626.72 |
| Employee 48 | 3,626.72 |

| Employee | Amount |
|---|---|
| Employee 49 | 3,626.72 |
| Employee 50 | 3,634.80 |
| Employee 51 | 3,634.80 |
| Employee 52 | 3,634.80 |
| Employee 53 | 3,748.32 |
| Employee 54 | 3,748.32 |
| Employee 55 | 3,775.20 |
| Employee 56 | 3,815.20 |
| Employee 57 | 3,815.20 |
| Employee 58 | 3,815.20 |
| Employee 59 | 3,815.20 |
| Employee 60 | 3,815.20 |
| Employee 61 | 3,815.20 |
| Employee 62 | 3,815.20 |
| Employee 63 | 3,815.20 |
| Employee 64 | 3,815.20 |
| Employee 65 | 3,846.96 |
| Employee 66 | 3,846.96 |
| Employee 67 | 4,073.60 |
| Employee 68 | 4,073.60 |
| Employee 69 | 4,073.60 |
| Employee 70 | 4,073.60 |
| Employee 71 | 4,073.60 |
| Employee 72 | 4,073.60 |
| Employee 73 | 4,073.60 |
| Employee 74 | 4,073.60 |
| Employee 75 | 4,073.60 |
| Employee 76 | 4,124.64 |
| Employee 77 | 4,164.80 |
| Employee 78 | 4,164.80 |
| Employee 79 | 4,164.80 |
| Employee 80 | 4,164.80 |
| Employee 81 | 4,164.80 |
| Employee 82 | 4,164.80 |
| Employee 83 | 4,180.80 |
| Employee 84 | 4,180.80 |
| Employee 85 | 4,180.80 |
| Employee 86 | 4,180.80 |
| Employee 87 | 4,180.80 |
| Employee 88 | 4,180.80 |
| Employee 89 | 4,180.80 |
| Employee 90 | 4,180.80 |
| Employee 91 | 4,180.80 |
| Employee 92 | 4,180.80 |
| Employee 93 | 4,180.80 |
| Employee 94 | 4,243.84 |
| Employee 95 | 4,274.40 |
| Employee 96 | 4,274.40 |
| Employee 97 | 4,274.40 |
| Employee 98 | 4,274.40 |
| Employee 99 | 4,274.40 |
| Employee 100 | 4,715.04 |

| | |
|---|---|
| Employee 101 | 4,715.04 |
| Employee 102 | 4,715.04 |
| Employee 103 | 4,715.04 |
| Employee 104 | 4,715.04 |
| Employee 105 | 4,839.12 |
| Employee 106 | 4,839.12 |
| Employee 107 | 4,839.12 |
| Employee 108 | 4,839.12 |
| Employee 109 | 4,839.12 |
| Employee 110 | 5,312.40 |
| Employee 111 | 5,400.00 |
| Employee 112 | 5,400.00 |
| Employee 113 | 5,592.00 |
| Employee 114 | 5,918.40 |
| Employee 115 | 6,432.00 |
| Employee 116 | 8,681.52 |
| Employee 117 | 13,536.60 |
| Employee 118 | 18,927.74 |

# EXHIBIT E

| EXHIBIT E - Recipients of WARN Notice | |
|---|---|
| **EMPLOYEE NAME** | |
| ADRIANO, JOAO | |
| ADRIANO, MARIA | |
| AGUIAR, EDUARDA | |
| AGUIAR, FRANCISCO | |
| AGUIAR, PAULO | |
| AGUIAR, ROBERT | |
| AHMED, FAIZ | |
| ALBERNAZ, RODRIGO | |
| ALMEIDA, JOAO | |
| ALMEIDA, MANUEL | |
| ALMEIDA, MARY | |
| ALVAREZ, LUIS | |
| ALVES, IRENE | |
| ALVES, MANUEL | |
| ALVES, PAUL | |
| AMARAL, ANTONIO | |
| AMARAL, EMANUEL | |
| AMARAL, GILBERTO | |
| AMARAL, JOSE | |
| AMARAL, MARIO | |
| ANDRADE, JORGE | |
| APONTE, AUGUSTINE | |
| ARRUDA, DAVID | |
| ARRUDA, JOHN | |
| ARRUDA, JOSE | |
| ARRUDA, SILVINO | |
| ARSENAULT, ROGER | |
| BANALEWICZ, STANLEY | |
| BARBOSA, JOAO | |
| BATISTA, JOSEPH | |
| BEARCE JR., KEITH | |
| BELLEVILLE, WILLIAM | |
| BENTO, JAIME | |
| BENTO, JOSE | |
| BERGANTIM, DONNA | |
| BETTENCOURT, HERCULANO | |
| BOLIEIRO, RICARDO | |
| BORGES, ANTONIO | |
| BORGES, CLARA | |
| BORGES, JAMES | |
| BORGES, LOUIS | |
| BORGES, PAUL | |
| BORGES, SUSANA | |
| BORGES, VICTORINO | |
| BOTELHO, CIDALIA | |
| BOTELHO, JOSE | |
| BOTELHO, JOSE | |
| BOTELHO, JOSE | |
| BOTELHO, LAUREANO | |
| BOTELHO, MANUEL | |
| BOTELHO, MARGARIDA | |
| BOTELHO, OCTAVIO | |
| BOTELHO, PAULO | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME | |
|---|---|
| BOTELHO, VALDOMIRO | |
| BOUCHARD, DANIEL | |
| BRAGA, TEOFILO | |
| BRANCO, JEFFREY | |
| BRANCO, JOSEPH | |
| BRANCO, MARIA | |
| BRODEUR, DOUGLAS | |
| CABRAL, DIMAS | |
| CABRAL, ELIZABETH | |
| CABRAL, EMERENCIANA | |
| CABRAL, FERNANDO | |
| CABRAL, GUILHERME | |
| CABRAL, JOSE | |
| CABRAL, JOSE | |
| CABRAL, ROBERT | |
| CABRAL, ROBERT | |
| CABRAL, THOMAS | |
| CALHETA, MIGUEL | |
| CAMARA, ANA | |
| CAMARA, EDMUNDO | |
| CAMARA, GUIDA | |
| CAMARA, NOEMIA | |
| CANTO, MANUEL | |
| CARMO, ELMIRA | |
| CARREIRO, ANTONIO | |
| CARREIRO, DINIS | |
| CARREIRO, JOHN | |
| CARRELAS, ANDREW | |
| CARROCA, DURVAL | |
| CARVALHO, ANTONIO | |
| CARVALHO, HILDEBERTO | |
| CARVALHO, JOHN | |
| CARVALHO, MARIA | |
| CHAO, KHOURN | |
| CHAO, KOM | |
| CHEA, NIMOL | |
| CHEA, SANG | |
| CHHEM, VATH | |
| CIOSEK, JOAN | |
| CLARA, LUIS | |
| CORDEIRO, AMANCIO | |
| CORDEIRO, KEVIN | |
| CORDEIRO, MIGUEL | |
| CORDEIRO, ZENAIDA | |
| CORMIER, STEVEN | |
| CORREIA, VICENTE | |
| CORTEZ, ALBERTO | |
| COSTA, ADRIANO | |
| COSTA, ANTONIO | |
| COSTA, JESSE | |
| COSTA, JOSE | |
| COSTA, JOSEPH | |
| COSTA, LIONEL | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME | |
|---|---|
| COSTA, MANUEL | |
| COSTA, MARY | |
| COSTA, SONIA | |
| COUTO, JOSE | |
| COZZENS, CALEB | |
| CRAVEN, LORRAINE | |
| DA COSTA, TERESA | |
| DA SILVA, DONNA | |
| DA SILVA, MANUEL | |
| DACOSTA, CIDALIA | |
| DACOSTA, MANUEL | |
| DAMASO, ALVARO | |
| DAPONTE, BELARMINO | |
| DAPONTE, SCOTT | |
| DAVIDSON, DONALD | |
| DE FREITAS, ARMANDO | |
| DE MEDEIROS, ANTONIO | |
| DE MEDEIROS, JOAO | |
| DE MELO, AMERICO | |
| DE MELO, ANTONIO | |
| DE MELO, PAUL | |
| DE OLIVEIRA, ADAM | |
| DE SA, CARLOS | |
| DE SOUSA, LUIS | |
| DEMEDEIROS, JUVENAL | |
| DEMELO, ALDA | |
| DESILVA, MANUEL | |
| DIAS, AUGUSTO | |
| DIAS, ISALTINA | |
| DIAS, LUIS | |
| DOMINGUES, MICHAEL | |
| DUARTE, DONALD | |
| DUARTE, JOHN | |
| DUARTE, MARY | |
| DUBE, JEANNETTE | |
| DURATE, GEORGE | |
| ESPINOLA, JOSE | |
| ESTACIO, EVARISTO | |
| ESTACIO, FRANCISCO | |
| ESTRELLA, JEFFREY | |
| ESTRELLA, LUCY | |
| EZQUIEL, LUIZ | |
| FABIO, MANUEL | |
| FARIA, GRACA | |
| FARIA, MANUEL | |
| FARIA, MARK | |
| FARIA, PEDRO | |
| FARIA, RAYMOND | |
| FARIAS, JOSE | |
| FARIAS, JOSHUA | |
| ARIAS, MIGUEL | |
| FARIAS, ROSA | |
| FERNANDES, JOAO | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME | |
|---|---|
| FERNANDES, MARIA | |
| FERREIRA, JOAO | |
| FILHO, JOSE | |
| FLATTERY, SUSAN | |
| FRANCO, WILLIAM | |
| FREITAS, JOHN | |
| FREITAS, MANUEL | |
| FREITAS, SUSAN | |
| FURTADO, ANTONIO | |
| FURTADO, MANUEL | |
| FURTADO, ORLANDO | |
| GAFANHOTO, JOSE | |
| GAGNE, LEO | |
| GAGNE, RAYMOND | |
| GAGNON, SANDRA | |
| GALVAO, JOSEPH | |
| GARCIA, ANNA | |
| GARCIA, MANUEL | |
| GARCIA, MARIA | |
| GERVASIO, ANTONIO | |
| GIBNEY, RICHARD | |
| GOMES, FRANCISCO | |
| GOMES, LUIS | |
| GOMES, RICHARD | |
| GONCALVES, GUILHERME | |
| GONCALVES, OLARIA | |
| GOULART, CARLOS | |
| GOULET, THOMAS | |
| GOUVEIA, JOSE | |
| GRIFFIN, THOMAS | |
| HALSTEAD, ANN | |
| HAWKINS, JEFFREY | |
| HELLMANN, BENJAMIN | |
| HERMENEGILDO, MARYLOU | |
| HOMER, CHARLES | |
| IRIZARRY, ELIZABETH | |
| JEAN, RAYMOND | |
| JESUS, HEDUINO | |
| KALAF, CHARLES | |
| KRZYSZTON, PAULETTE | |
| LAFLEUR, CHRISTOPHER | |
| LAFORCE, SCOTT | |
| LAFRENIERE, DONALD | |
| LAPORTE, LOU-ANN | |
| LEAL, THERESA | |
| LENART, ANDREW | |
| LEVESQUE, CAROL | |
| LEVESQUE, KENNETH | |
| LEVESQUE, LARRY | |
| LIMA, PAMELA | |
| LIZOTTE, ROBERT | |
| LOPES, MARK | |
| LOURENCO, JOHN | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME | |
|---|---|
| LOWDER, JAMES | |
| MACHADO, FAUSTINO | |
| MACHADO, MANUEL | |
| MACHADO, MARIA | |
| MACHADO, ROBERTO | |
| MANCHESTER, DONNA | |
| MANCHESTER, WAYNE | |
| MARCELINO, CARLOS | |
| MARQUES, ANTONIO | |
| MARQUES, VICTOR | |
| MARTIN, JUDITH | |
| MARTIN, WADE | |
| MARTINS, CARLOS | |
| MARTINS, JOAO | |
| MARTINS, JOHN | |
| MARTINS, MANUEL | |
| MCCLOUD, CHAD | |
| MEDEIROS, ALVARO | |
| MEDEIROS, AUGUSTINE | |
| MEDEIROS, DARREN | |
| MEDEIROS, DOMINGOS | |
| MEDEIROS, DUARTE | |
| MEDEIROS, GALE | |
| MEDEIROS, JORGE | |
| MEDEIROS, JOSE | |
| MEDEIROS, MARY | |
| MEDEIROS, MICHAEL | |
| MEDEIROS, PAUL | |
| MELLO, ROBERT | |
| MELO, ANGELO | |
| MELO, GEORGE | |
| MELO, JOSE | |
| MELO, MARIA | |
| MENDONCA, STEVEN | |
| MENEZES, MANUEL | |
| MIGUEL, JOSE | |
| MIRANDA, THERESE | |
| MONIZ, ANTONIO | |
| MONIZ, HERMINIO | |
| MONIZ, JORGE | |
| MONIZ, JOSE | |
| MONIZ, MARIO | |
| MONIZ, RUSSELL | |
| MONTEIRO, JOSEPH | |
| MONTEIRO, MANUEL | |
| MORAIS, MARCOS | |
| MORROW, JOHN | |
| MORTON, LARRY | |
| NHEM, OEUN | |
| NIL, RETH | |
| OLIVEIRA, ALTINO | |
| OLIVEIRA, CARLOS | |
| OLIVEIRA, DOLORES | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME | |
|---|---|
| OLIVEIRA, JOAO | |
| OLIVEIRA, JOSEPH | |
| OLIVEIRA, MICHAEL | |
| OLIVEIRA, STEVEN | |
| ORTON, DEBORAH | |
| ORTON, WAYNE | |
| OUNG, VIROUT | |
| OWEN, NEAL | |
| PACHECO, ALDA | |
| PACHECO, CARLOS | |
| PACHECO, DAVID | |
| PACHECO, GLEN | |
| PACHECO, JOSE | |
| PACHECO, LUCIA | |
| PACHECO, PAUL | |
| PACHECO, PEDRO | |
| PACHECO, RUI | |
| PAIVA, ANTONIO | |
| PATRICIO, JOHN | |
| PATRICIO, MARIA | |
| PAVAO, ANTONIO | |
| PAVAO, JOE | |
| PAVAO, MARIANA | |
| PAVAO, NATERCIA | |
| PECSI, ION | |
| PEREIRA, GABRIEL | |
| PEREIRA, JOAO | |
| PEREIRA, JOSE | |
| PEREIRA, JOSE | |
| PEREIRA, MANUEL | |
| PHAN, PHONN | |
| PIMENTEL, JOSE | |
| PIMENTEL, NUNO | |
| PIN, PON | |
| PINA-CHRISTIAN, MARCELINA | |
| PINHAL, LINA | |
| PIRES, ALBERTO | |
| PIRES, ANTONIO | |
| RAIMUNDO, FERNANDO | |
| RAPOSA, KEVIN | |
| RAPOSO, JAY | |
| RAPOSO, JOAO | |
| RAPOSO, JOAO | |
| RAPOSO, JOAO | |
| RAPOSO, JOSE | |
| REGO, ANTONIO | |
| REGO, JOAO | |
| REGO, MARGARIDA | |
| REGO, PAULO | |
| REIS, LEONARD | |
| ESENDES, ANTONIO | |
| RESENDES, LUIS | |
| RESENDES, MANUEL | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME | |
|---|---|
| RESENDES, VALDEMAR | |
| RIBEIRO, HENRIQUE | |
| RIBEIRO, ROBERTO | |
| RICARDO, GUMERSINDO | |
| RICARDO, MANUEL | |
| RODRIGUES, AUGUSTINE | |
| RODRIGUES, JACINTO | |
| RODRIGUES, LIDIA | |
| RODRIGUES, MARIO | |
| RODRIGUES, ROBERT | |
| ROHENA, JUAN | |
| ROIAS, JOAO | |
| ROSA, CARLOS | |
| ROSA, LUIS | |
| SANTOS, BERNARDINO | |
| SANTOS, JOAQUIN | |
| SANTOS, MANUEL | |
| SAO, SOPHEAP | |
| SILVA, ANTONIO | |
| SILVA, ELEUTERIO | |
| SILVA, ERNEST | |
| SILVA, JOSE | |
| SILVA, JOSE | |
| SILVA, LINA | |
| SILVIA, WILLEEN | |
| SINEIRO, ANTONIO | |
| SMITH, HERBERT | |
| SMITH, THERESA | |
| SOARES, MARIA | |
| SOARES, MARIA | |
| SOM, NOM | |
| SOUFFRONT, ALBERTO | |
| SOUSA, CARLOS | |
| SOUSA, CARLOS | |
| SOUSA, CARLOS | |
| SOUSA, DAVID | |
| SOUSA, DINO | |
| SOUSA, ISABEL | |
| SOUSA, JOSE | |
| SOUSA, JOSE | |
| SOUSA, JOSEPH | |
| SOUSA, MARIA | |
| SOUZA, BARBARA | |
| STAMP, KEITH | |
| STANLEY, RONALD | |
| STARK, ERIN | |
| TAVARES, DIANNE | |
| TAVARES, LUIS | |
| TAVARES, VIRGINIO | |
| TEIXEIRA, DANIEL | |
| EIXEIRA, DAVID | |
| TEIXEIRA, HELENA | |
| TEIXEIRA, ROY | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME | |
|---|---|
| TEIXEIRA, VALDOMIRO | |
| TEVES, EDWARD | |
| TEVES, NATIVIDADE | |
| TEXEIRA, HENRY | |
| THORN, DONNA | |
| TOSTE, JOSE | |
| TROTT, GLORIA | |
| VALCORBA, DINIS | |
| VASCONCELLOS, EUGENIA | |
| VENTURA, JORGE | |
| VENTURA, MARIO | |
| VIEIRA, JEAN | |
| VIEIRA, MARIA | |
| VIVEIROS, JOAO | |
| VIVEIROS, MANUEL | |
| WINN, KEITH | |
| XAVIER, LUDGERO | |
| YOEUN, BAYROUTH | |