UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA MANCHESTER and NOEMIA CAMARA, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>MAIN STREET TEXTILES, L.P., JOAN FABRICS SERVICES, LLC and JOAN FABRICS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO. 04-10439 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF LOU-ANN LAPORTE

I, Lou-Ann Laporte, being duly sworn, do hereby depose and state as follows:

1.  I was employed by Main Street Textiles, L.P. ("Main Street") from July 2000 through April 2004, as Main Street's Human Resources Manager. In that capacity, I was responsible for Main Street's hiring and benefits administration, including, but not limited to, the administration of Main Street's vacation policies. I also oversaw Main Street's accounting and payroll practices. In addition, I assisted in carrying out the policies and procedures established by Joan Fabrics Corporation concerning Main Street.

2.  Based upon my review of Main Street's accounting and payroll records, as of September 7, 2003, Main Street employed 348 full-time employees and one part-time employee.

3.  Attached as Exhibit 5 to the Local Rule 56.1 Statement of Undisputed Facts is a true and accurate copy of Main Street's Layoff and Recall Policy in effect at the time of the Plaintiffs' employment.

4.   Attached as Exhibit 11 to the Local Rule 56.1 Statement of Undisputed Facts is a true and accurate copy of Main Street's Vacation Pay Policy for its Production Hourly Associates in effect at the time of the Plaintiffs' employment.

5.   Attached as Exhibit 12 to the Local Rule 56.1 Statement of Undisputed Facts is a true and accurate copy of Main Street's Vacation Pay Policy for its Salaried Associates in effect at the time of the Plaintiffs' employment.

6.   Attached as Exhibit 13 to the Local Rule 56.1 Statement of Undisputed Facts is a true and accurate copy of Main Street's Vacation Pay Policy for its Office Hourly Associates in effect at the time of the Plaintiffs' employment.

Signed and sworn to under the pains and penalties of perjury this 12th day of July, 2006.

/s/ Lou-Ann Laporte
Lou-Ann Laporte