| | |
|---|---|
| **STANDARD PROCEDURE INSTRUCTION** | S.P.I. No. III-3<br>Page 1 of 3 |
| Subject:   LAYOFF & RECALL POLICY | Issued: October, 1991<br>Revised: _____<br>Approved: Corp. Committee |

**1.0**     <u>Purpose</u>

   **1.1**     If employment levels must be reduced due to adverse economic or other conditions, this SPI sets forth guidelines for the following:
- Who will be laid off
- Benefit continuation while on lay off
- Recall from layoff procedures

**2.0**     <u>Scope</u>

   **2.1**     This SPI applies to all associates.

**3.0**     <u>Forms and Exhibits</u>

   **3.1**     Personnel Action Notice

**4.0**     <u>Policy</u>

   **4.1**     Production hourly associates within each affected unit should be selected for layoff in the following order:
- A. Probationary associates
- B. Temporary and Part-Time associates
- C. Full-Time associates based on length of service

   **4.2**     Associates selected for layoff should be given as much notice as possible as is required by law or as much as is reasonable under the circumstances. Associates will be informed of the following:
- A. Reason for the layoff
- B. Estimated length of layoff
- C. Continuation of benefits during layoff period
- D. Unemployment benefits and how to file claims

   **4.3**     Upon layoff, the immediate supervisor should immediately complete a Personnel Action Notice and forward to the Personnel Department.

   **4.4**     On or before the date of layoff, the associate should be notified of benefit continuation and conversion rights.

| | |
|---|---|
| 4.4.1 | Health insurance will be made available for 90 days following the date of layoff provided the laid off associate continues weekly contributions. If, at the end of the 90 day period, the associate has made no contribution towards health insurance continuation, the effective date of termination will be the last day payment was received. A Cobra notice will be sent to the associate on or prior to 90 days from the date of layoff. |
| 4.4.2 | The associate's basic group life insurance will continue for 90 days from the date of layoff. |
| 4.4.3 | Accidental Death & Dismemberment insurance will cease on the date of layoff. |
| 4.3.4 | Short term disability insurance will cease on the date of layoff. |
| 4.5 | Hourly associates who are not actively employed at the vacation pay time will not receive vacation pay. If the associate is recalled prior to December 31 of the year in which he/she was laid off, the vacation check will be issued with the first check received upon return to work. |
| 4.6 | Associates who are laid off will be maintained on a recall list for one year. While on the recall list, associates should report to the Personnel Department if they become unavailable for recall. Associates who fail to keep their address current may lose a recall opportunity and/or will no longer be eligible for recall. |
| 4.7 | Associates will be recalled according to need, classification or ability to do the job. Where two associates are equally qualified, the associate with more seniority will be offered the position first. Notice of recall will be sent by certified mail. Unless the associate responds to the recall notice within seven days following receipt of the notice, the associate's name will be removed from the recall list. |
| 4.8 | If an associate is recalled after 30 days, a new hire physical and substance abuse screening must be obtained before reporting for work. If the substance abuse screening test is not passed, the associate will not be considered for employment until a year from the date of the test. He/she will, however, still be entitled to collect unemployment compensation benefits. |

| | |
|---|---|
| 4.9 | If associates are recalled within one year from the date of layoff, seniority will be maintained. If an associate returns to work after one year, the new date of hire will be the seniority date. |
| 4.10 | If the associate returns to work within a 90 day period from the date of layoff, all benefits (health insurance, life insurance, AD&D, short term disability, etc.) will be reinstated immediately upon return to work. |
| 4.10.1 | If more than 90 days have lapsed since the date of layoff, upon recall, the associate must satisfy the waiting period for eligibility for all benefits; however, if the associate has continued payments for health insurance through Cobra, health insurance may be reinstated immediately upon return to work. |