```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS


   No:  04-10439RCL                    Rule 30 Deposition


   DONNA MANCHESTER and NOEMIA CAMARA, Individually,
   and on behalf of all other Similarly Situated

   Vs.

   MAIN STREET TEXTILES, L.P. and              COPY
   JOAN FABRICS SERVICES L.L.C.,
   And JOAN FABRICS CORPORATION
```

DEPOSITION OF LOU-ANN LAPORTE, taken pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure on behalf of the Plaintiffs, before Salvina S. Ferreira, RPR, a Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Brian Cunha & Associates, 311 Pine Street, Fall River, MA, commencing at 11:10 A.M., on Friday, August 26, 2005, pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

```
                        * * * * *
                 LEDGEWOOD COURT REPORTING
                      23 Last Street
                   Tiverton, RI  02878
                      (401) 625-5455
```

```
 1        APPEARANCES:    Brian R. Cunha, Esq.
                          BRIAN CUNHA & ASSOCIATES
 2                        311 Pine Street
                          Fall River, MA  02720
 3                        Representing the Plaintiffs

 4
                          Neil V. McKittrick, Esq.
 5                        GOULSTON & STORRS
                          400 Atlantic Avenue
 6                        Boston, MA 02110-3333
                          Representing the Defendant
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

| | | |
|---|---|---|
| 1 | Q | At the time you were first employed in 2000, was |
| 2 | | there any inclination that the company might shut |
| 3 | | down? |
| 4 | A | No. |
| 5 | Q | When did you first receive information that there |
| 6 | | was likely going to be a layoff and the company was |
| 7 | | going to be shut down? |
| 8 | A | On the day we posted the WARN notice. |
| 9 | Q | October 17, '03? |
| 10 | A | Correct. |
| 11 | Q | So you had no information about the fact that the |
| 12 | | company might shut down until that date? |
| 13 | A | No.  Correct. |
| 14 | Q | There were no discussions with you by -- is it Penny |
| 15 | | Richards is that her name? |
| 16 | A | Penny was overseeing the plant. |
| 17 | Q | She was overseeing the plant? |
| 18 | A | She was in charge of the plant technically. |
| 19 | Q | Is she part owner of the company? |
| 20 | A | Part owner and president. |
| 21 | Q | And she is president? |
| 22 | A | Yes. |
| 23 | Q | She had never talked to you about the fact that |
| 24 | | there may be a plant closing or layoffs? |

1  A  Okay.

2  Q  Go ahead. Who would be entitled to vacation pay?

3  A  People are entitled to vacation pay at the time of

4     plant closing, shut down, vacation shut down.

5  Q  So if I worked one day before the shut down in

6     December, I would be entitled to --

7  A  No, you had to be on the payroll.

8          Do you have the policy? I don't recall

9     the number. There was a specific timeframe a person

10    had to be hired let's put it that way.

11 Q  You don't remember how long that was?

12 A  No, I don't know.

13         (Witness reading document)

14 A  This is layoff. This is not vacation.

15 Q  Okay. Oh, I'm sorry. There was something dealing

16    with vacations on that. What is that?

17 A  This is stating that someone is on layoff.

18 Q  Okay. So what is that policy?

19 A  It's stating that any hourly associate who is not

20    actively employed at vacation time will not receive

21    vacation pay. If they're recalled prior to December

22    31st of the year that they were laid off, that they

23    would receive it when they return to work.

24         MR. CUNHA: Off the record.

| | | |
|---|---|---|
| 1 | | November. |
| 2 | Q | Okay. So I would get something? |
| 3 | A | You would get something if you were hired prior to |
| 4 | | that week that time. |
| 5 | Q | And if I was laid off the day before that date, I |
| 6 | | would not receive it event though I worked for five |
| 7 | | years? |
| 8 | A | That's correct, you would not receive it. |
| 9 | Q | Even though I worked for all almost six months I |
| 10 | | would not receive it? |
| 11 | A | That's correct. |
| 12 | Q | And that was your policy? |
| 13 | A | That was our policy. |
| 14 | Q | Has that ever been tested to your knowledge? |
| 15 | A | What do you mean by tested? |
| 16 | Q | By a lawsuit. |
| 17 | A | Not to my knowledge. |
| 18 | Q | Have you ever received any advisory opinions from |
| 19 | | the attorney general while you were human resource |
| 20 | | manager about your vacation policy? |
| 21 | A | I don't recall, no. |
| 22 | Q | You don't recall? |
| 23 | A | No. |
| 24 | Q | So if you wanted you could have your entire work |

1    force -- let me just give you a hypothetical -- work
2    and be laid off the day before the vacation pay was
3    due and not pay them; is that correct under your
4    policy?
5              MR. McKITTRICK:  I object to a
6    hypothetical question to a fact witness.
7              MR. CUNHA:  I'm asking her about her
8    policy.
9    A   Active payroll the week of when they distributed it.
10       So if it was the day before, they would have gotten
11       it.  The week of.  They have to be on the active
12       payroll.
13   Q   All right.  Let's say the week before I had to
14       layoff 500 employees and none of them would receive
15       vacation?
16   A   Correct.
17   Q   That's according to the policy?
18   A   Correct.  It's not accrued.
19   Q   Okay.  Is there anywhere in the policy that says
20       it's not accrued?
21   A   The policy states that the pay is based on the prior
22       six months of earnings to determine pay.  Nothing
23       else.
24   Q   So that the prior six months of earnings determine

```
 1              how much vacation pay you get at the end of
 2              December; correct?
 3       A      Yes, according to your length of service.  Yes.
 4       Q      So it is being accrued during those six months?
 5       A      No, it is not.
 6       Q      No?  In terms of determining the amount that you
 7              receive; correct?
 8                     MR. McKITTRICK:  Objection.
 9       A      No, it's not.  It's a calculation.  It's not
10              accrued.  It's a calculation.
11       Q      It's a calculation based upon your accrued earnings?
12       A      No.  Based upon your earnings not accrued.
13                     MR. McKITTRICK:  Objection.
14       Q      Well, they are accruing every week you're getting
15              paid; correct?
16                     MR. McKITTRICK:  Objection.
17       A      No, they're not.
18       Q      Aren't you counting their earnings during the last
19              six months?
20       A      Not until it's pay time.  When it's pay time, that's
21              when it's calculated.  We are not accruing it.
22       Q      So your answer is you don't know whether there were
23              ever any advisory opinions from the attorney general
24              as to whether your policy was complying with the law
```

C E R T I F I C A T E

I, Salvina S. Ferreira, RPR and Notary Public within and for the Commonwealth of Massachusetts, duly commissioned, qualified and authorized to administer oaths and to take and certify depositions do hereby certify that heretofore, to wit, on the 26th day of August, 2005, personally appeared before me LOU-ANN LAPORTE, at the Law Office of Brian Cunha & Associates, 311 Pine Street, Fall River, MA in the afore-captioned cause now pending in the United States District Court for the District of Massachusetts, that the witness was by me duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon and while said witness was under oath, at the time and place herein named and was thereafter reduced to typewriting under my supervision.

I further certify that I am not interested in the event of the action.

IN WITNESS WHEREOF, I have hereunto subscribed my hand and affixed my seal of office this 31st day of August, 2005.

_____ (Copy)
Salvina S. Ferreira, RPR
My commission expires: May 19, 2011.