

October 17, 2003

TO:    ALL ASSOCIATES

Dear Associate:

The Company regrets to inform you that Main Street Textiles has made the decision to permanently discontinue its manufacturing operations in Fall River. As a result, the Company expects the plant to close permanently by April 30, 2004. The first separations are expected to occur on or about October 17, 2003. Employees will be laid off at various times subject to the availability of work. Unfortunately, the Company does not know the exact dates that individual employees will be laid off and would like to delay lay offs as long as possible depending on the availability of work. If you are laid off prior to the expiration of the 60 day WARN Act notice period, the Company will continue your pay and benefits for the full 60 day notice period.

We will keep you informed of any developments as they arise, including the existence of any available dislocated worker assistance. There are no applicable bumping rights for employees. If any additional information is required, please contact Lou-Ann LaPorte at (508) 235-0217.

Sincerely,

Wade Martin

Vice President of Operations