

October 17, 2003

Honorable Mayor Edward M. Lambert, Jr.
City Hall
1 Government Center, 6th Floor
Fall River, Massachusetts 02722

Dear Mayor Lambert:

This letter will serve as formal notification under the Federal Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2102, et seq. ("WARN") that Main Street Textiles will permanently discontinue its manufacturing operations located at 81 Commerce Drive, Fall River, Massachusetts 02720. As a result, the Company expects the plant to close permanently by April 30, 2004. The first separations are expected to occur on or about October 17, 2003. Employees will be laid off at various times subject to the availability of work. If employees are laid off prior to the expiration of the 60 day WARN Act notice period, the Company will continue their pay and benefits for the full 60 day notice period.

A total of 335 active employees will be affected by these closings. The layoffs are expected to be permanent. Information as to the job titles to be affected and the numbers of affected employees in each job classification is available upon request. None of the affected employees are represented by a union. There are no applicable bumping rights.

A letter has been sent to all employees individually pursuant to the provisions of the WARN Act. If any additional information is required, please contact Lou-Ann LaPorte at (508) 235-0217.

Sincerely,

Wade Martin

Vice President of Operations