| STANDARD PROCEDURE INSTRUCTION | S.P.I. No. IV-13 A |
|---|---|
| Subject: PRODUCTION HOURLY VACATION PAY POLICY | Page 1 of 2<br>Issued: November, 1992<br>Revised: _____<br>Approved: Corporate Safety Committee |

| 1.0 | Purpose |
|---|---|
| 1.1 | To define procedure and set forth eligibility requirements for vacation pay. |
| 2.0 | Scope |
| 2.1 | This SPI applies to all locations. |
| 3.0 | Eligibility Requirements |
| 3.1 | All Production Hourly Associates are eligible for vacation pay. |
| 3.2 | An Associate must be employed at vacation time or on an approved medical leave of absence to receive vacation pay, or unless they return prior to their next scheduled shift. |
| 3.3 | New Associates must have worked prior to the last week in May to be eligible for vacation pay during the July 4th vacation and prior to the last week in November to be eligible for vacation pay during the Holiday vacation. |
| 3.4 | All regular payroll deductions will be withheld from vacation wages. |

4.0 Computation of Vacation Pay

   4.1 Regular full time Hourly Associates vacation pay will be paid on total earnings for the preceding six months based on percentages for length of service.

| Percent of Earnings | Length of Service |
|---|---|
| 2% | From the first day of employment up to three years of service. |
| 3% | Over three years of service but less than five years of service. |
| 4% | Over five years of service but less than ten years of service. |
| 6% | Over ten years of service but less than fifteen years of service. |
| 8% | Over fifteen years of service. |