| | |
|---|---|
| **STANDARD PROCEDURE INSTRUCTION** | S.P.I. No. __IV-15__ <br> Page __1__ of __2__ <br> Issued: __May, 1993__ <br> Revised: __August, 1996__ <br> Approved: __Corp. Safety Committee__ |
| Subject: OFFICE HOURLY VACATION POLICY | |

**1.0**    Purpose

To define procedure and set forth eligibility requirements for paid vacation.

**2.0**    Scope

This SPI applies to all Office Hourly Associates

**3.0**    Eligibility Requirements

     **3.1**    Regular, full time Office Hourly Associates are eligible for paid vacation time, based upon the total length of their continuous service.

     **3.2**    Taxes will be deducted from vacation pay, but all other personal type deductions will not be taken from vacation pay. (Example-Credit Union, Medical, Bowling, Garnishments.)

     **3.3**    Vacation time accrues from July 1, - June 30th of each fiscal year.

     **3.4**    All eligible regular, full time Office Hourly Associates vacation time will accure on a monthly basis in accordance with the following schedule:

| At Least | But Less Than | Accured Vacation Time |
|---|---|---|
| 6 months | 1 year | .4 days per month |
| 1 years | 10 years | .8 days per month |
| 10 years | 15 years | 1.2 days per month |
| 15 years or more | | 1.6 days per month |

     **3.4.1**    Associates reaching their 10 or 15 years of service with the Company will be granted their additional accrued vacation on their anniversary date.

**4.0**    Vacation Scheduling

     **4.1**    When specific "shutdown" or "vacation periods" are scheduled by management, Associates are expected to take vacation during that designated time period.

| Subject: | OFFICE HOURLY VACATION POLICY | S.P.I. No. IV-15 |
|---|---|---|
| | | Page 2 of 2 |

| | | |
|---|---|---|
| | 4.2 | In the event of the following: |
| | | (1) An Associate is requested to work during the vacation period or |
| | | (2) An Associate has unused vacation days remaining at the end of the scheduled vacation period, or |
| | | (3) An Associate becomes eligible for additional paid vacation subsequent to the scheduled vacation period, or |
| | | (4) There is no specific vacation period scheduled, |
| | | -- vacation will be taken at a time mutually agreeable to the Associate and the Associate's supervisor. Final approval for all vacation scheduling will rest with management. Consideration will be given to the Associate's personal preference and the company's business requirements. |
| 5.0 | | General |
| | 5.1 | All paid vacation days must be taken during the fiscal year in which they accrue and cannot be "carried over" into the following fiscal year. |
| | 5.2 | Associates are not allowed at any time to borrow vacation time. |
| | 5.3 | All voluntary deductions will **not** be taken from vacation pay. |
| | 5.4 | If a company holiday occurs during an Associate's vacation period, the company, at its discretion will: |
| | | Allow the Associate to take an additional day off, with pay, at a time mutually agreeable. |