UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DONNA MANCHESTER

        V.        CIVIL ACTION NO. 04-10439-RGS

NOEMIA CAMARA; MAIN STREET TEXTILES, ET AL

ORDER SETTING CASE FOR TRIAL

STEARNS, DJ.

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON MONDAY, OCTOBER 23, 2006 AT 9:00 A.M. IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE OCTOBER 17, 2006, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

    1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;
    2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;
    3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a _precise_ statement of any objections thereto;
    4. A "Joint List of Exhibits" as to which there is NO objection, _IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS_, regardless of which party is the proponent of an exhibit (such exhibits are deemed _ADMITTED_ and need NOT be independently offered at trial;
    5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, _IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,_ regardless of which party is the proponent of an exhibit;
    6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;
    7. A _TRIAL MEMORANDUM_ addressing those items as to which there are foreseeable disputes concerning issues of law;
    8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;
    9. In cases to be tried by a jury:
        A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
        B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
        C. ANY PROPOSED QUESTIONS FOR THE _VOIR DIRE_ EXAMINATION;
        D. A _SUCCINCT AND NEUTRAL_ STATEMENT SUMMARIZING

      THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES
      TO BE READ TO THE VENIRE DURING EMPANELMENT.
    10. All trial exhibits <u>must</u> be reclaimed by the end of the
    first business day following the day of the verdict.  This
    policy is <u>strictly enforced by the Court</u> as there is no space
    at the Courthouse to store exhibits after a trial has ended.
    Exhibits not reclaimed by counsel will be discarded.

COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY <u>FULLY</u> WITH THIS
ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT.
TARDINESS IN THE FILING OF THESE TRIAL DOCUMENTS WILL <u>NOT</u>
BE TOLERATED.

  SO ORDERED.

            RICHARD G. STEARNS
            UNITED STATES DISTRICT JUDGE

      BY:

            /s/ Mary  H. Johnson
             Deputy Clerk

DATED AT BOSTON:  7/11/06


NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED
TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-
9162.