UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONNA MANCHESTER and NOEMIA CAMARA
Individually, and on behalf of all others similarly
situated
        Plaintiffs

VS.

MAIN STREET TEXTILES, L.P., and
JOAN FABRICS SERVICES L.L.C. and
JOAN FABRICS CORPORATION

        Defendants

CA NO.: **4-10439RCL**

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND CLASS ACTION COMPLAINT

Plaintiffs' submit this Memorandum in support of their Motion to Amend their Class Action Complaint. Plaintiffs state that by adding a Count to their Complaint under M.G.L. chapter 149, §150 and chapter 151, §§1B and 20 which establishes a private right of action for employees who have been victims of the violation of the state wage laws, which allows for injunctive relief, treble damages for any loss wages or other benefits including loss of vacation pay.

Plaintiffs further state that the Amended Complaint will further clarify the allegations and the Defendants will not be prejudiced by Plaintiffs Amending their Complaint as these issues have been previously raised.

BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esq., BBO #108560
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500