## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CA NO.: 04-10439-RCL

DONNA MANCHESTER and NOEMIA CAMARA
Individually, and on behalf of all others similarly
situated

                Plaintiffs

VS.

MAIN STREET TEXTILES, L.P., and
JOAN FABRICS SERVICES L.L.C. and
JOAN FABRICS CORPORATION

                Defendant

### MOTION TO EXTEND TIME IN WHICH TO FILE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiffs in the above captioned matter and move this Honorable Court to allow an them a 30 day extension in which to file their Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment.

By their Attorneys,
BRIAN CUNHA & ASSOCIATES

Assented to by:

/s/ Neil V. McKittrick
Neil V. McKittrick, Esq., BBO#551386
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02210
(617) 482-17876

Brian P. Cunha, Esq., BBO #108560
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CA NO.: 04-10439-RCL

DONNA MANCHESTER and NOEMIA CAMARA
Individually, and on behalf of all others similarly situated

        Plaintiffs

VS.

MAIN STREET TEXTILES, L.P., and
JOAN FABRICS SERVICES L.L.C. and
JOAN FABRICS CORPORATION

        Defendant

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXTEND TIME IN WHICH TO FILE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs submit this Memorandum in support of their Motion to extend time in which to file Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment. As reasons therefore, Plaintiffs state that the issues involved in this case are involved and complex and more time is needed in order to submit their Memorandum. Furthermore, the Defendants have assented to this Motion to Extend Time.

By their Attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esq., BBO #108560
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

Dated: August 10, 2006

/s/ Brian R. Cunha
Brian R. Cunha, Esq.