# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CA NO.: 04-10439-RCL

DONNA MANCHESTER and NOEMIA CAMARA
Individually, and on behalf of all others similarly situated

        Plaintiffs

VS.

MAIN STREET TEXTILES, L.P., and
JOAN FABRICS SERVICES L.L.C.    and
JOAN FABRICS CORPORATION

        Defendant

## MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiffs in the above entitled cause based upon violation of the Warn Act in failing to compensate employees laid off during a mass layoff and failing to compensate employees laid off during the mass lay off for vacation pay that was owing and due at the time of the lay off. The Plaintiffs would request that this Court refer to Memorandum of Law attached hereto.

Plaintiffs
By their Attorneys,
BRIAN CUNHA & ASSOCIATES, P.C.

_____
Brian R. Cunha, Esq. (BBO #108560)
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated: August 29, 2006

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

|  |  |
|---|---|
|  | /s/ Brian R. Cunha |
| Dated: August 29, 2006 | Brian R. Cunha, Esq. |