UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA MANCHESTER and NOEMIA CAMARA Individually, and on behalf of all others similarly situated<br><br>Plaintiffs<br><br>VS.<br><br>MAIN STREET TEXTILES, L.P., and JOAN FABRICS SERVICES L.L.C. and JOAN FABRICS CORPORATION<br><br>Defendants | CA NO.: **4-10439RCL** |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiffs in the above captioned matter, and file their opposition to the Defendants' Motion for Summary Judgment. As reasons, therefore, Plaintiffs refer this Court to the attached Memorandum of Law.

BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esq., BBO #108560
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

Dated: August 29, 2006

/s/ Brian R. Cunha
Brian R. Cunha, Esq.