

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA MANCHETER and NOEMIA CAMARA, Individually, and on behalf of all other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAIN STREET TEXTILES, L.P., and JOAN FABRICS SERVICES L.L.C., and JOAN FABRICS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 04-10439RCL

## DEFENDANT MAIN STREET TEXTILES, L.P.'S RESPONSE TO PLAINTIFFS' INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, the defendant, Main Street Textiles L.P. ("Main Street"), hereby responds to the Plaintiffs' First Set of Interrogatories as follows:

### GENERAL OBJECTIONS

1. Main Street objects to each of the separately numbered interrogatories to the extent that they seek information protected from discovery by the attorney-client privilege and/or the work product doctrine.

2. Main Street objects to each of the separately numbered interrogatories to the extent that they seek information that would constitute an unreasonable invasion of the privacy rights and interests of third parties.

3. Main Street incorporates each of its general objections in each of its responses to the separately numbered interrogatories below.

-1-

Interrogatory No. 6

Please describe in detail the reason and events up to and including the layoffs that occurred in 2003 and 2004, with a description of what steps were taken to comply with the "Warn Act," the persons involved in complying with the "Warn Act," what each person did, and on what date, and what happened and the order in which events took place.

Response to Interrogatory No. 6

Main Street objects to this interrogatory on the grounds that it is overbroad in scope and unduly burdensome, and on the grounds that it is vague and ambiguous. Main Street further objects to this interrogatory on the grounds that it seeks information protected from discovery by the attorney-client privilege and/or the work product doctrine. Subject to and without waiving these objections, Main Street responds as follows:

A decline in the U.S. economy generally, and in the home furnishings market in particular, after September 11, 2001, and the high influx of very low-cost imports from China and Mexico prevented Main Street from increasing its prices to customers even as it was incurring higher production costs. Moreover, the Main Street factory in Fall River was not productive. The productivity problems at the plant became progressively worse over the course of 2003. Its revenues declined substantially between 2001 and 2003.

The business downturn became very significant by April of 2003. Initially, management sought to address the problems by shift reductions and layoffs. For the first time in ten years, the company was forced to abandon around-the-clock, seven-day operations at Fall River. It cut back from a four-shift, seven-day production schedule to a three-shift, five-day schedule. By early September 2003, the productivity issues and lack

of business had forced management to conclude that the facility in Fall River would have to be closed.

Elkin McCallum, Penny Richards, Wade Martin, Edward DiPetrillo, and Lou-Ann LaPorte consulted with Main Street's attorneys on multiple occasions over the course of several months in the latter half of 2003 to ensure that the layoffs complied with the WARN Act.

<u>Interrogatory No. 7</u>

Kindly list the names and addresses of all employees both part time (less than 20 hours per week) and full time, employed by Defendant as of June 30, 2003.

<u>Response to Interrogatory No. 7</u>

Main Street objects to this interrogatory on the grounds that it calls for information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Main Street also objects to this interrogatory because it seeks information that would constitute an unreasonable invasion of the privacy rights and interests of third parties. Subject to and without waiving these objections, Main Street has listed on Exhibit A the employees in question.

<u>Interrogatory No. 8</u>

Kindly list the names and addresses of all employees laid off from June 30, 2003 through October 17, 2003, the reason for the layoff and the dates of layoff.

<u>Response to Interrogatory No. 8</u>

Main Street objects to this interrogatory on the grounds that it calls for information that is neither relevant to the subject matter of the action nor reasonably calculated to lead to the discovery of admissible evidence. Main Street also objects to this interrogatory because it seeks information that would constitute an unreasonable

| Emp # | Employee Name | Paycheck | | |
|-------|---------------|----------|---|---|
| 18074 | ADRIANO, JOAO | x | | |
| 17723 | ADRIANO, MARIA H | x | | |
| 17385 | AGUIAR, EDUARDA | x | | |
| 17413 | AGUIAR, FRANCISCO M | x | | |
| 18264 | AGUIAR, ROBERT C | x | | |
| 18253 | AHMED, FAIZ | x | | |
| 17376 | ALMEIDA, JOAO J | x | | |
| 17668 | ALMEIDA, MANUEL | x | | |
| 17531 | ALMEIDA, MARY L | x | | |
| 17702 | ALVAREZ, LUIS E | x | | |
| 18159 | ALVES, IRENE C | x | | |
| 15659 | ALVES, MANUEL L | x | | |
| 17435 | ALVES, PAUL | x | | |
| 17684 | AMARAL, ANTONIO M | x | | |
| 17680 | AMARAL, JOSE C | x | | |
| 17998 | AMARAL, MARIO | x | | |
| 18330 | APONTE, AUGUSTINE | x | | |
| 17936 | ARRUDA, DAVID R | x | | |
| 3528 | ARRUDA, JOHN V | x | | |
| 17081 | ARRUDA, SILVINO T | x | | |
| 14672 | ARSENAULT, ROGER O | x | | |
| 17700 | BANALEWICZ, STANLEY | x | | |
| 5881 | BARBOSA, JOAO M | x | | |
| 17898 | BATISTA, JOSEPH C | x | | |
| 16547 | BELLEVILLE, WILLIAM W | x | | |
| 17788 | BENTO, JAIME M | x | | |
| 17421 | BENTO, JOSE E | x | | |
| 12811 | BERGANTIM, DONNA | x | | |
| 17581 | BETTENCOURT, HERCULAN | x | | |
| 18125 | BOLIEIRO, RICARDO | x | | |
| 10703 | BORGES, ANTONIO | x | | |
| 17468 | BORGES, CLARA | x | | |
| 12415 | BORGES, LOUIS | x | | |
| 17417 | BORGES, PAUL J | x | | |
| 17446 | BORGES, SUSANA S | x | | |
| 17645 | BORGES, VICTORINO | | | |
| 17414 | BOTELHO, CIDALIA F | x | | |
| 17506 | BOTELHO, JOSE | x | | |
| 17346 | BOTELHO, JOSE E | x | | |
| 8475 | BOTELHO, LAUREANO B | x | | |
| 7203 | BOTELHO, MANUEL J | x | | |
| 17009 | BOTELHO, MARGARIDA M | x | | |
| 16791 | BOTELHO, OCTAVIO M | x | | |
| 10874 | BOTELHO, VALDOMIRO B | x | | |
| 17480 | BRAGA, TEOFILO | x | | |
| 810 | BRANCO, JEFFREY | x | | |
| 18012 | BRANCO, JOSEPH P | x | | |
| 17518 | BRANCO, STEVEN | x | | |
| 18231 | BRODEUR, DOUGLAS W | x | | |
| 17447 | CABRAL, DIMAS S | x | | |
| 17474 | CABRAL, EMERENCIANA P | x | | |
| 18355 | CABRAL, GUILHERME C | x | recalled 8/26/03 | |
| 17450 | CABRAL, FERNANDO V | x | | |
| 9146 | CABRAL, JOSE M | x | | |
| 17444 | CABRAL, JOSE S | x | | |
| 18251 | CABRAL, ROBERT | x | | |
| 17858 | CABRAL, ROBERT C | x | | |
| 18336 | CABRAL, THOMAS J | x | | |

# Hourly Employee Listing

w/e 8/30/03

| Emp # | Employee Name | Received Paycheck | | |
|-------|---------------|-------------------|---|---|
| 17920 | CALHETA, MIGUEL | x | | |
| 17530 | CAMARA, ANA A | x | | |
| 7093 | CAMARA, EDMUNDO | | | |
| 17813 | CAMARA, GUIDA B | x | | |
| 17914 | CAMARA, NOEMIA M | x | | |
| 17326 | CANTO, MANUEL S | x | | |
| 17851 | CARMO, ELMIRA A | x | | |
| 17826 | CARREIRO, ANTONIO D | x | | |
| 17828 | CARREIRO, DINIS M | x | | |
| 17418 | CARREIRO, JOHN L | x | | |
| 17888 | CARRELAS, ANDREW P | x | | |
| 16889 | CARROCA, DURVAL T | x | | |
| 4052 | CARVALHO, ANTONIO | x | | |
| 12010 | CARVALHO, HILDEBERTO | x | | |
| 15510 | CARVALHO, JOHN F | x | | |
| 18099 | CHAO, KHOURN | x | | |
| 18095 | CHAO, KOM L | x | | |
| 18170 | CHEA, NIMOL | x | | |
| 18310 | CHHEM, VATH | x | | |
| 18289 | CIOSEK, JOAN L | x | | |
| 17669 | CLARA, LUIS A | x | | |
| 18373 | CORDEIRO, KEVIN T | x | | |
| 17288 | CORDEIRO, MIGUEL R | x | | |
| 18255 | CORMIER, STEVEN W | x | | |
| 17677 | CORREIA, VICENTE P | x | | |
| 17185 | CORTEZ, ALBERTO | x | | |
| 17534 | COSTA, ADRIANO | x | | |
| 11093 | COSTA, ANTONIO M | x | | |
| 17102 | COSTA, JESSE | x | | |
| 18150 | COSTA, JOSE F | x | | |
| 9401 | COSTA, LIONEL P | x | | |
| 11931 | COSTA, MANUEL L | x | | |
| 4977 | COSTA, MARY C | x | | |
| 17956 | COSTA, SONIA C | x | | |
| 18084 | COZZENS, CALEB C | x | | |
| 15341 | CRAVEN, LORRAINE Y | x | lo 8/29/03 | |
| 17344 | DA COSTA, TERESA | x | | |
| 12239 | DA SILVA, DONNA M | x | | |
| 18224 | DA SILVA, MANUEL | x | | |
| 17140 | DACOSTA, CIDALIA | x | | |
| 16985 | DACOSTA, MANUEL F | x | | |
| 18297 | DAMASO, ALVARO | x | | |
| 17849 | DAPONTE, BELARMINO | x | | |
| 17955 | DAPONTE, SCOTT | x | | |
| 17456 | DE FREITAS, ARMANDO | x | | |
| 18080 | DE MEDEIROS, JOAO F | x | | |
| 12159 | DE MELO, AMERICO S | x | | |
| 17440 | DE MELO, ANTONIO | x | | |
| 17895 | DE MELO, PAUL G | x | | |
| 17387 | DE OLIVEIRA, ADAM N | x | | |
| 11746 | DE SA, CARLOS | x | | |
| 14621 | DEMEDEIROS, JUVENAL B | x | | |
| 17466 | DEMELO, ALDA M | x | | |
| 17459 | DESILVA, MANUEL | x | | |
| 15392 | DIAS, AUGUSTO | x | | |
| 17424 | DIAS, ISALTINA | x | | |
| 14808 | DIAS, LUIS C | x | | |
| 17486 | DOMINGUES, MICHAEL F | x | | |

Case 1:04-cv-10439-RGS    Document 26-2    Filed 08/30/2006

| Emp # | Employee Name | Received Paycheck | | |
|-------|---------------|-------------------|---|---|
| 17125 | DUARTE, JOHN P | x | | |
| 15333 | DUARTE, MARY L | x | | |
| 17256 | ESPINOLA, JOSE | x | | |
| 17630 | ESTACIO, EVARISTO M | x | | |
| 14761 | ESTACIO, FRANCISCO C | x | | |
| 17419 | ESTRELLA, LUCY M | x | | |
| 17775 | EZQUIEL, LUIZ A | x | | |
| 18229 | FABIO, MANUEL | x | | |
| 17806 | FARIA, MANUEL D | x | | |
| 17441 | FARIA, MARK D | x | | |
| 17528 | FARIA, PEDRO P | x | | |
| 17615 | FARIA, RAYMOND C | x | | |
| 17023 | FARIAS, MIGUEL A | x | | |
| 17884 | FARIAS, ROSA M | x | | |
| 8117 | FERNANDES, JOAO | x | | |
| 18098 | FERREIRA, JOAO C | x | | |
| 17690 | FERREIRA, LUCIA M | x | | |
| 17395 | FILHO, JOSE G | x | | |
| 17761 | FLATTERY, SUSAN J | x | | |
| 18082 | FREITAS, MANUEL | x | | |
| 10622 | FREITAS, SUSAN A | x | | |
| 18209 | FROMENT, BARRY J | x | | |
| 17273 | FURTADO, ANTONIO F | x | | |
| 17443 | FURTADO, MANUEL | x | | |
| 17945 | FURTADO, ORLANDO C | x | | |
| 17711 | GAFANHOTO, JOSE | x | | |
| 17227 | GAGNE, LEO | x | | |
| 17304 | GAGNE, RAYMOND G | x | | |
| 8897 | GAGNON, SANDRA | x | | |
| 17458 | GALVAO, JOSEPH A | x | | |
| 2815 | GARCIA, ANNA M | x | | |
| 17802 | GARCIA, MANUEL V | x | | |
| 17481 | GARCIA, MARIA O | x | | |
| 17720 | GERVASIO, ANTONIO L | x | | |
| 17332 | GOMES, LUIS A | x | | |
| 17938 | GONCALVES, GUILHERME | x | | |
| 17072 | GONCALVES, OLARIA M | x | | |
| 17875 | GOUVEIA, JOSE O | x | | |
| 17403 | HALSTEAD, ANN M | x | | |
| 17744 | HAWKINS, JEFFREY | x | | |
| 18360 | HELLMANN, BENJAMIN N | x | | |
| 17891 | HERMENEGILDO, MARYLO | x | | |
| 18005 | IRIZARRY, ELIZABETH | x | | |
| 17779 | JEAN, RAYMOND L | x | | |
| 17894 | JESUS, HEDUINO | x | | |
| 17911 | KALAF, CHARLES | x | | |
| 18157 | LAFLEUR, CHRISTOPHER | x | | |
| 17549 | LAFORCE, SCOTT W | x | | |
| 18381 | LAFRENIERE, DONALD K. | x | lo 8/29/03 | |
| 17733 | LEAL, THERESA M | x | | |
| 17374 | LEVESQUE, CAROL A | x | | |
| 18166 | LEVESQUE, KENNETH J | x | | |
| 9128 | LIMA, PAMELA | x | | |
| 17485 | LIZOTTE, ROBERT A | x | | |
| 17944 | LOURENCO, JOHN F | x | | |
| 18332 | LOWDER, JAMES J | x | | |
| 17658 | MACHADO, FAUSTINO C | x | | |
| 17910 | MACHADO, MANUEL | x | | |

Case 1:04-cv-10439-RGS   Document 26-2   Filed 08/30/2006   Page 7 of 3

| Emp # | Employee Name | Received Paycheck | | |
|-------|---------------|-------------------|---|---|
| 18052 | MACHADO, MARIA C | x | | |
| 17422 | MACHADO, ROBERTO P | x | | |
| 18258 | MANCHESTER, DONNA M | x | | |
| 18138 | MANCHESTER, WAYNE R | x | | |
| 17580 | MARCELINO, CARLOS M | x | | |
| 3244 | MARQUES, ANTONIO C | x | | |
| 17105 | MARQUES, VICTOR M | x | | |
| 14605 | MARTINS, CARLOS A | x | | |
| 8344 | MARTINS, JOAO M | x | | |
| 17979 | MARTINS, JOHN M | x | | |
| 17324 | MARTINS, MANUEL | x | | |
| 18109 | MCCLOUD, CHAD D | x | | |
| 17507 | MEDEIROS, ALVARO L | x | | |
| 17769 | MEDEIROS, AUGUSTINE | x | | |
| 17513 | MEDEIROS, DOMINGOS | x | | |
| 18071 | MEDEIROS, DUARTE M | x | | |
| 17593 | MEDEIROS, GALE A | x | | |
| 13557 | MEDEIROS, JORGE H | x | | |
| 18161 | MEDEIROS, JOSE H | x | | |
| 16029 | MEDEIROS, MARY JO | x | | |
| 17743 | MEDEIROS, MICHAEL J | x | | |
| 17120 | MEDEIROS, PAUL C | x | | |
| 1477 | MELLO, ROBERT E | x | | |
| 17529 | MELO, ANGELO D | x | | |
| 12167 | MELO, JOSE R | x | | |
| 17197 | MENEZES, MANUEL P | x | | |
| 10954 | MIGUEL, JOSE | x | | |
| 3252 | MIRANDA, THERESE M | x | | |
| 17755 | MONIZ, ANTONIO C | x | | |
| 10680 | MONIZ, JORGE | x | | |
| 16432 | MONIZ, JOSE E | x | | |
| 15069 | MONIZ, MARIO A | x | | |
| 17512 | MONIZ, RUSSELL P | x | | |
| 17830 | MONTEIRO, JOSEPH O | x | | |
| 18201 | MORAIS, MARCOS A | x | | |
| 11560 | MORROW, JOHN | x | | |
| 17638 | NIL, RETH | x | | |
| 16963 | OLIVEIRA, ALTINO M | x | | |
| 18284 | OLIVEIRA, CARLOS A | x | | |
| 14171 | OLIVEIRA, JOAO | x | | |
| 6293 | OLIVEIRA, JOSEPH F | x | | |
| 17855 | OLIVEIRA, MICHAEL J | x | | |
| 17897 | OLIVERIA, DOLORES | x | | |
| 17946 | ORTON, DEBORAH A | x | | |
| 5400 | ORTON, WAYNE E | x | | |
| 18216 | OUNG, VIROUT | x | | |
| 17426 | OWEN, NEAL P | x | | |
| 15835 | PACHECO, ALDA | x | | |
| 18380 | PACHECO, GLEN A. | x | | |
| 17307 | PACHECO, JOSE A | x | | |
| 18064 | PACHECO, LUCIA M | x | | |
| 13039 | PACHECO, PEDRO M | x | | |
| 18227 | PACHECO, RUI J. | x | | |
| 16811 | PAIVA, ANTONIO C | x | | |
| 17500 | PATRICIO, JOHN D | x | | |
| 17313 | PATRICIO, MARIA I | x | | |
| 17800 | PAVAO, JOE C | x | | |
| 17349 | PAVAO, MARIANA L | x | | |

# Hourly Employee Listing

w/e 8/30/03

| Emp # | Employee Name | Received Paycheck | | |
|-------|---------------|-------------------|---|---|
| 17730 | PAVAO, NATERCIA C | x | | |
| 17361 | PEREIRA, GABRIEL T | x | | |
| 17454 | PEREIRA, JOAO A | x | | |
| 18013 | PEREIRA, JOSE C | x | | |
| 17655 | PEREIRA, JOSE F | x | | |
| 17765 | PEREIRA, MANUEL S | x | | |
| 17640 | PHAN, PHONN | x | | |
| 17973 | PIMENTEL, JOSE M | x | | |
| 8846 | PIMENTEL, NUNO M | x | | |
| 17980 | PIN, PON | x | | |
| 17107 | PINHAL, LINA M | x | | |
| 17238 | PIRES, ALBERTO B | x | | |
| 17868 | PIRES, ANTONIO D | x | | |
| 2136 | RAIMUNDO, FERNANDO C | x | | |
| 16731 | RAPOSA, KEVIN J | x | | |
| 18202 | RAPOSO, JAY E | x | | |
| 18143 | RAPOSO, JOAO | x | | |
| 17080 | RAPOSO, JOAO F | x | | |
| 17974 | RAPOSO, JOAO M | x | | |
| 17611 | RAPOSO, JOSE C | x | | |
| 7878 | REGO, ANTONIO M | x | | |
| 11674 | REGO, JOAO C | | | |
| 17429 | REGO, PAULO M | x | | |
| 17318 | REIS, LEONARD M | x | | |
| 17136 | RESENDES, ANTONIO C | x | | |
| 11957 | RESENDES, LUIS | x | | |
| 4239 | RESENDES, MANUEL P | x | | |
| 7211 | RESENDES, VALDEMAR R | x | | |
| 18092 | RIBEIRO, HENRIQUE M | x | | |
| 18058 | RIBEIRO, ROBERTO M | x | | |
| 16061 | RICARDO, GUMERSINDO R | x | | |
| 14111 | RICARDO, MANUEL F | x | | |
| 18368 | RODRIGUES, AUGUSTINE V | x | | |
| 13590 | RODRIGUES, JACINTO B | x | | |
| 17364 | RODRIGUES, LIDIA C | x | | |
| 17601 | RODRIGUES, MARIO J | x | | |
| 18136 | RODRIGUES, ROBERT L | x | | |
| 18351 | ROHENA, JUAN | x | | |
| 17713 | ROJAS, JOAO B | x | | |
| 17212 | ROSA, CARLOS M | x | | |
| 16838 | ROSA, LUIS M | x | | |
| 17381 | SANTOS, BERNARDINO F | x | | |
| 18034 | SANTOS, JOAQUIN C | x | | |
| 10399 | SANTOS, MANUEL F | x | | |
| 17639 | SAO, SOPHEAP | x | | |
| 16995 | SILVA, ANTONIO | x | | |
| 17558 | SILVA, ELEUTERIO M | x | | |
| 11607 | SILVA, ERNEST | x | | |
| 2429 | SILVA, JOSE | x | | |
| 7536 | SILVA, JOSE M | x | | |
| 17542 | SILVA, LINA | x | | |
| 17903 | SILVIA, WILLEEN F | x | | |
| 16352 | SINEIRO, ANTONIO M | x | | |
| 9136 | SMITH, THERESA M | x | | |
| 8221 | SOARES, MARIA L | x | | |
| 17183 | SOARES, MARIA L | x | | |
| 17591 | SOM, NOM | x | | |
| 17969 | SOUFFRONT, ALBERTO A | x | | |

5

| | Hourly Employee Listing | | w/e 8/30/03 | | |
|---|---|---|---|---|---|
| Emp # | Employee Name | Paycheck | | | |
| 17479 | SOUSA, CARLOS | x | | | |
| 17098 | SOUSA, CARLOS A | x | | | |
| 17020 | SOUSA, CARLOS M | x | | | |
| 17793 | SOUSA, DAVID | x | | | |
| 18164 | SOUSA, DINO F | x | | | |
| 17312 | SOUSA, ISABEL M | x | | | |
| 17679 | SOUSA, JOSE L | x | | | |
| 15296 | SOUSA, JOSE M | x | | | |
| 17565 | SOUSA, JOSEPH V | x | | | |
| 17588 | SOUSA, MARIA G | x | | | |
| 17311 | SOUSA, ZENAIDA M | x | | | |
| 16966 | SOUZA, BARBARA A | x | | | |
| 18266 | STANLEY, RONALD D | x | | | |
| 15000 | TAVARES, DIANNE | x | | | |
| 17039 | TAVARES, LUIS M | x | | | |
| 5709 | TAVARES, VIRGINIO C | x | | | |
| 1564 | TEIXEIRA, DANIEL M | x | | | |
| 7270 | TEIXEIRA, DAVID M | x | | | |
| 18173 | TEIXEIRA, HELENA M | x | | | |
| 13019 | TEIXEIRA, ROY J | x | | | |
| 8408 | TEIXEIRA, VALDOMIRO M | x | | | |
| 18375 | TEVES, EDWARD G. | x | | | |
| 17094 | TEVES, NATIVIDADE G | x | | | |
| 17303 | THORN, DONNA D | x | | | |
| 17475 | TOSTE, JOSE M | x | | | |
| 17718 | TROTT, GLORIA J | x | | | |
| 15421 | VALCORBA, DINIS C | x | | | |
| 17976 | VASCONCELLOS, EUGENIA | x | | | |
| 18059 | VENTURA, JORGE M | x | | | |
| 17682 | VENTURA, MARIO J | x | | | |
| 17573 | VIEIRA, JEAN M | x | | | |
| 17771 | VIVEIROS, JOAO C | x | | | |
| 17082 | VIVEIROS, MANUEL A | x | | | |
| 17933 | WINN, KEITH L | x | | | |
| 16962 | XAVIER, LUDGERO | x | | | |
| 18200 | YOEUN, BAYROUTH | x | | | |
| | | | | | |
| Total Associates | 326 | Paychecks | 323 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Salary Assoicates | | | | | |
| | | | | | |
| | AMARAL, GILBERTO | | | | |
| | BEARCE JR., KEITH | | | | |
| | BESSETTE, LYNN | | | | |
| | BORGES, JAMES | | | | |
| | CABRAL, ELIZABETH | | | | |
| | COSTA, JOSEPH | | | | |
| | DAVIDSON, DONALD | | | | |
| | DE MEDEIROS, ANTONIO | | | | |
| | DUARTE, DONALD | | | | |
| | FRANCO, WILLIAM | | | | |
| | FREITAS, JOHN | | | | |
| | GIBNEY, RICHARD | | | | |
| | GOMES, RICHARD | | | | |
| | GOULET, THOMAS | | | | |
| | HOMER, CHARLES | | | | |

*Exhibit 2*

| | | | | w/e 8/30/03 |
|---|---|---|---|---|
| **Hourly Employee Listing** | | | | |
| Emp # | Employee Name | | Received Paycheck | |
| | KRZYSZTON, PAULETTE | | | |
| | LAPORTE, LOU-ANN | | | |
| | LENART, ANDREW | | | |
| | LEVESQUE, LARRY | | | |
| | MARTIN, WADE | | | |
| | MARTIN, JUDITH | | | |
| | MENDONCA, STEVEN | | | |
| | MORTON, LARRY | | | |
| | OLIVEIRA, STEVEN | | | |
| | PACHECO, CARLOS | | | |
| | PACHECO, PAUL | | | |
| | PACHECO, DAVID | | | |
| | PINA-CHRISTIAN, MARCELINA | | | |
| | STAMP, KEITH | | | |
| | STARK, ERIN | | | |
| | | | | |
| | | | | |
| Total Salary | 30 | | | |
| | | | | |
| | | | | |
| Total Associates | 356 | | | |

7

*Exhibit 3*



October 17, 2003


TO:    ALL ASSOCIATES


Dear Associate:

The Company regrets to inform you that Main Street Textiles has made the decision to permanently discontinue its manufacturing operations in Fall River.  As a result, the Company expects the plant to close permanently by April 30, 2004.  The first separations are expected to occur on or about October 17, 2003. Employees will be laid off at various times subject to the availability of work. Unfortunately, the Company does not know the exact dates that individual employees will be laid off and would like to delay lay offs as long as possible depending on the availability of work.  If you are laid off prior to the expiration of the 60 day WARN Act notice period, the Company will continue your pay and benefits for the full 60 day notice period.

 We will keep you informed of any developments as they arise, including the existence of any available dislocated worker assistance. There are no applicable bumping rights for employees. If any additional information is required, please contact Lou-Ann LaPorte at (508) 235-0217.



Sincerely,

Wade Martin
Vice President of Operations

Exhibit 4

# EXHIBIT B - Associates Laid Off from 6/30/03 - 10/17/03

| Last Name | First | Laid Off | Recall | Laid Off | Recall |
|-----------|-------|----------|--------|----------|--------|
| Camara | Noemia | 7/10/2003 | | 9/28/03 | |
| Ferreira | Lucia | 7/10/2003 | 8/3/03 | 9/5/03 (Voluntary Quit) | |
| Som | Nom | 7/10/2003 | 8/3/03 | | |
| Texeira | Flavio | 7/10/2003 | | | |
| Costa | Jose F | 7/18/2003 | 8/10/03 | | |
| Viera | Maria | 7/22/2003 | | | |
| Andrade | Jorge | 7/24/2003 | 10/16/03 | | |
| Bouchard | Daniel | 7/24/2003 | | | |
| Chhem | Vath | 7/24/2003 | 8/3/03 | 9/26/03 | |
| Couto | Jose | 7/24/2003 | | | |
| DaPonte | Scott | 7/24/2003 | 8/12/03 | | |
| Duarte | George | 7/24/2003 | | | |
| Esquiel | Luiz | 7/24/2003 | 8/13/03 | | |
| Lopes | Mark | 7/24/2003 | | | |
| Machado | Maria | 7/24/2003 | 8/3/03 | | |
| Mederios | Darren | 7/24/2003 | | | |
| Monteiro | Manuel | 7/24/2003 | | | |
| Nhem | Oeun | 7/24/2003 | | | |
| Raposo | John | 7/24/2003 | 8/3/03 | | |
| Souffront | Alberto | 7/24/2003 | 8/4/03 | | |
| Yoeun | Bayrouth | 7/24/2003 | 8/13/03 | | |
| Aquiar | Paul | 7/29/2003 | | | |
| Cabral | Guilherme | 7/29/2003 | 8/26/03 | 9/22/03 | |
| Marcelino | Carlos | 7/29/2003 | 8/10/03 | | |
| Melo | Maria D. | 8/15/2003 | 9/21/03 | 9/30/03 | |
| Goulart | Carlos | 8/21/2003 | | | |
| Carvalho | Maria | 8/22/2003 | 9/10/03 | 9/26/03 | 10/10/03 |
| Fernandes | Maria | 8/22/2003 | 9/16/03 | 9/22/03 | |
| Lafrenier | Donald | 8/26/2003 | | | |
| Craven | Lorraine | 8/29/2003 | | | |
| Cortez | Alberto | 9/5/2003 | | | |
| Durarte | John | 9/5/2003 | | | |
| Lowder | James | 9/5/2003 | | | |
| Gibney | Richard | 9/15/2003 | | | |
| Rego | Margarida | 9/16/2003 | | | |
| Clara | Luis | 9/22/2003 | | | |
| Pereira | Jose | 9/22/2003 | | | |
| Pimentel | Jose | 9/22/2003 | | | |
| Teixeira | Helena | 9/22/2003 | | | |
| Aponte | Augustine | 9/26/2003 | | | |
| Chea | Sang | 9/26/2003 | 10/2/03 | | |
| Damaso | Alvaro | 9/26/2003 | | | |
| Gervasio | Antonio | 9/26/2003 | | | |
| Gomes | Francisco | 9/26/2003 | | | |
| Goncalves | Guilherme | 9/26/2003 | | | |
| Jesus | Heduino | 9/26/2003 | 10/16/03 | | |
| Oliveira | Carlos | 9/26/2003 | 10/6/03 | | |
| Oliveira | Dolores | 9/26/2003 | | | |
| Hellman | Ben | 9/29/2003 | | | |
| Resendes | Manuel | 9/29/2003 | 10/16/03 | | |
| Calheta | Miguel | 10/1/2003 | 10/10/03 | | |
| Faria | Joshua | 10/1/2003 | | | |
| Levesque | Ken | 10/1/2003 | | | |
| Manchester | Donna | 10/3/2003 | | | |
| Ventura | Mario | 10/6/2003 | | | |
| Rodrigues | Augustine | 10/10/2003 | | | |
| Freitas | John | 10/17/2003 | | | |

EXHIBIT C - Associates Laid Off 10/17/03 TO 4/30/04

| Last Name | First | Separation Date |
|---|---|---|
| Franco | William | 10/24/2003 |
| Martin | Wade | 10/24/2003 |
| Adriano | Maria | 11/6/2003 |
| Almeida | Mannuel | 11/6/2003 |
| Amaral | Jose | 11/6/2003 |
| Arruda | David | 11/6/2003 |
| Arsenault | Roger | 11/6/2003 |
| Bettencourt | Herculano | 11/6/2003 |
| Borges | Paul | 11/6/2003 |
| Borges | Susana | 11/6/2003 |
| Botelho | Valdomiro | 11/6/2003 |
| Chey | Chan | 11/6/2003 |
| DaCosta | Manuel | 11/6/2003 |
| DaPonte | Belamino | 11/6/2003 |
| DeMedeiros | Joao F. | 11/6/2003 |
| DeMelo | Paul | 11/6/2003 |
| Faria | Mark | 11/6/2003 |
| Farias | Miguel | 11/6/2003 |
| Fernandes | Joao | 11/6/2003 |
| Freitas | Manuel | 11/6/2003 |
| Furtado | Manuel | 11/6/2003 |
| McCloud | Chad | 11/6/2003 |
| Medeiros | Augustine | 11/6/2003 |
| Moniz | Antonio | 11/6/2003 |
| Oliveira | Carlos | 11/6/2003 |
| Owen | Neil | 11/6/2003 |
| Pacheco | Alda | 11/6/2003 |
| Pavao | Joe C. | 11/6/2003 |
| Raposa | Kevin | 11/6/2003 |
| Raposo | Joao | 11/6/2003 |
| Rego | Joao C. | 11/6/2003 |
| Rego | Paulo | 11/6/2003 |
| Ribeiro | Roberto | 11/6/2003 |
| Santos | Joaquin | 11/6/2003 |
| Sousa | Jose | 11/6/2003 |
| Stanley | Ron | 11/6/2003 |
| Ventura | Jorge | 11/6/2003 |
| Yoeun | Bayrouth | 11/6/2003 |
| Ahmed | Faiz | 11/7/2003 |
| Almeida | Mary | 11/7/2003 |
| Alvaraz | Luis | 11/7/2003 |
| Alves | Irene | 11/7/2003 |
| Andrade | Jorge | 11/7/2003 |
| Arruda | Jonn | 11/7/2003 |
| Banalewicz | Stanley | 11/7/2003 |
| Belleville | William | 11/7/2003 |
| Bolierio | Ricardo | 11/7/2003 |

| | | |
|---|---|---|
| Borges | Victorino | 11/7/2003 |
| Borges | Clara | 11/7/2003 |
| Botelho | Octavio | 11/7/2003 |
| Cabral | Robert | 11/7/2003 |
| Cabral | Robert C. | 11/7/2003 |
| Cabral | Thomas | 11/7/2003 |
| Camara | Ana | 11/7/2003 |
| Carmo | Elmira | 11/7/2003 |
| Carvalho | Maria H. | 11/7/2003 |
| Chao | Khourn | 11/7/2003 |
| Chea | Nimol | 11/7/2003 |
| Chea | Sang | 11/7/2003 |
| Cordeiro | Kevin | 11/7/2003 |
| Correia | Vicente | 11/7/2003 |
| Costa | Adriano | 11/7/2003 |
| DaSilva | Manuel | 11/7/2003 |
| Domingos | Don | 11/7/2003 |
| Estrella | Lucy | 11/7/2003 |
| Ezquiel | Luiz | 11/7/2003 |
| Flattery | Sue | 11/7/2003 |
| Furtado | Orlando | 11/7/2003 |
| Gagnon | Sandra | 11/7/2003 |
| Gomes | Richard | 11/7/2003 |
| Hermendgill | Mary Lou | 11/7/2003 |
| Homer | Charles | 11/7/2003 |
| Jesus | Heduino | 11/7/2003 |
| Lafleur | Christopher | 11/7/2003 |
| Levesque | Carol | 11/7/2003 |
| Lizotte | Robert | 11/7/2003 |
| Lourenco | John | 11/7/2003 |
| Machado | Maria | 11/7/2003 |
| Manchester | Wayne | 11/7/2003 |
| Martins | John | 11/7/2003 |
| Medeiros | Gale | 11/7/2003 |
| Medeiros | Jorge | 11/7/2003 |
| Medeiros | Jose H | 11/7/2003 |
| Melo | Angelo | 11/7/2003 |
| Moniz | Jose | 11/7/2003 |
| Moniz | Mario | 11/7/2003 |
| Oliveira | Michael | 11/7/2003 |
| Perreira | Jose F. | 11/7/2003 |
| Reis | Leonard | 11/7/2003 |
| Rohena | Juan | 11/7/2003 |
| Roias | Joao | 11/7/2003 |
| Silva | Lina | 11/7/2003 |
| Silva | Wileen | 11/7/2003 |
| Sourfront | Alberto | 11/7/2003 |
| Sousa | Carlos | 11/7/2003 |
| Sousa | Maria G. | 11/7/2003 |
| Teixeira | Roy | 11/7/2003 |
| Teves | Edward | 11/7/2003 |
| Teves | Natividade | 11/7/2003 |

| | | |
|---|---|---|
| Thorn | Donna | 11/7/2003 |
| Trott | Gloria | 11/7/2003 |
| Vasconcello | Eugenia | 11/7/2003 |
| Viveiros | Manuel | 11/7/2003 |
| Viveiros | Joao | 11/7/2003 |
| Xavier | Ludgero | 11/7/2003 |
| Batista | Joseph | 11/14/2003 |
| Gouveia | Jose | 11/14/2003 |
| Mello | Robert | 11/21/2003 |
| Pires | Antonio | 11/28/2003 |
| Bento | Jaime | 12/2/2003 |
| Botelho | Jose E. | 12/2/2003 |
| De Freitas | Armando | 12/2/2003 |
| De Melo | Antonio | 12/2/2003 |
| Garcia | Manuel | 12/2/2003 |
| Martins | Joao M. | 12/2/2003 |
| Martins | Manuel | 12/2/2003 |
| Ricardo | Gumersindo | 12/2/2003 |
| Amaral | Gilbert | 12/5/2003 |
| Brodeur | Douglas | 12/5/2003 |
| Sousa | David | 12/5/2003 |
| Marcelino | Elizabeth | 1/9/2004 |
| Pina-Christi | Marci | 1/9/2004 |
| Stark | Erin | 1/9/2004 |
| Bergamtin | Donna | 1/23/2004 |
| Botelho | Manny | 1/23/2004 |
| Branco | Joseph P. | 1/23/2004 |
| Carreiro | Dinis | 1/23/2004 |
| Chao | Kom L. | 1/23/2004 |
| Ciosek | Joan L. | 1/23/2004 |
| DeMelo | Alda | 1/23/2004 |
| Estacio | Evaristo | 1/23/2004 |
| Garcia | Maria O. | 1/23/2004 |
| Jean | Raymond | 1/23/2004 |
| Lenart | Andrew | 1/23/2004 |
| Morrow | John | 1/23/2004 |
| Pires | Albert | 1/23/2004 |
| Rodrigues | Mario | 1/23/2004 |
| Leal | Theresa | 2/6/2004 |
| Pin | Pon | 2/6/2004 |
| Botelho | Jose | 2/27/2004 |
| Braga | Teofilo | 2/27/2004 |
| Cabral | Jose M. | 2/27/2004 |
| Cabral | Jose S. | 2/27/2004 |
| Canto | Manuel | 2/27/2004 |
| Carroca | Durval | 2/27/2004 |
| Costa | Jesse | 2/27/2004 |
| DaCosta | Teresa | 2/27/2004 |
| Gafannoto | Jose | 2/27/2004 |
| Medeiros | Alvaro L. | 2/27/2004 |
| Medeiros | Duarte | 2/27/2004 |
| Medeiros | Paul | 2/27/2004 |

| Nil | Reth | 2/27/2004 |
|---|---|---|
| Paiva | Antonio | 2/27/2004 |
| Pereira | Gabriel | 2/27/2004 |
| Silva | Eleuterio | 2/27/2004 |
| Som | Nom | 2/27/2004 |
| Teixeira | Daniel | 2/27/2004 |
| Cormier | Steve | 3/1/2004 |
| Botelho | Cidalia | 3/2/2004 |
| DeOliveira | Adam | 3/2/2004 |
| Resendes | Luis | 3/2/2004 |
| Resendes | Manny | 3/2/2004 |
| Botelho | Laurenano | 3/3/2004 |
| Carvalho | Antonio | 3/3/2004 |
| Moniz | Russell | 3/3/2004 |
| Pacheco | Pedro | 3/3/2004 |
| Raimundo | Fernando | 3/3/2004 |
| Resendes | Valdemar | 3/3/2004 |
| Silva | Ernest | 3/3/2004 |
| Soares | Maria | 3/3/2004 |
| Tavares | Virginio | 3/3/2004 |
| Teixeira | Valdomiro | 3/3/2004 |
| Toste | Jose | 3/3/2004 |
| Adriano | Joao | 3/4/2004 |
| Cozzens | Caleb | 3/4/2004 |
| DaCosta | Cidalia | 3/4/2004 |
| Dias | Isaltina | 3/4/2004 |
| Farias | Rosa | 3/4/2004 |
| Morais | Marcos | 3/4/2004 |
| Amaral | Mario | 3/5/2004 |
| Borges | James | 3/5/2004 |
| Faria | Raymond | 3/5/2004 |
| Machado | Manny | 3/5/2004 |
| Miguel | Jose | 3/5/2004 |
| Oliveira | Altino | 3/5/2004 |
| Oung | Virout | 3/5/2004 |
| Pacheco | Carlos | 3/5/2004 |
| Raposo | Jose C | 3/5/2004 |
| Sousa | Dino | 3/5/2004 |
| Vieira | Jean | 3/9/2004 |
| Cordeiro | Zenida | 3/12/2004 |
| Costa | Antonio | 3/12/2004 |
| Costa | Sonia | 3/12/2004 |
| Domingues | Michael | 3/12/2004 |
| Orton | Deborah | 3/12/2004 |
| Faria | Pedro | 3/22/2004 |
| Pavao | Natercia | 3/22/2004 |
| Freitas | Susan | 3/26/2004 |
| Galvao | Joseph | 3/26/2004 |
| Monteiro | Joseph | 3/26/2004 |
| Rosa | Carlos | 3/26/2004 |
| Tavares | Dianne | 3/26/2004 |
| Gagne | Raymond | 4/2/2004 |

| | | |
|---|---|---|
| Aguiar | Edwarda | 4/16/2004 |
| Carreiro | Antonio | 4/16/2004 |
| Costa | Manuel | 4/16/2004 |
| Costa | Mary | 4/16/2004 |
| Espinola | Jose | 4/16/2004 |
| Gomes | Luis | 4/16/2004 |
| Halstead | Ann | 4/16/2004 |
| Marques | Victor | 4/16/2004 |
| Oliveira | Joseph F. | 4/16/2004 |
| Phonn | Phan | 4/16/2004 |
| Rego | Antonio | 4/16/2004 |
| Rodrigues | Lidia C. | 4/16/2004 |
| Santos | Manny F | 4/16/2004 |
| Silva | Jose M | 4/16/2004 |
| Teixeira | David | 4/16/2004 |
| Aguiar | Francisco | 4/23/2004 |
| Alves | Manny | 4/23/2004 |
| Botelho | Margarida | 4/23/2004 |
| Camara | Guida | 4/23/2004 |
| DeSilva | Manny | 4/23/2004 |
| Dias | Augusto | 4/23/2004 |
| Marcelino | Carlos | 4/23/2004 |
| Marques | Antonio | 4/23/2004 |
| Medeiros | Domingos | 4/23/2004 |
| Pacheco | Paul | 4/23/2004 |
| Pereira | Manny | 4/23/2004 |
| Pinhal | Lina | 4/23/2004 |
| Raposo | Jay | 4/23/2004 |
| Riberio | Henrique | 4/23/2004 |
| Rodrigues | Jacinto B | 4/23/2004 |
| Rosa | Luis | 4/23/2004 |
| Santos | Bernardino | 4/23/2004 |
| Sousa | Isabel | 4/23/2004 |
| Souza | Barbara | 4/27/2004 |
| Alves | Paul | 4/28/2004 |
| Borges | Antonio | 4/28/2004 |
| Machado | Roberto | 4/28/2004 |
| Pacheco | Jose | 4/28/2004 |
| Pavao | Mariana | 4/28/2004 |
| Sousa | Jose M | 4/28/2004 |
| Sousa | Joseph V. | 4/28/2004 |
| Tavares | Luis | 4/28/2004 |
| Almeida | Joao | 4/30/2004 |
| Amaral | Antonio | 4/30/2004 |
| Arruda | Silvino | 4/30/2004 |
| Barbosa | Joao | 4/30/2004 |
| Cabral | Dimas | 4/30/2004 |
| Cabral | Emerencia | 4/30/2004 |
| Cabral | Fernando | 4/30/2004 |
| Calheta | Miguel | 4/30/2004 |
| Camara | Edmundo | 4/30/2004 |
| Carreiro | John | 4/30/2004 |

*Exhibit 4*

| | | |
|---|---|---|
| Carrelas | Andrew | 4/30/2004 |
| Carvalho | Hilderberto | 4/30/2004 |
| Carvalho | John | 4/30/2004 |
| Cordeiro | Miguel | 4/30/2004 |
| DeMedeiro | Antonio | 4/30/2004 |
| DeMedeiro | Juvenal | 4/30/2004 |
| DeMelo | Americo | 4/30/2004 |
| DeSa | Carlos | 4/30/2004 |
| Dias | Luis C. | 4/30/2004 |
| Duarte | Donald | 4/30/2004 |
| Duarte | Mary L | 4/30/2004 |
| Faria | Manuel | 4/30/2004 |
| Ferreira | Joao | 4/30/2004 |
| Fiano | Andre | 4/30/2004 |
| Filho | Jose | 4/30/2004 |
| Furtado | Antonio | 4/30/2004 |
| Gagne | Leo | 4/30/2004 |
| Garcia | Anna M. | 4/30/2004 |
| Goncalves | Olaria | 4/30/2004 |
| Hawkins | Jeffrey | 4/30/2004 |
| Irizarry | Elizabeth | 4/30/2004 |
| Krzyszton | Paulette | 4/30/2004 |
| LaForce | Scott | 4/30/2004 |
| Levesque | Laurent | 4/30/2004 |
| Machado | Faustino | 4/30/2004 |
| Medeiros | Michael | 4/30/2004 |
| Melo | Joseph | 4/30/2004 |
| Mendonca | Steven | 4/30/2004 |
| Menezes | Manuel | 4/30/2004 |
| Miranda | Theresa | 4/30/2004 |
| Moniz | Jorge | 4/30/2004 |
| Morton | Larry | 4/30/2004 |
| Oliveira | Joao | 4/30/2004 |
| Orton | Wayne | 4/30/2004 |
| Pacheco | David | 4/30/2004 |
| Pacheco | Glen | 4/30/2004 |
| Pacheco | Lucia | 4/30/2004 |
| Pacheco | Rui | 4/30/2004 |
| Patricio | Jonn | 4/30/2004 |
| Patricio | Maria Ines | 4/30/2004 |
| Pereira | Joao A. | 4/30/2004 |
| Raposo | Joao F | 4/30/2004 |
| Raposo | Joao M. | 4/30/2004 |
| Ricardo | Manuel | 4/30/2004 |
| Silva | Antonio | 4/30/2004 |
| Silva | Jose | 4/30/2004 |
| Sineiro | Antonio | 4/30/2004 |
| Soares | Maria L | 4/30/2004 |
| Sousa | Carlos A. | 4/30/2004 |
| Sousa | Carlos M | 4/30/2004 |
| Valcorba | Dinis | 4/30/2004 |

| Emp # | Employee Name | Received Paycheck | laid off Under Warn | | |
|---|---|:---:|:---:|---|---|
| 18074 | ADRIANO, JOAO | x | | | |
| 17723 | ADRIANO, MARIA H | | x | | |
| 17385 | AGUIAR, EDUARDA | x | | | |
| 17413 | AGUIAR, FRANCISCO M | x | | | |
| 18264 | AGUIAR, ROBERT C | x | | | |
| 18253 | AHMED, FAIZ | | x | | |
| 17376 | ALMEIDA, JOAO J | x | | | |
| 17668 | ALMEIDA, MANUEL | | x | | |
| 17531 | ALMEIDA, MARY L | | x | | |
| 17702 | ALVAREZ, LUIS E | | x | | |
| 18159 | ALVES, IRENE C | | x | | |
| 15659 | ALVES, MANUEL L | x | | | |
| 17435 | ALVES, PAUL | x | | | |
| 17684 | AMARAL, ANTONIO M | x | | | |
| 17680 | AMARAL, JOSE C | | x | | |
| 17998 | AMARAL, MARIO | x | | | |
| 18078 | ANDRADE, JORGE R. | | x | | |
| 17936 | ARRUDA, DAVID R | | x | | |
| 3528 | ARRUDA, JOHN V | | x | | |
| 17081 | ARRUDA, SILVINO T | x | | | |
| 14672 | ARSENAULT, ROGER O | | x | | |
| 17700 | BANALEWICZ, STANLEY | | x | | |
| 5881 | BARBOSA, JOAO M | x | | | |
| 17898 | BATISTA, JOSEPH C | x | x | | |
| 16547 | BELLEVILLE, WILLIAM W | | x | | |
| 17788 | BENTO, JAIME M | x | | | |
| 17421 | BENTO, JOSE E | x | | | |
| 12811 | BERGANTIM, DONNA | x | | | |
| 17581 | BETTENCOURT, HERCULANO J | | x | | |
| 18125 | BOLIEIRO, RICARDO | | x | | |
| 10703 | BORGES, ANTONIO | x | | | |
| 17468 | BORGES, CLARA | | x | | |
| 12415 | BORGES, LOUIS | x | | | |
| 17417 | BORGES, PAUL J | | x | | |
| 17446 | BORGES, SUSANA S | | x | | |
| 17645 | BORGES, VICTORINO | | x | | |
| 17414 | BOTELHO, CIDALIA F | x | | | |
| 17506 | BOTELHO, JOSE | x | | | |
| 17346 | BOTELHO, JOSE E | x | | | |
| 8475 | BOTELHO, LAUREANO B | x | | | |
| 7203 | BOTELHO, MANUEL J | x | | | |
| 17009 | BOTELHO, MARGARIDA M | x | | | |
| 16791 | BOTELHO, OCTAVIO M | | x | | |
| 10874 | BOTELHO, VALDOMIRO B | | Pauid in 11/29/03 | | |
| 17480 | BRAGA, TEOFILO | x | | | |
| 18012 | BRANCO, JOSEPH P | x | | | |
| 18231 | BRODEUR, DOUGLAS W | x | | | |
| 17447 | CABRAL, DIMAS S | x | | | |
| 17474 | CABRAL, EMERENCIANA P | x | | | |
| 17450 | CABRAL, FERNANDO V | x | | | |
| 9146 | CABRAL, JOSE M | x | | | |
| 17444 | CABRAL, JOSE S | x | | | |
| 18251 | CABRAL, ROBERT | | x | | |
| 17858 | CABRAL, ROBERT C | | x | | |
| 18336 | CABRAL, THOMAS J | | x | | |
| 17920 | CALHETA, MIGUEL | x | | | |

| Emp # | Employee Name | Received Paycheck | laid off Under Warn | | |
|---|---|---|---|---|---|
| 17530 | CAMARA, ANA A | | x | | |
| 7093 | CAMARA, EDMUNDO | x | | | |
| 17813 | CAMARA, GUIDA B | x | | | |
| 17326 | CANTO, MANUEL S | x | | | |
| 17851 | CARMO, ELMIRA A | | x | | |
| 17826 | CARREIRO, ANTONIO D | x | | | |
| 17828 | CARREIRO, DINIS M | x | | | |
| 17418 | CARREIRO, JOHN L | x | | | |
| 17888 | CARRELAS, ANDREW P | x | | | |
| 16889 | CARROCA, DURVAL T | x | | | |
| 4052 | CARVALHO, ANTONIO | x | | | |
| 12010 | CARVALHO, HILDEBERTO | x | | | |
| 17876 | CARVALHO,MARIA H. | | x | | |
| 15510 | CARVALHO, JOHN F | x | | | |
| 18099 | CHAO, KHOURN | | x | | |
| 18095 | CHAO, KOM L | x | | | |
| 18170 | CHEA, NIMOL | | x | | |
| 18222 | CHEA, SANG | | x | | |
| 18267 | CHEY, CHANN | | x | | |
| 18289 | CIOSEK, JOAN L | x | | | |
| 18373 | CORDEIRO, KEVIN T | | x | | |
| 17288 | CORDEIRO, MIGUEL R | x | | | |
| 17311 | CORDEIRO, ZENAIDA M | x | | | |
| 18255 | CORMIER, STEVEN W | x | | | |
| 17677 | CORREIA, VICENTE P | | x | | |
| 17534 | COSTA, ADRIANO | | x | | |
| 11093 | COSTA, ANTONIO M | x | | | |
| 17102 | COSTA, JESSE | x | | | |
| 18150 | COSTA, JOSE F | x | | | |
| 9401 | COSTA, LIONEL P | x | | | |
| 11931 | COSTA, MANUEL L | x | | | |
| 4977 | COSTA, MARY C | x | | | |
| 17956 | COSTA, SONIA C | x | | | |
| 18084 | COZZENS, CALEB C | x | | | |
| 17344 | DA COSTA, TERESA | x | | | |
| 12239 | DA SILVA, DONNA M | x | | | |
| 18224 | DA SILVA, MANUEL | | x | | |
| 17140 | DACOSTA, CIDALIA | x | | | |
| 16985 | DACOSTA, MANUEL F | | x | | |
| 17849 | DAPONTE, BELARMINO | | x | | |
| 17456 | DE FREITAS, ARMANDO | x | | | |
| 18080 | DE MEDEIROS, JOAO F | | x | | |
| 12159 | DE MELO, AMERICO S | x | | | |
| 17440 | DE MELO, ANTONIO | x | | | |
| 17895 | DE MELO, PAUL G | | x | | |
| 17387 | DE OLIVEIRA, ADAM N | x | | | |
| 11746 | DE SA, CARLOS | | | | |
| 14621 | DEMEDEIROS, JUVENAL B | x | | | |
| 17466 | DEMELO, ALDA M | x | | | |
| 17459 | DESILVA, MANUEL | x | | | |
| 15392 | DIAS, AUGUSTO | x | | | |
| 17424 | DIAS, ISALTINA | x | | | |
| 14808 | DIAS, LUIS C | x | | | |
| 18037 | DOMINGUES, DON | | x | | |
| 17486 | DOMINGUES, MICHAEL F | x | | | |
| 15333 | DUARTE, MARY L | x | | | |

| Emp # | Employee Name | Received Paycheck | laid off Under Warn | | |
|---|---|---|---|---|---|
| 17256 | ESPINOLA, JOSE | x | | | |
| 17630 | ESTACIO, EVARISTO M | x | | | |
| 14761 | ESTACIO, FRANCISCO C | | | termed 11/22/03 | |
| 17419 | ESTRELLA, LUCY M | | x | | |
| 17775 | EZQUIEL, LUIZ A | | x | | |
| 17806 | FARIA, MANUEL D | x | | | |
| 17441 | FARIA, MARK D | | x | | |
| 17528 | FARIA, PEDRO P | x | | | |
| 17615 | FARIA, RAYMOND C | x | | | |
| 17023 | FARIAS, MIGUEL A | | x | | |
| 17884 | FARIAS, ROSA M | x | | | |
| 17923 | FERNANDES, JOAO | | x | | |
| 18098 | FERREIRA, JOAO C | x | | | |
| 17395 | FILHO, JOSE G | x | | | |
| 17761 | FLATTERY, SUSAN J | | x | | |
| 18082 | FREITAS, MANUEL | | x | | |
| 10622 | FREITAS, SUSAN A | x | | | |
| 17273 | FURTADO, ANTONIO F | x | | | |
| 17443 | FURTADO, MANUEL | | x | | |
| 17945 | FURTADO, ORLANDO C | | x | | |
| 17711 | GAFANHOTO, JOSE | x | | | |
| 17227 | GAGNE, LEO | x | | | |
| 17304 | GAGNE, RAYMOND G | x | | | |
| 8897 | GAGNON, SANDRA | | x | | |
| 17458 | GALVAO, JOSEPH A | x | | | |
| 2815 | GARCIA, ANNA M | x | | | |
| 17802 | GARCIA, MANUEL V | x | | | |
| 17481 | GARCIA, MARIA O | x | | | |
| 17332 | GOMES, LUIS A | x | | | |
| 17072 | GONCALVES, OLARIA M | x | | | |
| 17875 | GOUVEIA, JOSE O | | x | | |
| 17403 | HALSTEAD, ANN M | x | | | |
| 17744 | HAWKINS, JEFFREY | x | | | |
| 17891 | HERMENEGILDO, MARYLOU | | x | | |
| 18005 | IRIZARRY, ELIZABETH | x | | | |
| 17779 | JEAN, RAYMOND L | x | | | |
| 17894 | JESUS, HEDUINO | | x | | |
| 17911 | KALAF, CHARLES | x | | | |
| 18157 | LAFLEUR, CHRISTOPHER | | x | | |
| 17549 | LAFORCE, SCOTT W | x | | | |
| 17733 | LEAL, THERESA M | x | | | |
| 17374 | LEVESQUE, CAROL A | | x | | |
| 9128 | LIMA, PAMELA | x | | | |
| 17485 | LIZOTTE, ROBERT A | | x | | |
| 17944 | LOURENCO, JOHN F | | x | | |
| 17658 | MACHADO, FAUSTINO C | x | | | |
| 17910 | MACHADO, MANUEL | x | | | |
| 18052 | MACHADO, MARIA C | | x | | |
| 17422 | MACHADO, ROBERTO P | x | | | |
| 18138 | MANCHESTER, WAYNE R | | x | | |
| 17580 | MARCELINO, CARLOS M | x | | | |
| 3244 | MARQUES, ANTONIO C | x | | | |
| 17105 | MARQUES, VICTOR M | x | | | |
| 14605 | MARTINS, CARLOS A | x | | | |
| 8344 | MARTINS, JOAO M | x | | | |
| 17979 | MARTINS, JOHN M | | x | | |

| Emp # | Employee Name | Received Paycheck | laid off Under Warn | | |
|-------|---------------|-------------------|---------------------|--|--|
| 17324 | MARTINS, MANUEL | x | | | |
| 18109 | MCCLOUD, CHAD D | | x | | |
| 17507 | MEDEIROS, ALVARO L | x | | | |
| 17769 | MEDEIROS, AUGUSTINE | | x | | |
| 17513 | MEDEIROS, DOMINGOS | x | | | |
| 18071 | MEDEIROS, DUARTE M | x | | | |
| 17593 | MEDEIROS, GALE A | | x | | |
| 13557 | MEDEIROS, JORGE H | | x | | |
| 18161 | MEDEIROS, JOSE H | | x | | |
| 16029 | MEDEIROS, MARY JO | x | | | |
| 17743 | MEDEIROS, MICHAEL J | x | | | |
| 17120 | MEDEIROS, PAUL C | x | | | |
| 1477 | MELLO, ROBERT E | x | | | |
| 17529 | MELO, ANGELO D | | x | | |
| 12167 | MELO, JOSE R | x | | | |
| 17197 | MENEZES, MANUEL P | x | | | |
| 10954 | MIGUEL, JOSE | x | | | |
| 3252 | MIRANDA, THERESE M | x | | | |
| 17755 | MONIZ, ANTONIO C | | x | | |
| 10680 | MONIZ, JORGE | x | | | |
| 16432 | MONIZ, JOSE E | | x | | |
| 15069 | MONIZ, MARIO A | | x | | |
| 17512 | MONIZ, RUSSELL P | x | | | |
| 17830 | MONTEIRO, JOSEPH O | x | | | |
| 18201 | MORAIS, MARCOS A | x | | | |
| 11560 | MORROW, JOHN | x | | | |
| 17638 | NIL, RETH | x | | | |
| 16963 | OLIVEIRA, ALTINO M | x | | | |
| 18284 | OLIVEIRA, CARLOS A | | x | | |
| 14171 | OLIVEIRA, JOAO | x | | | |
| 6293 | OLIVEIRA, JOSEPH F | x | | | |
| 17855 | OLIVEIRA, MICHAEL J | | x | | |
| 17946 | ORTON, DEBORAH A | x | | | |
| 5400 | ORTON, WAYNE E | x | | | |
| 18216 | OUNG, VIROUT | x | | | |
| 17426 | OWEN, NEAL P | | x | | |
| 15835 | PACHECO, ALDA | | x | | |
| 18380 | PACHECO, GLEN A. | x | | | |
| 17307 | PACHECO, JOSE A | x | | | |
| 18064 | PACHECO, LUCIA M | x | | | |
| 13039 | PACHECO, PEDRO M | x | | | |
| 18227 | PACHECO, RUI J. | x | | | |
| 16811 | PAIVA, ANTONIO C | x | | | |
| 17500 | PATRICIO, JOHN D | x | | | |
| 17313 | PATRICIO, MARIA I | x | | | |
| 17800 | PAVAO, JOE C | | x | | |
| 17349 | PAVAO, MARIANA L | x | | | |
| 17730 | PAVAO, NATERCIA C | x | | | |
| 17361 | PEREIRA, GABRIEL T | x | | | |
| 17454 | PEREIRA, JOAO A | x | | | |
| 17655 | PEREIRA, JOSE F | | x | | |
| 17765 | PEREIRA, MANUEL S | x | | | |
| 17640 | PHAN, PHONN | x | | | |
| 8846 | PIMENTEL, NUNO M | x | | | |
| 17980 | PIN, PON | x | | | |
| 17107 | PINHAL, LINA M | x | | | |

91

| Emp # | Employee Name | Received Paycheck | laid off Under Warn | | |
|---|---|---|---|---|---|
| 17238 | PIRES, ALBERTO B | x | | | |
| 17868 | PIRES, ANTONIO D | x | | | |
| 2136 | RAIMUNDO, FERNANDO C | x | | | |
| 16731 | RAPOSA, KEVIN J | | x | | |
| 18202 | RAPOSO, JAY E | x | | | |
| 18143 | RAPOSO, JOAO | | x | | |
| 17080 | RAPOSO, JOAO F | x | | | |
| 17974 | RAPOSO, JOAO M | x | | | |
| 17611 | RAPOSO, JOSE C | x | | | |
| 7878 | REGO, ANTONIO M | x | | | |
| 11674 | REGO, JOAO C | | paid 11/29/03 | | |
| 17429 | REGO, PAULO M | | x | | |
| 17318 | REIS, LEONARD M | | x | | |
| 11957 | RESENDES, LUIS | x | | | |
| 4239 | RESENDES, MANUEL P. | x | | | |
| 7211 | RESENDES, VALDEMAR R | x | | | |
| 18092 | RIBEIRO, HENRIQUE M | x | | | |
| 18058 | RIBEIRO, ROBERTO M | | x | | |
| 16061 | RICARDO, GUMERSINDO R | x | | | |
| 14111 | RICARDO, MANUEL F | x | | | |
| 13590 | RODRIGUES, JACINTO B | x | | | |
| 17364 | RODRIGUES, LIDIA C | x | | | |
| 17601 | RODRIGUES, MARIO J | x | | | |
| 18136 | RODRIGUES, ROBERT L | x | | | |
| 18351 | ROHENA, JUAN | | x | | |
| 17713 | ROJAS, JOAO B | | x | | |
| 17212 | ROSA, CARLOS M | x | | | |
| 16838 | ROSA, LUIS M | x | | | |
| 17381 | SANTOS, BERNARDINO F | x | | | |
| 18034 | SANTOS, JOAQUIN C | | x | | |
| 10399 | SANTOS, MANUEL F | x | | | |
| 16995 | SILVA, ANTONIO | x | | | |
| 17558 | SILVA, ELEUTERIO M | x | | | |
| 11607 | SILVA, ERNEST | x | | | |
| 2429 | SILVA, JOSE | x | | | |
| 7536 | SILVA, JOSE M | x | | | |
| 17542 | SILVA, LINA | | x | | |
| 17903 | SILVIA, WILLEEN F | | x | | |
| 16352 | SINEIRO, ANTONIO M | x | | | |
| 9136 | SMITH, THERESA M | x | | | |
| 8221 | SOARES, MARIA L | x | | | |
| 17183 | SOARES, MARIA L | x | | | |
| 17591 | SOM, NOM | x | | | |
| 17969 | SOUFFRONT, ALBERTO A | | x | | |
| 17479 | SOUSA, CARLOS | | x | | |
| 17098 | SOUSA, CARLOS A | x | | | |
| 17020 | SOUSA, CARLOS M | x | | | |
| 17793 | SOUSA, DAVID | x | | | |
| 18164 | SOUSA, DINO F | x | | | |
| 17312 | SOUSA, ISABEL M | x | | | |
| 17679 | SOUSA, JOSE L | | x | | |
| 15296 | SOUSA, JOSE M | x | | | |
| 17565 | SOUSA, JOSEPH V | x | | | |
| 17588 | SOUSA, MARIA G | | x | | |
| 16966 | SOUZA, BARBARA A | x | | | |
| 18266 | STANLEY, RONALD D | | x | | |

# Hourly Employee Listing

Exhibit 5

| Emp # | Employee Name | Received Paycheck | laid off Under Warn | | |
|---|---|---|---|---|---|
| 15000 | TAVARES, DIANNE | x | | | |
| 17039 | TAVARES, LUIS M | x | | | |
| 5709 | TAVARES, VIRGINIO C | x | | | |
| 1564 | TEIXEIRA, DANIEL M | x | | | |
| 7270 | TEIXEIRA, DAVID M | x | | | |
| 13019 | TEIXEIRA, ROY J | | x | | |
| 8408 | TEIXEIRA, VALDOMIRO M | x | | | |
| 18375 | TEVES, EDW | | x | | |
| 17094 | TEVES, NATIVIDADE G | | x | | |
| 17303 | THORN, DONNA D | | x | | |
| 17475 | TOSTE, JOSE M | x | | | |
| 17718 | TROTT, GLORIA J | | x | | |
| 15421 | VALCORBA, DINIS C | x | | | |
| 17976 | VASCONCELLOS, EUGENIA | | x | | |
| 18059 | VENTURA, JORGE M | | x | | |
| 17573 | VIEIRA, JEAN M | x | | | |
| 17771 | VIVEIROS, JOAO C | | x | | |
| 17082 | VIVEIROS, MANUEL A | | x | | |
| 16962 | XAVIER, LUDGERO | | x | | |
| 18200 | YOEUN, BAYROUTH | | x | | |
| | | | | | |
| **Total Associates** | 300 Paychecks | 196 | 101 | | |
| | | total laid off | 103 | | |
| | | | | | 297 |
| Salary Associates | | | | | |
| | | | | | |
| | AMARAL, GILBERTO | | | | |
| | BEARCE JR., KEITH | | | | |
| | BORGES, JAMES | | | | |
| | CABRAL, ELIZABETH | | | | |
| | COSTA, JOSEPH | | | | |
| | DAVIDSON, DONALD | | | | |
| | DE MEDEIROS, ANTONIO | | | | |
| | DUARTE, DONALD | Gomes | x | | |
| | GOULET, THOMAS | Homer | x | | |
| | KRZYSZTON, PAULETTE | | | | |
| | LAPORTE, LOU-ANN | | | | |
| | LENART, ANDREW | | | | |
| | LEVESQUE, LARRY | | | | |
| | MARTIN, JUDITH | | | | |
| | MENDONCA, STEVEN | | | | |
| | MORTON, LARRY | | | | |
| | OLIVEIRA, STEVEN | | | | |
| | PACHECO, CARLOS | | | | |
| | PACHECO, PAUL | | | | |
| | PACHECO, DAVID | | | | |
| | PINA-CHRISTIAN, MARCELINA | | | | |
| | STAMP, KEITH | | | | |
| | STARK, ERIN | | | | |
| | | | | | |
| | | | | | |
| **Total Salary** | 23 | | | | |
| | | | | | |
| **Total Associates** | 323 | | | | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME |
|---|
| OLIVEIRA, JOAO |
| OLIVEIRA, JOSEPH |
| OLIVEIRA, MICHAEL |
| OLIVEIRA, STEVEN |
| ORTON, DEBORAH |
| ORTON, WAYNE |
| OUNG, VIROUT |
| OWEN, NEAL |
| PACHECO, ALDA |
| PACHECO, CARLOS |
| PACHECO, DAVID |
| PACHECO, GLEN |
| PACHECO, JOSE |
| PACHECO, LUCIA |
| PACHECO, PAUL |
| PACHECO, PEDRO |
| PACHECO, RUI |
| PAIVA, ANTONIO |
| PATRICIO, JOHN |
| PATRICIO, MARIA |
| PAVAO, ANTONIO |
| PAVAO, JOE |
| PAVAO, MARIANA |
| PAVAO, NATERCIA |
| PECSI, ION |
| PEREIRA, GABRIEL |
| PEREIRA, JOAO |
| PEREIRA, JOSE |
| PEREIRA, JOSE |
| PEREIRA, MANUEL |
| PHAN, PHONN |
| PIMENTEL, JOSE |
| PIMENTEL, NUNO |
| PIN, PON |
| PINA-CHRISTIAN, MARCELINA |
| PINHAL, LINA |
| PIRES, ALBERTO |
| PIRES, ANTONIO |
| RAIMUNDO, FERNANDO |
| RAPOSA, KEVIN |
| RAPOSO, JAY |
| RAPOSO, JOAO |
| RAPOSO, JOAO |
| RAPOSO, JOAO |
| RAPOSO, JOSE |
| REGO, ANTONIO |
| REGO, JOAO |
| REGO, MARGARIDA |
| REGO, PAULO |
| REIS, LEONARD |
| RESENDES, ANTONIO |
| RESENDES, LUIS |
| RESENDES, MANUEL |

Exhibit 5

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME | |
|---|---|
| RESENDES, VALDEMAR | |
| RIBEIRO, HENRIQUE | |
| RIBEIRO, ROBERTO | |
| RICARDO, GUMERSINDO | |
| RICARDO, MANUEL | |
| RODRIGUES, AUGUSTINE | |
| RODRIGUES, JACINTO | |
| RODRIGUES, LIDIA | |
| RODRIGUES, MARIO | |
| RODRIGUES, ROBERT | |
| ROHENA, JUAN | |
| ROJAS, JOAO | |
| ROSA, CARLOS | |
| ROSA, LUIS | |
| SANTOS, BERNARDINO | |
| SANTOS, JOAQUIN | |
| SANTOS, MANUEL | |
| SAO, SOPHEAP | |
| SILVA, ANTONIO | |
| SILVA, ELEUTERIO | |
| SILVA, ERNEST | |
| SILVA, JOSE | |
| SILVA, JOSE | |
| SILVA, LINA | |
| SILVIA, WILLEEN | |
| SINEIRO, ANTONIO | |
| SMITH, HERBERT | |
| SMITH, THERESA | |
| SOARES, MARIA | |
| SOARES, MARIA | |
| SOM, NOM | |
| SOUFFRONT, ALBERTO | |
| SOUSA, CARLOS | |
| SOUSA, CARLOS | |
| SOUSA, CARLOS | |
| SOUSA, DAVID | |
| SOUSA, DINO | |
| SOUSA, ISABEL | |
| SOUSA, JOSE | |
| SOUSA, JOSE | |
| SOUSA, JOSEPH | |
| SOUSA, MARIA | |
| SOUZA, BARBARA | |
| STAMP, KEITH | |
| STANLEY, RONALD | |
| STARK, ERIN | |
| TAVARES, DIANNE | |
| TAVARES, LUIS | |
| TAVARES, VIRGINIO | |
| TEIXEIRA, DANIEL | |
| TEIXEIRA, DAVID | |
| TEIXEIRA, HELENA | |
| TEIXEIRA, ROY | |

**EXHIBIT E - Recipients of WARN Notice**

| EMPLOYEE NAME |
| --- |
| TEIXEIRA, VALDOMIRO |
| TEVES, EDWARD |
| TEVES, NATIVIDADE |
| TEXEIRA, HENRY |
| THORN, DONNA |
| TOSTE, JOSE |
| TROTT, GLORIA |
| VALCORBA, DINIS |
| VASCONCELLOS, EUGENIA |
| VENTURA, JORGE |
| VENTURA, MARIO |
| VIEIRA, JEAN |
| VIEIRA, MARIA |
| VIVEIROS, JOAO |
| VIVEIROS, MANUEL |
| WINN, KEITH |
| XAVIER, LUDGERO |
| YOEUN, BAYROUTH |

# STANDARD PROCEDURE INSTRUCTION

**Subject:**

LAYOFF & RECALL POLICY

**S.P.I. No.** III-3

**Page** 1 **Of** 3

**Issued:** October, 1991

**Revised:** _____

**Approved:** Corp. Committee

---

**1.0**      <u>Purpose</u>

     **1.1**      If employment levels must be reduced due to adverse economic or other conditions, this SPI sets forth guidelines for the following:
         Who will be laid off
         Benefit continuation while on lay off
         Recall from layoff procedures

**2.0**      <u>Scope</u>

     **2.1**      This SPI applies to all associates.

**3.0**      <u>Forms and Exhibits</u>

     **3.1**      Personnel Action Notice

**4.0**      <u>Policy</u>

     **4.1**      Production hourly associates within each affected unit should be selected for layoff in the following order:
         A. Probationary associates
         B. Temporary and Part-Time associates
         C. Full-Time associates based on length of service

     **4.2**      Associates selected for layoff should be given as much notice as possible as is required by law or as much as is reasonable under the circumstances. Associates will be informed of the following:
         A. Reason for the layoff
         B. Estimated length of layoff
         C. Continuation of benefits during layoff period
         D. Unemployment benefits and how to file claims

     **4.3**      Upon layoff, the immediate supervisor should immediately complete a Personnel Action Notice and forward to the Personnel Department.

     **4.4**      On or before the date of layoff, the associate should be notified of benefit continuation and conversion rights.

**Subject:**

LAYOFF AND RECALL GUIDELINES

| | |
|---|---|
| 4.4.1 | Health insurance will be made available for 90 days following the date of layoff provided the laid off associate continues weekly contributions. If, at the end of the 90 day period, the associate has made no contribution towards health insurance continuation, the effective date of termination will be the last day payment was received. A Cobra notice will be sent to the associate on or prior to 90 days from the date of layoff. |
| 4.4.2 | The associate's basic group life insurance will continue for 90 days from the date of layoff. |
| 4.4.3 | Accidental Death & Dismemberment insurance will cease on the date of layoff. |
| 4.3.4 | Short term disability insurance will cease on the date of layoff. |
| 4.5 | Hourly associates who are not actively employed at the vacation pay time will not receive vacation pay. If the associate is recalled prior to December 31 of the year in which he/she was laid off, the vacation check will be issued with the first check received upon return to work. |
| 4.6 | Associates who are laid off will be maintained on a recall list for one year. While on the recall list, associates should report to the Personnel Department if they become unavailable for recall. Associates who fail to keep their address current may lose a recall opportunity and/or will no longer be eligible for recall. |
| 4.7 | Associates will be recalled according to need, classification or ability to do the job. Where two associates are equally qualified, the associate with more seniority will be offered the position first. Notice of recall will be sent by certified mail. Unless the associate responds to the recall notice within seven days following receipt of the notice, the associate's name will be removed from the recall list. |
| 4.8 | If an associate is recalled after 30 days, a new hire physical and substance abuse screening must be obtained before reporting for work. If the substance abuse screening test is not passed, the associate will not be considered for employment until a year from the date of the test. He/she will, however, still be entitled to collect unemployment compensation benefits. |

Case 1:04-cv-10439-RGS     Document 26-2     Filed 08/30/2006

Exhibit 6

S.P.I. No. ___III-3___

Subject:

LAYOFF AND RECALL GUIDELINES

Page 3 Of 3

Page 30 of 32

4.9        If associates are recalled within one year from the date of layoff, seniority will be maintained.  If an associate returns to work after one year, the new date of hire will be the seniority date.

4.10       If the associate returns to work within a 90 day period from the date of layoff, all benefits (health insurance, life insurance, AD&D, short term disability, etc.) will be reinstated immediately upon return to work.

4.10.1     If more than 90 days have lapsed since the date of layoff, upon recall, the associate must satisfy the waiting period for eligibility for all benefits; however, if the associate has continued payments for health insurance through Cobra, health insurance may be reinstated immediately upon return to work.

| | |
|---|---|
| **STANDARD PROCEDURE INSTRUCTION** | S.P.I. No. __IV-13 A__ |
| | Page __1__ Of __2__ |
| **Subject:** PRODUCTION HOURLY VACATION PAY POLICY | Issued: __November, 1992__ |
| | Revised: _____ |
| | Approved __Corporate Safety Committee__ |

**1.0**      <u>Purpose</u>

    1.1      To define procedure and set forth eligibility requirements for vacation pay.

**2.0**      <u>Scope</u>

    2.1      This SPI applies to all locations.

**3.0**      <u>Eligibility Requirements</u>

    3.1      All Production Hourly Associates are eligible for vacation pay.

    3.2      An Associate must be employed at vacation time or on an approved medical leave of absence to receive vacation pay, or unless they return prior to their next scheduled shift.

    3.3      New Associates must have worked prior to the last week in May to be eligible for vacation pay during the July 4th vacation and prior to the last week in November to be eligible for vacation pay during the Holiday vacation.

    3.4      All regular payroll deductions will be withheld from vacation wages.

**Subject:** PRODUCTION HOURLY VACATION PAY POLICY

---

4.0        <u>Computation of Vacation Pay</u>

4.1      Regular full time Hourly Associates vacation pay will be paid on total earnings for the preceding six months based on percentages for length of service.

| <u>Percent of Earnings</u> | <u>Length of Service</u> |
|---|---|
| 2% | From the first day of employment up to three years of service. |
| 3% | Over three years of service but less than five years of service. |
| 4% | Over five years of service but less than ten years of service. |
| 6% | Over ten years of service but less than fifteen years of service. |
| 8% | Over fifteen years of service. |