UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA MANCHESTER and NOEMIA CAMARA Individually, and on behalf of all others similarly situated<br>Plaintiffs<br>VS.<br>MAIN STREET TEXTILES, L.P., and JOAN FABRICS SERVICES L.L.C.   and JOAN FABRICS CORPORATION<br>Defendant | CA NO.: 04-10439-RGS |

## PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF CONTROVERTED FACTS

Now come the Plaintiffs and object to the defendants' Statement of undisputed facts and state as follows:

1. That the plaintiffs dispute the fact that the mass lay off commenced on November 5, 2003 and states that the mass lay off commenced on August 26, 2003.  (See plaintiffs' Exhibit 4)

2. That the plaintiffs dispute the fact that the decision to close the plant was made in early October 2003.  (See plaintiffs' Exhibit 1)

3. That the plaintiffs dispute the defendants contention that the vacation benefits were not accrued. (See plaintiffs' Exhibit 6)

4. That the Plaintiffs dispute the contention that they did not file a wage claim with the Attorney General. (See Exhibit 10)

Plaintiffs
By their Attorneys,
BRIAN CUNHA & ASSOCIATES, P.C.

/s/ Brian R. Cunha
Brian R. Cunha, Esq. (BBO #38737)
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated: September 15, 2006

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

Dated: September 15, 2006

/s/ Brian R. Cunha
Brian R. Cunha, Esq.