BRIAN R. CUNHA, ESQ.**
NELIA CAMARA DeSTEFANO, ESQ.**

RICHARD T. GALLONE, ESQ.**
HONEY POLNER, ESQ., R.N.
KAREN A. ALEGRIA, ESQ.**
MONICA MAINA, ESQ.
AMY VALENTE, ESQ.

PAULA S. VIEIRA, ADMINISTRATOR

**MEMBER MA & RI BAR

LAW OFFICES
# BRIAN CUNHA
& ASSOCIATES

311 PINE STREET
FALL RIVER, MASSACHUSETTS 02720
(508) 675-9500

FAX: (508) 679-6360

WEBSITE: www.briancunha.com

September 15, 2006

Civil Clerks Office
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   **Donna Manchester et al.**
      **VS. Main Street Textiles, L.P. et al**
      **C.A. No.: 04-10439RGS**

Dear Sir/Madam:

Please be advised that when the Exhibits were filed with the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, the names of the Plaintiffs' that were included in the Attorney General's response were inadvertently not included in Exhibit 10.

Enclosed please find a complete copy of Plaintiffs' Exhibit which I would respectfully request be attached to the Memo previously filed.

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered

Very truly yours,
BRIAN CUNHA & ASSOCIATES
/s/ Brian R. Cunha
Brian R. Cunha, Esq.

BRC/mcp
Encls.

TOLL FREE
1-800-322-8300

NEW BEDFORD, MA
(508) 991-2100

E. PROVIDENCE, RI
(401) 434-5300



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 William Street
New Bedford, Massachusetts 02740

APR 11 2006

THOMAS F. REILLY
ATTORNEY GENERAL

April 10, 2006

Tel: (508) 990-9700
Fax: (508) 990-8686
www.ago.state.ma.us

Attorney Brian R. Cunha
Law Offices Brian Cunha & Associates
311 Pine Street
Fall River, MA  02720

**Re:  Authorization for Immediate Private Suit/Main Street Textiles**

Dear Sir:

   Thank you for contacting the Office of the Attorney General's Fair Labor and Business Practices Division.

   This letter is to inform you that we have carefully reviewed your clients' complaints and have determined that the proper resolution of this matter may be through a private suit in civil court. Accordingly, we are authorizing you to pursue this matter through a civil lawsuit immediately.

   Massachusetts General Laws chapter 149, § 150, and chapter 151, §§ 1B and 20 establish a private right of action for employees who believe they are victims of certain violations of the state wage laws. If you elect to sue in civil court, you may bring an action on behalf of the complainants and others similarly situated, and you may obtain injunctive relief, treble damages for any loss of wages and other benefits, as well as the costs of litigation and reasonable attorneys' fees.

   Without making a judgment on the merits of the complaints, this correspondence represents this office's written assent to sue and grants you the authority to pursue this matter against your clients employer immediately, as permitted by Massachusetts General Laws chapters 149 and 151. This office will not take further enforcement action at this time.

   Thank you for your attention to this matter.

Sincerely,

Cecile B. Byrne
Supervising Inspector
Fair Labor and Business Practices Division
(508) 990- 9700, extension 102

EXHIBIT C - Associates Laid Off 10/17/03 TO 4/30/04

| Last Name | First | Separation Date |
|---|---|---|
| Franco | William | 10/24/2003 |
| Martin | Wade | 10/24/2003 |
| Adriano | Maria | 11/6/2003 |
| Almeida | Mannuel | 11/6/2003 |
| Amaral | Jose | 11/6/2003 |
| Arruda | David | 11/6/2003 |
| Arsenault | Roger | 11/6/2003 |
| Bettencourt | Herculano | 11/6/2003 |
| Borges | Paul | 11/6/2003 |
| Borges | Susana | 11/6/2003 |
| Botelho | Valdomiro | 11/6/2003 |
| Chey | Chan | 11/6/2003 |
| DaCosta | Manuel | 11/6/2003 |
| DaPonte | Belamino | 11/6/2003 |
| DeMedeiros | Joao F. | 11/6/2003 |
| Farias | Miguel | 11/6/2003 |
| Fernandes | Joao | 11/6/2003 |
| Furtado | Manuel | 11/6/2003 |
| McCloud | Chad | 11/6/2003 |
| Medeiros | Augustine | 11/6/2003 |
| Moniz | Antonio | 11/6/2003 |
| Oliveira | Carlos | 11/6/2003 |
| Owen | Neil | 11/6/2003 |
| Pacheco | Alda | 11/6/2003 |
| Pavao | Joe C. | 11/6/2003 |
| Raposa | Kevin | 11/6/2003 |
| Raposo | Joao | 11/6/2003 |
| Rego | Joao C. | 11/6/2003 |
| Rego | Paulo | 11/6/2003 |
| Ribeiro | Roberto | 11/6/2003 |
| Santos | Joaquin | 11/6/2003 |
| Sousa | Jose | 11/6/2003 |
| Ventura | Jorge | 11/6/2003 |
| Yoeun | Bayrouth | 11/6/2003 |
| Ahmed | Faiz | 11/7/2003 |
| Almeida | Mary | 11/7/2003 |
| Alvaraz | Luis | 11/7/2003 |
| Alves | Irene | 11/7/2003 |
| Andrade | Jorge | 11/7/2003 |
| Arruda | John | 11/7/2003 |

| | | |
|---|---|---|
| Borges | Victorino | 11/7/2003 |
| Borges | Clara | 11/7/2003 |
| Botelho | Octavio | 11/7/2003 |
| Cabral | Robert | 11/7/2003 |
| Cabral | Robert C. | 11/7/2003 |
| Cabral | Thomas | 11/7/2003 |
| Camara | Ana | 11/7/2003 |
| Carmo | Elmira | 11/7/2003 |
| Carvalho | Maria H. | 11/7/2003 |
| Chao | Khourn | 11/7/2003 |
| Chea | Nimol | 11/7/2003 |
| Chea | Sang | 11/7/2003 |
| Cordeiro | Kevin | 11/7/2003 |
| Correia | Vicente | 11/7/2003 |
| Costa | Adriano | 11/7/2003 |
| DaSilva | Manuel | 11/7/2003 |
| Domingos | Don | 11/7/2003 |
| Estrella | Lucy | 11/7/2003 |
| Ezquiel | Luiz | 11/7/2003 |
| Flattery | Sue | 11/7/2003 |
| Furtado | Orlando | 11/7/2003 |
| Gagnon | Sandra | 11/7/2003 |
| Gomes | Richard | 11/7/2003 |
| Hermendgil | Mary Lou | 11/7/2003 |
| Homer | Charles | 11/7/2003 |
| Jesus | Heduino | 11/7/2003 |
| Lafleur | Christopher | 11/7/2003 |
| Levesque | Carol | 11/7/2003 |
| Lizotte | Robert | 11/7/2003 |
| Machado | Maria | 11/7/2003 |
| Manchester | Wayne | 11/7/2003 |
| Martins | John | 11/7/2003 |
| Medeiros | Gale | 11/7/2003 |
| Medeiros | Jorge | 11/7/2003 |
| Medeiros | Jose H | 11/7/2003 |
| Melo | Angelo | 11/7/2003 |
| Moniz | Jose | 11/7/2003 |
| Moniz | Mario | 11/7/2003 |
| Oliveira | Michael | 11/7/2003 |
| Perreira | Jose F. | 11/7/2003 |
| Reis | Leonard | 11/7/2003 |
| Rohena | Juan | 11/7/2003 |
| Roias | Joao | 11/7/2003 |
| Silva | Lina | 11/7/2003 |
| Silva | Wileen | 11/7/2003 |
| Souffront | Alberto | 11/7/2003 |
| Sousa | Carlos | 11/7/2003 |
| Sousa | Maria G. | 11/7/2003 |
| Teixeira | Rui | 11/7/2003 |
| Teves | Edward | 11/7/2003 |
| Teves | Natividade | 11/7/2003 |



| Gouveia | Jose | 11/14/2003 |
| --- | --- | --- |
| Mello | Robert | 11/21/2003 |
| Pires | Antonio | 11/28/2003 |
| Bento | Jaime | 12/2/2003 |
| Botelho | Jose E. | 12/2/2003 |
| De Freitas | Armando | 12/2/2003 |
| De Melo | Antonio | 12/2/2003 |
| Garcia | Manuel | 12/2/2003 |
| Martins | Joao M. | 12/2/2003 |
| Martins | Manuel | 12/2/2003 |
| Ricardo | Gumersindo | 12/2/2003 |
| Amaral | Gilbert | 12/5/2003 |
| Brodeur | Douglas | 12/5/2003 |
| Sousa | David | 12/5/2003 |





# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 Williams Street
New Bedford, Massachusetts 02740

THOMAS F. REILLY
ATTORNEY GENERAL

January 13, 2004

Tel: (508) 990-9700
Fax: (508) 990-8686
www.ago.state.ma.us

Mr. Augustine Medeiros
829 North Underwood Street
Fall River, MA 02720

Dear Sir:

We have received your correspondence in which you made a formal complaint against your employer.

After careful review of your complaint, we have determined that this office will not pursue this matter further. Therefore, we are closing our investigation at this time.

Thank you for your attention to this matter.

Sincerely,

Cecile B. Byrne
Cecile B. Byrne
Supervising Inspector
Fair Labor & Business Practices Division

cb

A:\noviolation.frm



**ATTORNEY GENERAL**
Southeastern Massachusetts Division
105 William Street
New Bedford, Massachusetts 02740

TOM REILLY
Attorney General

(508) 990-9700
www.ago.state.ma.us

## Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

Name: AUGUSTINE MEDEIROS   Soc. Sec. # 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

Address: 829 North Underwood St

City: FALL RIVER   State: MA   Zip: 02720-4041

Date of Birth: 10-5-36   Work Phone: _____   Home Phone: 508-672-0248

What type of work did you perform: Weaver

**EMPLOYER INFORMATION:** (complaint will not be accepted unless this section is completed.)

Company Name: MAIN STREET TEXTILES

Address: 81 COMMERCE DRIVE

City: FALL RIVER   State: MA   Zip: _____

Phone: 508-235-0300   Total number of employees in company: 400

President/Owner Name: MR. ELKEN McCallum   Title: OWNER

Local Manager Name: PENNY RICHARDS

Town where work was performed: FALL RIVER

**WAGE/BENEFIT INFORMATION:**

Date of Hire: 04-27-96   Were you discharged? yes   Date of discharge: Nov. 06, 2003  Laid off on

Did you leave? No   Date: X   Reason for leaving: discharged Laid off

If you left, did you make a personal demand for this money? yes

If yes, what was the response of the employer: Employer refused

Rate of Pay: $13.40 per (hour/week): 540.00   Unpaid Wages: $600
per hour



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 William Street
New Bedford, Massachusetts 02740

**TOM REILLY**
**ATTORNEY GENERAL**

(508) 990-9700
www.ago.state.ma.us

### Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

Name: RAPOSA JAMES C   Soc. Sec. #: 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

Address: 73 GAGNON ST

City: FALL RIVER   State: MA   Zip: 02723

Date of Birth: 12 JUL 77   Work Phone: 774-930-1989   Home Phone: 508-677-9281

What type of work did you perform: CHANGE OVER

**EMPLOYER INFORMATION:** (complaint will not be accepted unless this section is completed.)

Company Name: MAIN ST TEXTILES

Address: 81 COMMERCE DR

City: FALL RIVER   State: MA   Zip: 02721

Phone: 508-235-0310   Total number of employees in company: ___

President/Owner Name: ELKIN MCULLUM   Title: OWNER

Local Manager Name: PENNY RICHARDS

Town where work was performed:
FALL RIVER MA

**WAGE/BENEFIT INFORMATION:**

Date of Hire: 7/23/97   Were you discharged? NO   Date of discharge: NO

Did you leave? YES   Date: 11 MAY 02   Reason for leaving: BETTER PAYING JOB

If you left, did you make a personal demand for this money? YES

If yes, what was the response of the employer: NO

Rate of Pay: $13.70   per (hour/week): 712.40   Unpaid Wages: $500.00



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 William Street
New Bedford, Massachusetts 02740

TOM REILLY
ATTORNEY GENERAL

(508) 990-9700
www.ago.state.ma.us

## Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

Name: Darren Medeiros    Soc. Sec. #: 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

Address: 222 Barnes St.

City: Fall River    State: MA    Zip: 02723

Date of Birth: 4/13/77    Work Phone: 508-235-0300    Home Phone: 54-672-9572

What type of work did you perform: Changeover

**EMPLOYER INFORMATION:** (complaint will not be accepted unless this section is completed.)

Company Name: Main Street Textiles

Address: 81 Comerce Drive

City: Fall River    State: MA    Zip: 02720

Phone: 508-235-0300    Total number of employees in company: 350

President/Owner Name: Elkin McCullum    Title: Owner

Local Manager Name: Penny Richards

Town where work was performed: Fall River

**WAGE/BENEFIT INFORMATION:**

Date of Hire: Sept 97    Were you discharged? Yes (laid off)    Date of discharge: July 2003

Did you leave? No    Date: _____    Reason for leaving: _____

If you left, did you make a personal demand for this money? Yes

If yes, what was the response of the employer: No

Rate of Pay: $13.70 per (hour/week) $548    Unpaid Wages: $500



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 William Street
New Bedford, Massachusetts 02740

TOM REILLY
ATTORNEY GENERAL

(508) 990-9700
www.ago.state.ma.us

**Non-Payment of Wage Complaint Form**

### EMPLOYEE INFORMATION:

Name: Paul Demelo   Soc. Sec. #: 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
Address: 81 Swindells St
City: Fall River   State: MA   Zip: 02723
Date of Birth: 10-28-69   Work Phone: 508-235-0300   Home Phone: 508-675-1624
What type of work did you perform: receiving

### EMPLOYER INFORMATION: (complaint will not be accepted unless this section is completed.)

Company Name: Main Street Textiles
Address: 81 Commerce Dr.
City: Fall River   State: MA   Zip: 02721
Phone: 508-235-0300   Total number of employees in company: ?
President/Owner Name: Elkin McCullum   Title: owner
Local Manager Name: Penny Richards
Town where work was performed: Fall River

### WAGE/BENEFIT INFORMATION:

Date of Hire: 8-25-97   Were you discharged? yes   Date of discharge: 10-17-03
Did you leave? yes   Date: 10-17-03   Reason for leaving: layed off
If you left, did you make a personal demand for this money? yes
If yes, what was the response of the employer: no
Rate of Pay: $11.65 per (hour/week): 360.00   Unpaid Wages: $350.00



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 William Street
New Bedford, Massachusetts 02740

Tom Reilly
Attorney General

(508) 990-9700
www.ago.state.ma.us

## Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

Name: Belarmino O. Pinto     Soc. Sec. #: 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

Address: 150 Teaumseh St.

City: Fall River     State: MA     Zip: 02721

Date of Birth: 1/7/71     Work Phone: 508-324-6293     Home Phone: 508-324-6293

What type of work did you perform: Weaver

**EMPLOYER INFORMATION:** (complaint will not be accepted unless this section is completed.)

Company Name: Main Street Textiles

Address: 81 Commerce Drive

City: Fall River     State: MA     Zip: _____

Phone: 508-235-0310     Total number of employees in company: 400

President/Owner Name: Mr. Ellen McCallum     Title: Owner

Local Manager Name: Penny Richards

Town where work was performed: Fall River

**WAGE/BENEFIT INFORMATION:**

Date of Hire: 3/25/97     Were you discharged? Yes     Date of discharge: No/6/2003

Did you leave? No     Date: _____     Reason for leaving: La Laid off

If you left, did you make a personal demand for this money? Yes

If yes, what was the response of the employer: Employer Refused

Rate of Pay: $13.40 per (hour/week): 540     Unpaid Wages: $400



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 William Street
New Bedford, Massachusetts 02740

TOM REILLY
ATTORNEY GENERAL

(508) 990-9700
www.ago.state.ma.us

### Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

Name: CARLOS CORDEIRO    Soc. Sec. #: 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

Address: 16 COPICUT RD

City: N DARTMOUTH    State: MA    Zip: 02747

Date of Birth: 07-25-62    Work Phone: 508-674-7000    Home Phone: 508-676-2237

What type of work did you perform: HEAD TECHNICIAN

**EMPLOYER INFORMATION:** (complaint will not be accepted unless this section is completed.)

Company Name: MAIN ST TEXTILES

Address: 81 COMMERCE AVE

City: FALL RIVER    State: MA    Zip: 02720

Phone: 508-235-6300    Total number of employees in company: 350

President/Owner Name: ELKIN MCCULLUM    Title: OWNER

Local Manager Name: PENNY RICHARDS

Town where work was performed: FALL RIVER

**WAGE/BENEFIT INFORMATION:**

Date of Hire: 11-11-85    Were you discharged? NO    Date of discharge: _____

Did you leave? YES    Date: 05-03    Reason for leaving: CHANGE OF HOURS/SHIFT

If you left, did you make a personal demand for this money? YES

If yes, what was the response of the employer: NO

Rate of Pay: $18.65    per (hour/week): 1067    Unpaid Wages: $1300

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 William Street
New Bedford, Massachusetts 02740

TOM REILLY
ATTORNEY GENERAL

(508) 990-9700
www.ago.state.ma.us

## Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

Name: Jose C Amaral  Soc. Sec. #: 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

Address: 33 Crawford

City: _____  State: MA  Zip: 02724

Date of Birth: 3-29-69  Work Phone: _____  Home Phone: 675-8191

What type of work did you perform: Changeover

**EMPLOYER INFORMATION:** (complaint will not be accepted unless this section is completed.)

Company Name: Main Street Textile

Address: 81 Commerce Drive

City: Fall River MA  State: MA  Zip: _____

Phone: 508-235-0300  Total number of employees in company: 400

President/Owner Name: Marel Rom McCalum  Title: Owner

Local Manager Name: Penny Richards

Town where work was performed: Fall River

**WAGE/BENEFIT INFORMATION:**

Date of Hire: 8-14-94  Were you discharged? Yes  Date of discharge: Laid off Nov-06-2003

Did you leave? No  Date: _____  Reason for leaving: Laid off

If you left, did you make a personal demand for this money? Yes

If yes, what was the response of the employer: Employer refused

Rate of Pay: $ 13.7  per (hour/week): $590  Unpaid Wages: $600