UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA MANCHESTER and <br> NOEMIA CAMARA, <br> Individually, and on behalf of all others <br> similarly situated, <br><br>       Plaintiffs, <br><br> VS. <br><br> MAIN STREET TEXTILES, L.P., <br> JOAN FABRICS SERVICES, LLC and <br> JOAN FABRICS CORPORATION, <br><br>       Defendants. | C.A. NO. 04-10439 RCL |

## JOINT MOTION TO CONTINUE THE TRIAL DATE

  Plaintiffs Donna Manchester and Noemia Camara and Defendants, Main Street Textiles, L.P., Joan Fabrics Services, LLC and Joan Fabrics Corporation hereby move to continue the trial of this matter, which is currently scheduled for Monday, October 23, 2006, to a date to be determined after the Court has ruled on the parties' cross-motions for summary judgment, which are currently under advisement. In support of this motion, the parties state as follows:

  1.  On July 13, 2006, the Defendants filed their Motion for Summary Judgment on all counts of the Plaintiffs' Complaint, which asserts claims for back pay and benefits under the Worker Adjustment Retraining and Notification Act ("WARN" or the "Act") and state law claims for one week of vacation pay under the Massachusetts Wage Act, M.G.L. c. 149, § 148.

  2.  On August 29, 2006, the Plaintiffs filed an Opposition to Defendants' Motion for Summary Judgment and also filed their own Motion for Summary Judgment seeking judgment as a matter of law in their favor on all counts of the Amended Complaint.

3.   The Defendants' filed their Opposition to the Plaintiffs' Motion for Summary Judgment on September 12, 2006.

4.   On Friday, September 22, 2006, at oral argument on the cross-motions for summary judgment, the Court allowed, from the bench, the Defendants' Motion for Summary Judgment on the Wage Act claims.  The Court took the WARN Act claims under advisement.

5.   The Court has not yet issued a ruling on the cross-motions for summary judgment on Plaintiffs' WARN Act claims.

6.   As a matter of judicial economy, and to conserve the parties' resources, it makes sense to continue the trial date while the Court considers the cross-motions for summary judgment on the WARN Act claims.

WHEREFORE, the parties respectfully request that this Court continue the trial currently scheduled for Monday, October 23, 2006 to a date to be determined after it has issued a ruling on the parties' cross-motions for summary judgment.

| | |
|---|---|
| PLAINTIFFS,<br>DONNA MANCHESTER, ET AL. | DEFENDANTS,<br>MAIN STREET TEXTILES, L.P., ET AL. |
| By their attorneys, | By their attorneys, |
| /s/ Brian R. Cunha<br>Brian R. Cunha (BBO# 108560)<br>BRIAN CUNHA & ASSOCIATES<br>311 Pine Street<br>Fall River, MA 02720<br>508-675-9500<br>brian@briancunha.com | /s/ Neil V. McKittrick<br>Neil V. McKittrick (BBO# 551386)<br>Elizabeth L. Schnairsohn (BBO# 658532)<br>GOULSTON & STORRS<br>A Professional Corporation<br>400 Atlantic Avenue<br>Boston, MA  02210<br>617-482-1776<br>nmckittrick@goulstonstorrs.com |

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

      /s/ Neil V. McKittrick
      Neil V. McKittrick

Dated:  October 13, 2006