BRIAN R. CUNHA, ESQ.**
NELIA CAMARA DESTEFANO, ESQ.**

RICHARD T. GALLONE, ESQ.**
HONEY POLNER, ESQ., R.N.
KAREN A. ALEGRIA, ESQ.**
MONICA MAINA, ESQ.
AMY VALENTE, ESQ.

PAULA S. VIEIRA, ADMINISTRATOR

**MEMBER MA & RI BAR

LAW OFFICES

# BRIAN CUNHA
### & ASSOCIATES

311 PINE STREET
FALL RIVER, MASSACHUSETTS 02720
(508) 675-9500

FAX: (508) 679-6360

WEBSITE: www.briancunha.com

January 15, 2007

Maria Hamilton, Clerk
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   **Donna Manchester et al.**
      **VS. Main Street Textiles, L.P. et al**
      **C.A. No.: 04-10439RGS**

Dear Ms. Hamilton:

Pursuant to our telephone conversation, I apologize for the inadvertence in failing to include footnote #6. Enclosed please find footnote #6 and the supporting documentation which will be included as Exhibit 11.

Thank you.

Very truly yours,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esq.

BRC/mcp
Encls.

TOLL FREE
1-800-322-8300

NEW BEDFORD, MA
(508) 991-2100

E. PROVIDENCE, RI
(401) 434-5300