


# EMPLOYER'S
## Guide to Advance Notice of Closings and Layoffs

**WORKER ADJUSTMENT AND RETRAINING NOTIFICATION (WARN) ACT**

eta

This guide is intended to present a brief overview describing the principal provisions of the Worker Adjustment and Retraining Notification (WARN) Act, Public Law 100-379 (29 U.S.C. § 2101 et seq.). In addition, it provides answers to frequently asked questions (FAQs) about employer requirements and employee rights under WARN. Web site links to the U.S. Department of Labor's Employment and Training Administration (ETA) Dislocated Worker Web Site, the Department's Employment Laws Assistance for Workers and Small Businesses, and the Employee Retirement Income Security Act relative to termination benefits. The guide also includes contact information for the State Rapid Response Dislocated Worker Unit and a National Toll-Free Help Line to assist individuals in locating the nearest One-Stop Career Center.

This guide is not an official statement of interpretation of WARN or of the regulations adopted by ETA. The regulations appear at 20 CFR Part 639.

Material contained in this publication is in the public domain and may be reproduced, fully or partially, without permission of the Federal Government. Source credit is requested but not required.