BRIAN R. CUNHA, ESQ.**
NELIA CAMARA DESTEFANO, ESQ.**

RICHARD T. GALLONE, ESQ.**
HONEY POLNER, ESQ., R.N.
KAREN A. ALEGRIA, ESQ.**
MONICA MAINA, ESQ.
AMY VALENTE, ESQ.

PAULA S. VIEIRA, ADMINISTRATOR

**MEMBER MA & RI BAR

LAW OFFICES



& ASSOCIATES

311 PINE STREET
FALL RIVER, MASSACHUSETTS 02720
(508) 675-9500

FAX: (508) 679-6360

WEBSITE: www.briancunha.com

January 18, 2007

The Honorable Richard Stearns
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  Donna Manchester et al. vs. Main Street Textiles, L.P. et al
      C.A. No.: 04-10439RGS

Dear Judge Stearns:

In view of the factual inaccuracy of one of the statements in correspondence dated January 17, 2007 by defense counsel, I must respond. Defense counsel claims, in his correspondence, that it is "undisputed" that the "mass layoff" in this case occurred between November 6, and December 5, 2003.

To the contrary, the plaintiffs do dispute that the "mass layoff" commenced on November 6, 2003. Instead the plaintiffs claim that the "mass layoff" commenced in August 2003, and as such, as stated in the plaintiffs' brief, the 90 day aggregation rule applies and the example supplied by the Department of Labor would lend itself to the analysis in this case of whether WARN applied to the plaintiffs.

Thank you for your attention.

Very truly yours,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esq.

BRC/mcp

cc:  Neil V. McKittrick, Esq.

TOLL FREE
1-800-322-8300

NEW BEDFORD, MA
(508) 991-2100

E. PROVIDENCE, RI
(401) 434-5300