UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DONNA MANCHESTER, ET AL**

      **V.**                              **CIVIL ACTION NO. 04-10439-RGS**

**MAIN  STREET  TEXTILES, L.P.**
**ET AL**

# J U D G M E N T

**STEARNS, DJ.**                                                          **MARCH 21, 2007**

    IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ISSUED ON MARCH 20, 2007,

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE DEFENDANTS, MAIN STREET TEXTILES, L.P.,  JOAN FABRICS SERVICES, AND JOAN FABRICS CORP.

        SO ORDERED.

                                                      **RICHARD G. STEARNS**
                                                    **UNITED STATES DISTRICT JUDGE**

        **BY:**

                        **Mary H. Johnson**
                        _____
                               **Deputy Clerk**